# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>JAIME LYNN GALLIAN,<br>    Debtor. | CV 23-0001 DSF<br><br>BK 21-11710 SC |
| HOUSER BROS. CO;<br>HUNTINGTON BEACH GABLES<br>HOMEOWNERS ASSOCIATION,<br>    Appellant,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br>    Appellee. | ORDER GRANTING APPELLANTS MOTION TO STAY BRIEFING AND APPEAL PENDING THE NINTH CIRCUIT'S DEICSION IN *EVANDER KANE V. ZION BANCORPORATION, N.A.* (Dkt. 5) |

    Appellant Houser Bros. Co. moves to stay pending the Ninth Circuit's ruling in *Evander Kane v. Zions Bancorporation, N.A.*, Ninth Circuit Case No. 22-16674. Dkt. 5. "Because the issue to be decided by the Ninth Circuit is so similar to the facts in this case, Appellant believes that the requested stay will conserve judicial and party resources." Id. at 16. Appellee Jaime Lynn Gallian does not oppose.

Appellant's Motion is GRANTED.

IT IS SO ORDERED.

Date: March 6, 2023

Dale S. Fischer
United States District Judge