D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Appellant,
HOUSER BROS. CO. DBA RANCHO
DEL REY MOBILE HOME ESTATES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | USDC Case No. 8:23-cv-00001-DSF<br><br>Chapter 7<br><br>USBC Case No.: 8:21-bk-11710-SC |
| HOUSER BROS. CO; HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION,<br><br>           Appellant,<br>v.<br>JAMIE LYNN GALLIAN,<br><br>           Appellee(s). | ORDER SETTING BRIEFING SCHEDULE<br><br>Judge:   Hon. Dale S. Fischer |

On March 6, 2023, the Court entered an "Order Granting Appellants Motion to Stay Briefing and Appeal Pending the Ninth Circuit's Decision in *Evander Kane v. Zion Bancorporation, N.A.*" Docket No. 8.

The Court, having considered the Status Report Re: Dismissal of *Evander Kane v. Zions Bancorporation, N.A.*, Ninth Circuit Case No. 22-16674 ("*Kane*"), and Request for Briefing Schedule, Docket No. 9, filed by Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros."), and the Ninth Circuit's dismissal of the *Kane* appeal on February 28, 2023, sets a briefing schedule as follows:

IT IS ORDERED that:

1. The deadline for Houser Bros. to file and serve a brief in this appeal is April 20, 2023;

2. Debtor's deadline to file and serve a brief is May 22, 2023; and

3. Houser Bros.'s deadline to file and serve a reply brief is June 5, 2023; and

4. No further briefing shall be allowed or considered.

IT IS SO ORDERED.

DATED: March 13, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE