FILED
CLERK, U.S. DISTRICT COURT
5/24/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___pk___ DEPUTY

# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JAMIE LYNN GALLIAN, <br><br> Debtor <br> _____ <br> HOUSER BROS. CO., <br> A California Limited Partnership DBA <br> RANCHO DEL REY MOBILEHOME ESTATES <br><br> Appellant <br> v. <br><br> JAMIE LYNN GALLIAN, <br><br> Appellee. | District Court Case Number <br> 8:23-cv-00001-DSF <br><br> Bankruptcy Court Case Number <br> 8:21-bk-11710-SC <br><br> Chapter 7 |

AMENDED
**APPELLEE'S EXCERPTS OF**
RECORD (Volume 1 of 2)

JAMIE LYNN GALLIAN
16222 Monterey Lane Unit 376
Huntington Beach, CA 92649 Telephone:
(714) 321-3449

Attorney for Appellee, IN PRO SE

000001

Case Name: Houser Bros. Co., et al., vs. Jamie Lynn Gallian
USDC Case No. 8:23-cv-00001-DSF
USBC Case No.  8:21-bk-11710-SC

| No. | Date | Docket Entry No. | Document | Pg. No. |
|---|---|---|---|---|
| 1. | 07/26/22 | 157 | Debtor's Notice of And Motion For Reconsideration Of 7.21.22 Order Sustaining Houser Bros Co. Objection To Debtor's Claimed Homestead Exemptiom | ER  000007 -000339 |
| 2. | 08/04/22 | 170 | Response to Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. dba Rancho Del Rey Mobile Home Estate's Objection to Debtor's Claimed Homestead Exemption | ER 000340-000398 |
| | | | | |

2
APPELLEE'S EXCERPTS OF RECORD

| No. | Date | Docket Entry No. | Document | Pg. No. |
|---|---|---|---|---|
|  |  |  |  |  |
| 3. | 08/05/22 | 177 | Order Granting Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates's Motion Objecting to Debtor's Claimed Homestead Exemption in 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649 | ER 000399-000411 |
| 4 | 08/11/22 | 185 | Reply to Houser Bros Opposition to Debtor's Motion for Reconsideration of 7.21.2022 Order Sustaining Houser Bros Co Objection to Debtor's Claimed Homestead Exemption. | ER 000412-000656 |
| 5. | 09/07/22 | 224 | Order Continuing Hearing on Debtor's Motion For Reconsideration Of 7.21.22 Order Sustaining Houser Bros. Co. Objection to Debtor's Claimed Homestead Exemption. | ER 000657-000659 |
| 6. | 01/24/23 Certified Reporter's Transcript | 306 | CONT'D HEARING RE: DEBTOR'S MOTION FOR RECONSIDERATION OF 7.21.22 ORDER SUSTAINING HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION AND JOINDER PARTIES HUNTINGTON BEACH GABLES HOA; JANINE JASSO | ER 000660-000682 |

APPELLEE'S EXCERPTS OF RECORD

3

| No. | Date | Docket Entry No. | Document | Pg. No. |
|---|---|---|---|---|
| 7. | 09/30/22 | 242 | Notice of Recent Decision re: Debtor's Motion for Reconsideration of 07.21.22 Order Sustaining Objection To Debtor's Claimed Homestead Exemption | ER 000683-000708 |
| 8. | 12/16/22 | 273 | Memorandum of Decision regarding Debtor's Motion for Reconsideration of the Court's August 5, 2022 Order Sustaining Objection to Debtor's Homestead Exemption | ER 000709-000721 |
| 9. | 12/16/22 | 274 | Order Granting Debtor's Motion for Reconsideration of the Court's August 5, 2022 Order Sustaining Objection to Debtor's Homestead Exemption | ER 000722-000725 |

DATED: May 23, 2023

*Jamie Lynn Gallian*
JAMIE LYNN GALLIAN
Appellee, IN PRO SE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this District Court proceeding. My business address is: 5801 Skylab Road Huntington Beach, CA 92647.

A true and correct copy of the foregoing document entitled: **APPELLEE'S AMENDED EX.REC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by L.R. 5-4 in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Pursuant to controlling General Orders and L.R 5-3.3, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 24, 2023**, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____ I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 (d)(3) and/or controlling L.R. 5-4, on **May 24, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 24, 2023 | Robert McLelland | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

000005

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - Bradford Nathan Barnhardt bbarnhardt@marshackhays.com
   - D Edward Hays ehays@marshackhays.com, kfrederick@ecf.courtdrive.com, cmendoza@marshackhays.com, cmendoza@ecf.courtdrive.com, ehays@ecf.courtdrive.com
   - Laila Masud lmasud@marshackhays.com, kfrederick@ecf.courtdrive.com, lbuchanan@marshackhays.com, lmasud@ecf.courtdrive.com

2. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: CONTINUED:

   **VIA PERSONAL DELIVERY:**
   **MANDATORY CHAMBERS COPY**
   HONORABLE DALE S. FISCHER, DISTRICT JUDGE
   FIRST STREET COURTHOUSE
   350 WEST 1ST STREET, COURTROOM 7D
   LOS ANGELES, CA 90012