```
   F I L E D
CLERK, U.S. DISTRICT COURT

     5/24/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ____pk____ DEPUTY
```

# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| In re: JAMIE LYNN GALLIAN, | District Court Case Number 8:23-cv-00001-DSF |
| Debtor | |
| _____ | Bankruptcy Court Case Number 8:21-bk-11710-SC |
| HOUSER BROS. CO., A California Limited Partnership DBA RANCHO DEL REY MOBILEHOME ESTATES | |
| | Chapter 7 |
| Appellant | |
| v. | |
| JAMIE LYNN GALLIAN, | |
| Appellee. | |

---

**AMENDED**

**APPELLEE'S EXCERPTS OF RECORD**

**(Volume 3)**

**ER-000726-000891**

JAMIE LYNN GALLIAN

16222 Monterey Lane Unit 376

Huntington Beach, CA 92649 Telephone:

(714) 321-3449

Attorney for Appellee, IN PRO SE

| No. | Date | Docket Entry No. | Document | Volume Pg. No. |
|---|---|---|---|---|
|  |  |  |  |  |
| 1 | 12/30/22 | 90-6 | DEPOSITION OF JAMIE LYNN GALLIAN HOUSER BROS CO VS. JAMIE LYNN GALLIAN- JUNE 28, 2022 | ER-3-000726 - 000891 |
|  |  |  |  |  |
| 2. | 06/01/22 | 105 | DEBTOR'S REPLY OPPOSITION, MEMORANDUM POINTS AND AUTHORITES TO HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES' MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION | ER-3-000892- 001252 |

DATED: May 23, 2023

*Jamie Lynn Gallian*

JAMIE LYNN GALLIAN
Appellee, IN PRO SE

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this District Court proceeding. My business address is: 5801 Skylab Road Huntington Beach, CA 92647.

AMENDED

A true and correct copy of the foregoing document entitled: **APPELLEE'S EXCERPTS OF RECORD** will be served or was served **(a)** on the judge in chambers in the form and manner required by L.R. 5-4 in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and L.R 5-3.3, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 24, 2023**, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____ I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 (d)(3) and/or controlling L.R. 5-4, on **May 24, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 24, 2023 | Robert McLelland | *Robert McLelland* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - Bradford Nathan Barnhardt bbarnhardt@marshackhays.com
   - D Edward Hays ehays@marshackhays.com, kfrederick@ecf.courtdrive.com, cmendoza@marshackhays.com, cmendoza@ecf.courtdrive.com, ehays@ecf.courtdrive.com
   - Laila Masud lmasud@marshackhays.com, kfrederick@ecf.courtdrive.com, lbuchanan@marshackhays.com, lmasud@ecf.courtdrive.com

2. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: CONTINUED:

   **VIA PERSONAL DELIVERY:**
   **MANDATORY CHAMBERS COPY**
   HONORABLE DALE S. FISCHER, DISTRICT JUDGE
   FIRST STREET COURTHOUSE
   350 WEST 1ST STREET, COURTROOM 7D
   LOS ANGELES, CA 90012