# Reporter's Transcript Trustee's 341 Meeting of Creditors 10/14/2021

**EXHIBIT 2**

001268

```
 1                    STATE OF CALIFORNIA

 2               CENTRAL BANKRUPTCY COURT

 3

 4  HOUSER BROS. CO.,

 5          Plaintiff,

 6  vs.                              Case No. 8:21-ap-01097

 7  JAMIE LYNN GALLIAN,

 8          Defendant.

 9

10  _____/

11

12

13

14

15       TRANSCRIPT OF REMOTE AUDIO-RECORDED

16            341 MEETING OF CREDITORS

17                     BEFORE

18          JEFFREY I. GOLDEN, Trustee

19              October 14, 2021

20

21

22

23

24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR
```

## Page 2

```
 1  APPEARANCES:
 2  ED HAYS, ESQ., MARSHACK HAYS, Plaintiff/Creditor Houser
    Bros. Co.
 3
    MICHAEL POOLE, ESQ., Feldsott & Lee, Creditor The
 4  Huntington Beach Gables Homeowners Association
 5  JONATHAN A. SCHAUB, ESQ., Gordon & Rees, Creditors The
    Huntington Beach Gables Homeowners Association; and Board
 6  members Lee Gragnano, Lindy Beck, Theodore Phillips,
    Janine Jasso, Jennifer Paulin and Lori Burrett
 7
    JEFFORD DAVIS, ESQ., Creditor Lisa Ryan
 8
    CHRIS HOUSER, Creditor Houser Bros. Co.
 9
    CRAIG HOUSER, Creditor Houser Bros. Co.
10
    JANINE JASSO, Creditor
11
    LISA RYAN, Creditor
12
    JAMES CASELLO, Creditor
13
    JAMIE LYNN GALLIAN, Debtor-Defendant
```

## Page 3

```
 1       THE TRUSTEE: Let's go on the record now. I'm
 2  Jeff Golden, the trustee for this matter, and why don't we
 3  -- I think we'll come to you last, Ms. Gallian, and we'll
 4  just sort of go around the room to see who else is you.
 5       Why don't we start with you, Mr. Hays.
 6       MR. HAYS: Yes, Mr. Golden, thank you, good
 7  afternoon. For creditor Houser Bros. dba Rancho Delray
 8  Mobile Home Estates and Hays of Marshack Hays.
 9       THE TRUSTEE: Thank you. Mr. Houser?
10       MR. CHRIS HOUSER: Chris Houser from Houser Bros.
11  Co. I'm here to observe.
12       THE TRUSTEE: Thank you. Mr. Casello?
13       MR. CASELLO: I'm just here to observe.
14       THE TRUSTEE: And you're a creditor?
15       MR. CASELLO: Yes.
16       THE TRUSTEE: How about these phone lines on the
17  Zoom, the one ending 8002?
18       MR. POOLE: Yes, good afternoon.
19       This is Michael Poole, counsel for creditor
20  Huntington Beach Gables Homeowners Association.
21       THE TRUSTEE: Okay.
22       The phone number ending in 2840.
23       MR. SCHAUB: Good afternoon.
24       This is Jonathan Schaub with Gordon & Rees on
25  behalf of creditors the Huntington Beach Gables HOA, as
```

## Page 4

```
 1  well as Theodore Phillips, Lee Gragnano, Janine Jasso,
 2  Lindy Beck, Lori Burrett and Jennifer Paulin.
 3       THE TRUSTEE: Thank you. The one ending in 6030.
 4       MS. JASSO: Janine Jasso. I'm just observing.
 5       THE TRUSTEE: Can you repeat that again, please.
 6       MS. JASSO: Janine Jasso. I am just observing.
 7       THE TRUSTEE: And on the phone, who do we have?
 8       MR. DAVIS: This is Jefford Davis.
 9       I am the attorney for creditor Lisa Ryan.
10       MS. GALLIAN: I didn't hear that, sir.
11       THE TRUSTEE: Yeah, could you please repeat that?
12  You're hard to hear.
13       MR. DAVIS: I apologize. This is Jefford Davis
14  for creditor Lisa Ryan.
15       MS. GALLIAN: I don't know who that is.
16       THE TRUSTEE: Can you try one more time and I'll
17  repeat what you're saying.
18       MR. DAVIS: This is Jefford Davis.
19       I'm the attorney for creditor Lisa Ryan.
20       THE TRUSTEE: Very good. Now mute your device,
21  please. Who else is on the phone?
22       MS. RYAN: Lisa Ryan, creditor. Observing.
23       THE TRUSTEE: Okay, anybody else?
24       MS. GALLIAN: That wasn't Lisa. Sir, could you
25  ask her to put -- could you ask them to undo their video?
```

## Page 5

```
 1  Because that wasn't Lisa's voice.
 2       THE TRUSTEE: She's not on video, she's on audio.
 3       MS. GALLIAN: Yeah, but that's not Lisa.
 4       I know Lisa Ryan.
 5       MS. RYAN: This is Lisa. No, this is Lisa.
 6       THE TRUSTEE: It doesn't matter. That's who's
 7  representing is on the phone right now. All right.
 8       And is there anybody else who I've missed on the
 9  phone or on the Zoom, other than Ms. Gallian? All right.
10       Ms. Gallian, could you please raise your right
11  hand?
12       MS. GALLIAN: Yes, sir.
13
14            JAMIE LYNN GALLIAN,
15       having been first duly sworn,
16   was examined and testified further as follows:
17
18       THE TRUSTEE: Lori, I just sent you a message and
19  we can -- once you answer it, we can proceed.
20       So let's proceed, and let me start out by saying
21  thank you for providing documents. I don't know that you
22  provided them to any of the creditors.
23       To the extent that certain of the creditors don't
24  have copies of the document, I will go ahead and provide
25  them to them but you did provide documents to me, and
```

Page 6

1  thank you for that, Ms. Gallian.
2      MS. GALLIAN: Yes, sir.
3      THE TRUSTEE: I'm sorry?
4      MS. GALLIAN: I said yes, sir.
5      THE TRUSTEE: And secondly, I think you mentioned
6  to me earlier, Ms. Gallian, off the record that there were
7  a couple of amendments that you're going to be making,
8  correct?
9      MS. GALLIAN: Yes, sir.
10     THE TRUSTEE: Can you just very, very briefly
11 just sort of summarize on the record for everybody the
12 concepts. You don't have to go necessarily through.
13     MS. GALLIAN: Sure. I have it ready and, you
14 know, I couldn't do it all at one time but I was trying to
15 upload it so that everybody -- or I could just email it
16 right now, if you wanted to look at it.
17     But basically it is amending Schedules C, D, E,
18 and F; C, D, E, and F, Statement of Intention; and G is in
19 there and then I guess I inadvertently forgot to include
20 Schedule H, and that is also in there as well.
21     THE TRUSTEE: And that's pretty much it, correct?
22     MS. GALLIAN: That's all.
23     THE TRUSTEE: Okay. I have a few questions, but
24 I'm going to go last. Who would like to begin asking
25 questions?

Page 7

1      MR. HAYS: This is Ed Hays.
2      I'll go first, if that's okay.
3      THE TRUSTEE: Great, thank you.
4  BY MR. HAYS:
5      Q. Ms. Gallian, I know we spoke at your initial
6  341(a) meeting of creditors and I had a few follow-up
7  questions I'd like to ask. Some of this you may have
8  answered before but I want to try to get it all in one
9  place, so I apologize if I've asked you some of these
10 things before.
11     A. That's okay. May I just say one thing?
12     May I just say one thing before you start?
13     I would have absolutely cc'd you in on every
14 single document that I sent to the trustee. I either
15 misunderstood -- I thought I was supposed to send the --
16 if we check the record from the very first time that we
17 all talked, I thought, if I'm not mistaken, that I was to
18 send the record to the trustee and the trustee was to send
19 it out to the creditors. If that was my mistake, I
20 apologize and I would absolutely forward you every single
21 email I sent him.
22     Q. And that would be good, if you could do so.
23     And I did get a series of emails from the
24 trustee's administrator back in early September, so I just
25 don't know if that's the entire world of documents.

Page 8

1      A. Yeah, that was it. The last one ended on -- I
2  believe -- I think the last one ended September 18th, was
3  the last group that I sent.
4      Q. The last email that I have from the Trustee's
5  Office with documents was September 7th, so if you could
6  forward that to me, that would be great.
7      A. I can do it right now to you while you're on the
8  phone, but go ahead.
9      Q. I would like to get a chronology of when did you
10 acquire the manufactured home and who was on title to the
11 home from that point in time to the present?
12     A. I think that those are all covered in my initial
13 petition. I think it states exactly the date on there.
14     Q. There were some amendments to the schedules,
15 however, and that's what led me to want to ask these
16 questions and try to get it all cleared up.
17     A. Right.
18     Q. Because I believe that the original schedule said
19 that the title to the manufactured home was J-Sandcastle
20 and that was the July 9 filing, and then I believe that
21 the September 7 filing says the owner is you personally,
22 and then the September 22 filing, I think says it's either
23 J-Pad or J-Sandcastle -- I think it's J-Sandcastle, now
24 that I'm looking at it. So that's what's confusing to me,
25 if you could try and clarify all that.

Page 9

1      A. Of course. So I purchased the manufactured home
2  myself on November 1st.
3      Q. Of what year?
4      A. 2018. 2018 there was four cashier's checks that
5  were delivered to Lisa Ryan, plus $10,000 cash.
6      Q. And title was taken in your individual name at
7  that time?
8      A. The title -- the Certificate of Title that she
9  signs, it was assigned to me; however, on November 19th, I
10 believe it is, is I -- or actually, no, sorry, it was the
11 16th. November 16th, I drove out to Riverside HCD and
12 registered the manufactured home in the name of
13 J-Sandcastle, my sole member -- single member, I guess,
14 LLC and I did not get confirmation or anything from HCD
15 until the end of January of 2020 -- or 2019, pardon me.
16     Q. That confirmation that you got in January 2019
17 reflects that title was then registered to J-Sandcastle,
18 correct?
19     A. That's correct, yes. It was just an email, so I
20 didn't actually get an actual hard copy of anything,
21 because it comes from Sacramento, until February.
22     Q. And then were there changes to title after that?
23     A. Not until August of 2020.
24     Q. And then what happened in August of 2020?
25     A. Well, the UCC filings were filed on January 14th,

Page 10

1  2019, because I still didn't know if HCD had even recorded
2  -- see, I didn't get notification from HCD until
3  January 19th. So because of certain situations that were
4  ongoing with the park here, I did file a UCC on
5  January 14th, if that answers your question.
6      Q. So it did not, but now that we're on the subject,
7  let's finish it.
8      A. Okay.
9      Q. In the January 2019 UCC filings, J-Sandcastle, as
10 owner, pledged the property as collateral in favor of
11 whom?
12     A. I'm sorry, say that again.
13     Q. In January of 2019 you said UCC filings were
14 recorded. The entity on title was J-Sandcastle.
15        So J-Sandcastle, as owner, is pledging the
16 property as collateral and --
17     A. No, that's not correct.
18     Q. -- and who is the secured buyer?
19     A. No, that's not correct. So think of it like a
20 car. Think of it -- so you can have a registered owner.
21        So J-Sandcastle was the registered owner and
22 J-Pad is the legal owner.
23        However, to your point, I didn't realize that I
24 had to do both. I only did one that the Secretary of
25 State on January 14. The first time I ever recorded

Page 11

1  something actually on the face of the Certificate of Title
2  wasn't till August 2020, then it was kind of just a
3  redundant act.
4      Q. Why was J-Pad listed as the legal owner in these
5  January 2019 filings?
6      A. Because they are the holder of the note.
7         It was assigned to them.
8      Q. Which not are you referring to?
9      A. It was assigned to them.
10     Q. Which note?
11     A. The UCC filing was assigned to them.
12        I have a note -- remember we spoke about this
13 last time. November 16, 2018, I have a contract with
14 J-Sandcastle for a promissory note and the holder of the
15 note was J-Pad. I was the lender.
16     Q. So now fast forwarding back to August of 2020.
17     A. Mm-hmm.
18     Q. Who went on title at that time?
19     A. Ron Pierpont went on title because he had loaned
20 me money. It was not a huge amount, it was less than
21 $15,000; however, with the way that things were going with
22 COVID, it was -- it was more of a security thing for him.
23        And I said sure, I have no problem with that.
24        And then after that, then the kids got -- then
25 the kids were upset because now there's a man, you know,

Page 12

1  on something that's supposed to be theirs, so they jumped
2  on in December.
3      Q. And you're saying December of 2020, right? I'm
4  sorry, did you hear me? That's December of 2020, correct?
5      A. Yes, that's correct.
6      Q. And when Mr. Pierpont went on title, was he the
7  only person on title?
8      A. No, with J-Pad.
9      Q. It was J-Pad and Mr. Pierpont?
10     A. Yes, they're completely -- they're both separate.
11     Q. So originally in 2018, title was entirely with
12 J-Sandcastle, and then in August of 2020, title goes from
13 J-Sandcastle to Ron Pierpont and then along with J-Pad,
14 right?
15     A. No. The note was signed by J-Pad on 11/16/2018,
16 promissory, and the contract has been signed and I
17 recorded the UCC filing on January 14, 2019, with the
18 Secretary of State. The one thing I did not do was record
19 it with HCD.
20     Q. So let me pause here, and maybe there's a
21 distinction here between like the registered owner versus
22 a legal owner.
23     A. There is.
24     Q. The original registered owner was J-Sandcastle
25 and only J-Sandcastle in 2018, correct?

Page 13

1      A. No, that's not correct. On November 16th I
2  signed a note -- I loaned J-Sandcastle money to operate.
3      Q. So let me just stop you for a second because I'm
4  totally confused and I want to make sure that you're going
5  to answer the question I'm asking.
6         I would like to know the history of registered
7  owners from the time you first acquired the home -- so it
8  may have been originally a hundred percent J-Sandcastle
9  and then it may have changed at some point in time, but
10 please give me just the registered owners or combinations
11 of registered owners and dates.
12     A. It started off as Jamie Gallian. It's always
13 been Jamie Gallian. When I was -- the situation started
14 happening with the park, I registered the home in the name
15 of J-Sandcastle. After I --
16     Q. So originally you and only you, on November 1st
17 of 2018, was the registered owner, correct?
18     A. Correct, for the first 16 date.
19     Q. And then on November 16 of 2018 --
20     A. Yes.
21     Q. -- you went to Riverside HCD --
22     A. Yes.
23     Q. -- and changed the registered owner to a hundred
24 percent --
25     A. I didn't change it. I didn't change it, okay?

Page 26

1  legal fees, my car payment, you know, expenses off the
2  house, painting -- that's what the whole point was.
3       So I'm working right now with a CPA to get a
4  profit and loss as to where we actually are on that note,
5  how close is it to being paid back. I think that's
6  probably what the question is for everybody.
7       Q. That's a good answer to a good question, but my
8  question was more why did you go from being a one out of
9  three owner to a one out of seven owner?
10      A. It was always -- it was always -- even before I
11 sold the home -- I think I mentioned this last time -- is
12 before I sold the home -- I mean Randy Nickel bought it
13 the same day, you know. He drove down from Big Bear and
14 bought it that day. Well, I had already things -- I had
15 already had things in the works -- I don't know, so to
16 speak, I guess working.
17      For instance, I have half of my trust documents
18 already done. I had already notarized the document. It's
19 gone from Jamie Gallian to the trust of Jamie Gallian,
20 then it -- okay, well, then that was put on hold; then it
21 went from Jamie Gallian to J-Pad. Well, that was put on
22 hold; and then it went from Jamie Gallian to Randy Nickel.
23      So I think that the intent was always that it was
24 me and my family's home.
25      Q. I'm asking a different question.

Page 27

1       I'm asking about ownership of J-Pad and who are
2  the seven owners of J-Pad?
3       A. My family members, myself, and Ron and Bob have a
4  small portion.
5       Q. So why don't you list out each of the seven and
6  what portion each owns of J-Pad.
7       A. You know, all of these documents have been given
8  to the trustee. Is it easier just to go over them?
9       Q. Well, I don't know if we're going to be able to
10 get that done today but just give me your recollection of
11 who the seven owners are and what percent they each own.
12      A. The whole reason of having a management or
13 managing member LLC is because people want to be silent.
14      Q. So who are the seven J-Pad owners?
15      A. So that was my comment, is that I said it was my
16 family members and myself, my children, my grandchildren,
17 my granddaughter and Bob and Ron. That's it.
18      Q. Just give me names, please.
19      A. They don't want to be brought into this.
20      They don't.
21      Q. I'm not sure you telling me who these seven
22 owners of J-Pad are is bringing them into anything.
23      THE TRUSTEE: Ms. Gallian, are they in the
24 document?
25      MS. GALLIAN: Yeah.

Page 28

1       THE TRUSTEE: I don't remember. Their names are
2  already on the document; is that right?
3       MS. GALLIAN: Yes, yes.
4       THE TRUSTEE: So --
5       MR. HAYS: And you have the document, Mr. Golden?
6       THE TRUSTEE: It sounds like I do.
7       I don't know if I have it directly in front of
8  me, but I might in a second. I'm not sure.
9       MS. GALLIAN: And I believe I listed them -- I
10 listed them on the petition as well.
11 BY MR. HAYS:
12      Q. I'm looking at the amended schedule that you
13 filed and I don't see names, I just see the one-seventh
14 ownership.
15      A. I thought there was... well, okay, it doesn't
16 matter. So myself, my oldest son Justin, Steven, Brian,
17 EJ, Bob and Ron.
18      Q. What was the one after Brian? CJ?
19      A. EJ.
20      Q. EJ. So debtor, Justin, Steve and Brian, EJ, Ron,
21 Bob. Okay, there's all seven.
22      And what percent do you own?
23      A. It depends on what day it is.
24      Q. On the day you filed bankruptcy.
25      A. I'd like to think that we all own it evenly but

Page 29

1  we don't.
2       Q. What was your ownership percentage on the day you
3  filed bankruptcy?
4       A. I'm not being evasive but that was the whole
5  point of having the profit and loss done, is because that
6  is -- that's the only way I'm going to know how much money
7  has been paid on my behalf.
8       Q. What do you estimate your ownership of J-Pad to
9  be?
10      A. I don't know. I don't want to speak for the
11 boys, you know. We bought this house for fun and, you
12 know, they're happy with it when it's fun but they don't
13 want to be responsible for anything. That's just boys.
14      Q. All I'm asking is what do you estimate your
15 ownership percentage of J-Pad to be?
16      A. Depending on the value, I would probably say
17 60 percent.
18      Q. And did any of the others -- did any of the other
19 people actually contribute money to either J-Pad or for
20 the purchase of the property?
21      A. It was a loan. It's not the purchase.
22      I purchased the property.
23      Q. My question is very simple. Did any of the other
24 six people that own J-Pad provide any consideration to the
25 entity in exchange for their ownership?

Page 30

1  A. Nobody did. Nobody did. It's a holding company,
2  that's it. It holds title, that's it.
3       THE TRUSTEE: I will be continuing this so that
4  everybody can make sure they look at their documents and
5  we can --
6       MR. HAYS: I understand, and I think those are my
7  questions for today, Mr. Golden. Thank you.
8       I was just checking my notes.
9       THE TRUSTEE: No worries, and I wasn't cutting
10 you off either. Anybody else -- so should I turn to
11 someone else, Mr. Hays?
12      MR. HAYS: Yes, please.
13      THE TRUSTEE: Anyone else on the phone or on the
14 Zoom have any questions at this point? And we'll make
15 sure everybody gets copies of documents.
16      MR. DAVIS: Yeah, this is Jeff Davis for Lisa
17 Ryan. I hope people can hear me now.
18      THE TRUSTEE: Yes, I can.
19      MR. DAVIS: I just have a few questions.
20      THE TRUSTEE: Go ahead.
21      MR. DAVIS: Is that okay?
22      THE TRUSTEE: Yep. Go ahead, please.
23 BY MR. DAVIS:
24  Q. I believe, Ms. Gallian, you testified earlier
25 that there's no written agreement between you and Lisa

Page 31

1  Ryan for the purchase of the mobile home; is that correct?
2  A. There was no purchase contract. We exchanged
3  emails back and forth but no, I don't believe there is.
4  I've given Lisa a ton of documents; however, a lot of
5  things weren't disclosed and so... I've taken on a lot of
6  debt, you know, which -- for her. I didn't know her
7  sister was also on the lease. I thought it was just Lisa.
8       Come to find out it's Lisa and Patricia.
9  Q. I asked you a simple question.
10      Is there a written agreement between you and my
11 client relating to this purchase?
12  A. Be more specific.
13  Q. A written agreement. Is there a written
14 agreement dated November 17th, 2018, between J-Sandcastle,
15 Jamie Gallian and Lisa Ryan?
16  A. If you're saying there is, there probably is. I
17 don't have anything in front of me at this point.
18  Q. I'm asking you the question.
19  A. I don't recall.
20  Q. Is there an agreement --
21  A. I don't recall.
22  Q. You testified earlier there was no agreement.
23  A. I don't recall. If you're saying that there was,
24 it seems to me that date would have been after the date
25 that I -- that I went to HCD, but that seems kind of an

Page 32

1  odd date -- but okay.
2  Q. Do you recall what the purchase price was?
3  A. 175 and then I gave her 185.
4  Q. The purchase price was not $225,000?
5  A. No, it was not.
6  Q. Did you ever agree to pay the sum of $20,656 on
7  behalf of Lisa Ryan for a judgment that had been obtained
8  by a Katarina Judy?
9  A. No.
10  Q. So you never agreed that?
11  A. No.
12  Q. Do you currently have in your possession, custody
13 and control, any personal property that belongs to Lisa
14 Ryan?
15  A. I don't believe I do. I offered -- there was two
16 desks that were left here and her sister left them here.
17  Q. Okay. And where are those desks now?
18  A. They're still here.
19  Q. Okay.
20  A. She was supposed to come back and I left them out
21 and she never showed up, so I put them back.
22  Q. Okay. Are there any other pieces of equipment
23 belonging to Lisa Ryan --
24  A. I'm sorry?
25  Q. -- other than those two desks?

Page 33

1       Are there any other pieces of property, items of
2  property belonging to Lisa Ryan, other than the two desks
3  just referenced, that you still have in your possession,
4  custody or control?
5  A. No, I have nothing of Lisa Ryan's.
6       MR. DAVIS: Okay, thank you.
7       That's all I have right now.
8       THE TRUSTEE: All right.
9       MR. DAVIS: With the documents, we'll reserve any
10 further questions when we receive the documents.
11      THE TRUSTEE: Just to be clear, I probably will
12 continue it for further examination but I will definitely
13 make sure everybody gets the documents and if I don't
14 continue it for further examination, I'll let you know.
15      I probably will continue it one more time for
16 further examination.
17      Lori, I have texted you, if everybody could hold
18 on for one second.
19      How about November 10th, 2021... we can do
20 November -- how about November 10th at same time, at
21 3:00 o'clock?
22      MS. GALLIAN: I'm okay with that.
23      That would be great.
24      THE TRUSTEE: All right.
25      Everybody else okay with it?

Page 34

1   MR. HAYS: That day works fine for me.
2   MR. DAVIS: That's fine with us.
3   THE TRUSTEE: If anybody has any issues with
4   making sure that they now have the documents, reach out to
5   my office or Ms. Gallian.
6       All right, thank you, everybody.
7       We'll talk soon.
8   MS. GALLIAN: Thank you. If everybody wants to
9   send me on one email all their emails, I'll just send one
10  giant so everybody gets all the same documents.
11      I can, if you'd like to do that.
12  THE TRUSTEE: Well, if one of the creditors wants
13  to coordinate sending you an email, that would be great.
14      All right. Thanks, everybody.
15      Thank you. Take care, everyone.
16  MR. HAYS: Thank you.
17      (End of recording.)

Page 35

1           C E R T I F I C A T E

4   I, TERRI NESTORE, Certified Shorthand Reporter/
5   Transcriptionist, do hereby certify that I was authorized
6   to transcribe the foregoing recorded proceeding, and that
7   the transcript is a true and accurate transcription of my
8   shorthand notes, to the best of my ability, taken while
9   listening to the provided recording.

11      I further certify that I am not of counsel or
12  attorney for either or any of the parties to said
13  proceedings, nor in any way interested in the events of
14  this cause, and that I am not related to any of the
15  parties thereto.

18  Dated this 7th day of April, 2022.

            _____
            TERRI NESTORE, CSR 5614, RPR, CRR

**$**

$10,000   9:5
$15,000   11:21
   23:5
$175,000
   25:24
$20,656   32:6
$225,000   32:4

**1**

1/1/2006   25:4
10th   24:21
   33:19,20
11/16/2018
   12:15
12.5   23:5
14   10:25
   12:17
14th   9:25
   10:5
16   11:13
   13:18,19 14:7
   15:8 17:9,21
   18:9,22
16th   9:11
   13:1 14:4
   22:2
175   32:3
17th   31:14
185   32:3
18th   8:2
19th   9:9 10:3
1st   9:2 13:16
   14:4 24:16

**2**

2006   24:16
2018   9:4
   11:13 12:11,
   25 13:17,19
   14:8,12 15:6,
   10 17:9,22,25
   18:7,10,22
   20:20 31:14
2019   9:15,16
   10:1,9,13
   11:5 12:17
   20:21 22:15
2020   9:15,23,
   24 11:2,16
   12:3,4,12
   15:14,20,25
   16:9,10 20:23
   21:4
2021   18:1,13,
   14,24 19:5,20
   21:6 33:19
20th   22:20
22   8:22
25   19:23
25th   18:13,
   14,24 19:5,20
   21:5
26   25:7
2840   3:22

**3**

341(a)   7:6
3:00   33:21

**6**

60   29:17
6030   4:3

**7**

7   8:21
7th   8:5

**8**

8002   3:17
8th   14:4

**9**

9   8:20
9th   14:4

**A**

absolutely
   7:13,20
acquire   8:10
acquired   13:7
act   11:3
actual   9:20
   17:2
added   14:1
   15:16 16:12
addition
   16:15 18:18
   21:11
administrator
   7:24
afternoon
   3:7,18,23
agree   32:6
agreed   32:10
agreement
   23:12 24:11,
   14 25:5,7
   30:25 31:10,
   13,14,20,22
agreements
   23:15
ahead   5:24
   8:8 30:20,22
amended   28:12
amending   6:17
amendments
   6:7 8:14
   25:13
amount   11:20
announced
   24:21
answers   10:5
anymore   23:3
apologize
   4:13 7:9,20
appearing
   22:12
appears   17:1
approximate
   21:24
assigned   9:9
   11:7,9,11
   24:2,22
assignment
   24:1,20
Association
   3:20
attorney   4:9,
   19
audio   5:2
August   9:23,
   24 11:2,16
   12:12 15:14,
   20,25 16:9,10
   19:18 20:23
   21:4 22:17,
   19,20

**B**

back   7:24
   11:16 19:24
   20:19 23:1
   26:5 31:3
   32:20,21
bankruptcy
   24:6 28:24
   29:3
basically
   6:17
Beach   3:20,25
Bear   26:13
Beck   4:2
begin   6:24
beginning
   20:6
behalf   3:25
   29:7 32:7
believed
   24:22

**belonging** 32:23 33:2
**belongs** 32:13
**Big** 26:13
**Bob** 27:3,17 28:17,21
**bottom** 19:12 24:11
**bought** 25:21 26:12,14 29:11
**boys** 29:11,13
**Brian** 16:14 28:16,18,20
**briefly** 6:10
**bringing** 27:22
**Bros** 3:7,10
**brought** 27:19
**Burrett** 4:2
**buyer** 10:18

---

**C**

**call** 25:2
**car** 10:20 20:8 26:1
**care** 34:15
**Casello** 3:12,13,15
**cash** 9:5 23:22
**cashier's** 9:4 23:20
**cc'd** 7:13
**certificate** 9:8 11:1 14:16,18 15:14 17:2,18,23 18:5,6,9 19:10,16 20:14,19 22:9,22
**certificates** 18:21 21:18 22:13

**change** 13:25 14:8,9,12 15:4,10,20 16:9 17:8,10 18:9 21:3,4,5,16 25:13,15
**changed** 13:9,23 15:15 19:6,14
**check** 7:16 23:20
**checking** 30:8
**checks** 9:4
**children** 16:12 27:16
**Chris** 3:10
**chronology** 8:9 15:1 20:6
**CJ** 28:18
**clarify** 8:25
**clause** 24:20
**clear** 25:21 33:11
**cleared** 8:16
**client** 31:11
**close** 26:5
**collateral** 10:10,16
**combinations** 13:10
**comfortable** 14:5
**comment** 27:15
**commercial** 24:19
**company** 21:2 30:1
**completely** 12:10
**concepts** 6:12
**condominium** 24:9
**conference** 21:7
**confirm** 22:8
**confirmation** 9:14,16

**confused** 13:4
**confusing** 8:24
**confusion** 24:5
**consideration** 29:24
**continue** 33:12,14,15
**continuing** 30:3
**contract** 11:13 12:16 31:2
**contribute** 29:19
**control** 32:13 33:4
**coordinate** 34:13
**copies** 5:24 23:20 30:15
**copy** 9:20 24:14
**correct** 6:8,21 9:18,19 10:17,19 12:4,5,25 13:1,17,18 14:17,20 15:7,21 16:2,14,24 25:14 31:1
**counsel** 3:19
**couple** 6:7
**court** 14:3 24:21
**covered** 8:12 20:2
**COVID** 11:22
**CPA** 26:3
**Crandall** 14:5
**creditor** 3:7,14,19 4:9,14,19,22
**creditors** 3:25 5:22,23

7:6,19 34:12
**custody** 32:12 33:4
**cutting** 30:9

---

**D**

**date** 8:13 13:18 19:15,19 22:15,21 25:8 31:24 32:1
**dated** 25:4 31:14
**dates** 13:11 21:24 22:1,4,6,12 23:8
**Davis** 4:8,13,18 30:16,19,21,23 33:6,9 34:2
**day** 22:22 24:7 25:10 26:13,14 28:23,24 29:2 34:1
**dba** 3:7
**debt** 31:6
**debtor** 28:20
**December** 12:2,3,4 16:11
**delivered** 9:5
**Delray** 3:7
**Depending** 29:16
**depends** 28:23
**desks** 32:16,17,25 33:2
**device** 4:20
**directly** 28:7
**disclosed** 31:5
**distinction** 12:21
**document** 5:24 7:14 21:9

22:2,20
24:12,24
26:18 27:24
28:2,5
**documents**
5:21,25 7:25
8:5 22:7
23:11,13,17
24:2,13 26:17
27:7 30:4,15
31:4 33:9,10,
13 34:4,10
**dollar** 16:7
**dollars** 16:7
**drive** 14:6
**drove** 9:11
14:7 26:13
**duly** 5:15

---

**E**

**earlier** 6:6
30:24 31:22
**early** 7:24
**easier** 27:8
**Ed** 7:1 17:24
**EJ** 28:17,19,
20
**email** 6:15
7:21 8:4 9:19
34:9,13
**emails** 7:23
31:3 34:9
**encumber**
20:24
**encumbrance**
16:3 23:4
**end** 9:15
19:17 22:15
34:17
**ended** 8:1,2
**ending** 3:17,
22 4:3
**entire** 7:25
**entities** 16:8
**entity** 10:14
29:25

equipment
32:22
**Estates** 3:8
estimate
29:8,14
**evasive** 29:4
**evenly** 28:25
evidence
23:18
**exact** 22:15
24:4
examination
33:12,14,16
**examined** 5:16
exchange
25:20 29:25
exchanged
31:2
**exist** 23:17
**exists** 24:24
**expenses** 26:1
**explain** 25:15
explained
25:19
**extent** 5:23

---

**F**

**face** 11:1
15:13,14,15
17:17 22:21
**familiar** 24:8
**family** 27:3,
16
family's
26:24
**fast** 11:16
**faster** 20:4
**favor** 10:10
**February** 9:21
18:13,14,23
19:5,20,23
20:21 21:5,16
22:25
**fees** 26:1

**file** 10:4
**filed** 9:25
28:13,24 29:3
**filing** 8:20,
21,22 11:11
12:17
**filings** 9:25
10:9,13 11:5
15:11
financing
17:19
**find** 31:8
**fine** 21:7
22:16 23:9
34:1,2
**finish** 10:7
**follow-up** 7:6
**forgot** 6:19
**forward** 7:20
8:6
forwarding
11:16
**front** 25:10
28:7 31:17
**fun** 29:11,12

---

**G**

**Gables** 3:20,
25
**Gallian** 3:3
4:10,15,24
5:3,9,10,12,
14 6:1,2,4,6,
9,13,22 7:5
13:12,13 17:3
18:2,15 19:14
26:19,21,22
27:23,25
28:3,9 30:24
31:15 33:22
34:5,8
Gallian's
14:15
**gave** 23:22
24:13 32:3

**giant** 34:10
**give** 13:10
20:6 22:6
23:7 27:10,18
**Golden** 3:2,6
28:5 30:7
**good** 3:6,18,
23 4:20 7:22
26:7
**Gordon** 3:24
**Gragnano** 4:1
grandchildren
27:16
granddaughter
27:17
**great** 7:3 8:6
33:23 34:13
**ground** 24:1,8
25:6
**group** 8:3
**guess** 6:19
9:13 14:21
26:16

---

**H**

**half** 26:17
**hand** 5:11
handwritten
23:21
**happened** 9:24
14:3 18:14
21:15,16
happening
13:14
**happy** 29:12
**hard** 4:12
9:20
**Hays** 3:5,6,8
7:1,4 28:5,11
30:6,11,12
34:1,16
**HCD** 9:11,14
10:1,2 12:19
13:21 14:2,
11,24 15:4
17:13,16,17,

22 18:5,9,22
 19:21 20:14,
 19 21:18 22:6
 31:25
**head** 22:5
**hear** 4:10,12
 12:4 30:17
**history** 13:6
 23:8
**HOA** 3:25
**hold** 18:3
 26:20,22
 33:17
**holder** 11:6,
 14
**holding** 30:1
**holds** 30:2
**home** 3:8
 8:10,11,19
 9:1,12 13:7,
 14 17:12,19
 19:6 20:8
 24:7 25:5,6
 26:11,12,24
 31:1
**Homeowners**
 3:20
**honestly** 24:5
**hope** 18:7
 30:17
**house** 25:21,
 22 26:2 29:11
**Houser** 3:7,9,
 10 21:7
**huge** 11:20
**hundred** 13:8,
 23
**Huntington**
 3:20,25

**I**

**idea** 22:17,18
**inadvertently**
 6:19
**include** 6:19

**included**
 23:13,23 24:2
**individual**
 9:6 21:1
**individually**
 19:7
**individuals**
 16:8
**information**
 23:7
**initial** 7:5
 8:12
**instance** 22:2
 26:17
**intent** 26:23
**Intention**
 6:18
**issued** 14:10
 19:16 21:19
 22:6,12,14,17
**issues** 34:3
**items** 33:1

**J**

**J-PAD** 8:23
 10:22 11:4,15
 12:8,9,13,15
 15:18 16:1,15
 20:24 23:3
 25:12 26:21
 27:1,2,6,14,
 22 29:8,15,
 19,24
**J-SANDCASTLE**
 8:19,23 9:13,
 17 10:9,14,
 15,21 11:14
 12:12,13,24,
 25 13:2,8,15
 14:1,14,19
 15:6,19 16:1,
 15,17,24
 17:1,22 18:6,
 17,23,24 19:6
 20:9,10,15,
 17,18 25:24
 31:14

**J-Sandcastle's**
 14:16 17:3
**Jamie** 5:14
 13:12,13
 14:15 17:3
 18:15 19:14
 26:19,21,22
 31:15
**Janine** 4:1,4,
 6
**January** 9:15,
 16,25 10:3,5,
 9,13,25 11:5
 12:17 22:4,15
 24:16,21
**Jasso** 4:1,4,6
**Jeff** 3:2
 30:16
**Jefford** 4:8,
 13,18
**Jennifer** 4:2
**Jonathan** 3:24
**Judge** 14:5
**judgment** 32:7
**Judy** 32:8
**July** 8:20
 23:1
**jumped** 12:1
**Justin** 28:16,
 20

**K**

**Katarina** 32:8
**key** 24:16
**kids** 11:24,25
**kind** 11:2
 31:25

**L**

**lease** 18:16
 24:1,8,10,17,
 18 31:7
**leasehold**
 24:8

**leases** 24:9
**leave** 19:1
**led** 8:15
**Lee** 4:1
**left** 19:3
 23:3 32:16,20
**legal** 10:22
 11:4 12:22
 16:21 20:3,5,
 16,19 21:3,13
 23:8 26:1
**lender** 11:15
**Lindy** 4:2
**lines** 3:16
**Lisa** 4:9,14,
 19,22,24 5:3,
 4,5 9:5 14:13
 23:12,15,22
 24:10,12,14,
 21 25:8
 30:16,25
 31:4,7,8,15
 32:7,13,23
 33:2,5
**Lisa's** 5:1
**list** 16:4
 27:5
**listed** 11:4
 15:22 28:9,10
**LLC** 9:14
 27:13
**loan** 29:21
**loaned** 11:19
 13:2 25:23
**Lori** 4:2 5:18
 33:17
**loss** 26:4
 29:5
**lot** 25:5,6
 31:4,5
**LYNN** 5:14

**M**

**mail** 19:17
 22:23

| | | | |
|---|---|---|---|
| make 13:4 25:3 30:4,14 33:13 | mute 4:20 | office 8:5 34:5 | **P** |
| making 6:7 34:4 | **N** | officially 14:21 | pages 25:7 |
| man 11:25 | names 27:18 28:1,13 | oldest 28:16 | paid 26:5 29:7 |
| management 27:12 | necessarily 6:12 | one-seventh 25:13 28:13 | painting 26:2 |
| managing 27:13 | Nickel 24:23 26:12,22 | one-third 15:22 25:12 | parcel 24:1 |
| mandatory 21:6 | notarization 19:23 | ongoing 10:4 | pardon 9:15 23:5 |
| manufactured 8:10,19 9:1, 12 17:12,19 19:6 20:8 | notarized 19:20 21:9 22:20 26:18 | operate 13:2 | park 10:4 13:14 |
| | | original 8:18 12:24 20:14, 19 | Patricia 31:8 |
| Marshack 3:8 | notary 25:9, 10 | originally 12:11 13:8,16 16:23 | Paulin 4:2 |
| master 24:8, 17,18 | note 11:6,10, 12,14,15 12:15 13:2 23:22 26:4 | | pause 12:20 |
| match 21:14 | | owed 23:4 | pay 25:25 32:6 |
| matter 3:2 5:6 28:16 | | owned 25:12 | payment 23:18 26:1 |
| meeting 7:6 | notes 30:8 | owner 8:21 10:10,15,20, 21,22 11:4 12:21,22,24 13:17,23 14:12 15:5, 12,20 16:1,17 17:11 18:15, 23 19:5,8 20:2,3,16,18, 19 21:12 26:9 | people 27:13 29:19,24 30:17 |
| member 9:13 27:13 | notice 20:24 | | percent 13:8, 24 27:11 28:22 29:17 |
| members 27:3, 16 | noticed 24:15 | | percentage 29:2,15 |
| mentioned 6:5 26:11 | notification 10:2 | | percentages 16:4 |
| message 5:18 | November 9:2, 9,11 11:13 13:1,16,19 14:7,11 15:6, 8,10 17:9,21, 25 18:7,9,22 20:20 22:2,3 31:14 33:19, 20 | | person 12:7 25:19 |
| met 14:4 | | owners 13:7, 10,11 14:8 16:13,21 21:13 23:8 27:2,11,14,22 | personal 16:6 17:18 32:13 |
| Michael 3:19 | | | personally 8:21 |
| middle 15:6 | | | petition 8:13 28:10 |
| million 16:7 | | | Phillips 4:1 |
| missed 5:8 | | ownership 15:9 16:5,10, 18,19,22,23 17:5,6,9,21, 23 18:4,8 19:4 20:4,5 21:3 27:1 28:14 29:2,8, 15,25 | phone 3:16,22 4:7,21 5:7,9 8:8 30:13 |
| mistake 7:19 | number 3:22 | | |
| mistaken 7:17 | | | pieces 32:22 33:1 |
| misunderstood 7:15 | **O** | | Pierpont 11:19 12:6,9, 13 15:16 16:2,16 |
| mix 21:14 | observe 3:11, 13 | | |
| Mm-hmm 11:17 | observing 4:4,6,22 | | |
| mobile 3:8 25:5,6 31:1 | obtained 32:7 | | |
| money 11:20 13:2 23:4 25:20,22 29:6,19 | odd 32:1 | owns 27:6 | |
| | offered 32:15 | | |

place 7:9
18:17,24
pledged 10:10
pledging
 10:15
point 8:11
 10:23 13:9
 25:20 26:2
 29:5 30:14
 31:17
Poole 3:18,19
portion 19:8
 27:4,6
possession
 32:12 33:3
present 8:11
pretty 6:21
price 32:2,4
problem 11:23
 25:17,18
proceed 5:19,
 20
processed
 22:3
produced 24:3
profit 26:4
 29:5
promissory
 11:14 12:16
property
 10:10,16 16:6
 17:19 29:20,
 22 32:13
 33:1,2
provide 5:24,
 25 24:12
 29:24
provided 5:22
 21:21 23:10
 24:25
providing
 5:21
purchase
 23:12,15
 29:20,21
 31:1,2,11
 32:2,4

purchased 9:1
 29:22
put 4:25
 14:16 21:7
 26:20,21
 32:21

Q

question 10:5
 13:5 15:24,25
 17:24 18:3,8
 26:6,7,8,25
 29:23 31:9,18
questions
 6:23,25 7:7
 8:16 30:7,14,
 19 33:10

R

raise 5:10
Rancho 3:7
Randy 26:12,
 22
reach 34:4
read 24:10,19
ready 6:13
realize 10:23
Realtor 24:13
reason 21:1
 25:15 27:12
recall 19:24
 23:12 31:19,
 21,23 32:2
receive 33:10
received
 20:21 23:11
recollection
 20:1 27:10
record 3:1
 6:6,11 7:16,
 18 12:18
recorded
 10:1,14,25
 12:17 17:18
 20:25

recording
 34:17
records 19:25
redundant
 11:3
Rees 3:24
refer 25:3
referenced
 33:3
referencing
 24:18
referring
 11:8
reflects 9:17
registered
 9:12,17
 10:20,21
 12:21,24
 13:6,10,11,
 14,17,23
 14:8,12 15:5,
 9,12,20,25
 16:5,9,13,17,
 18,19,20,21,
 22,23 17:5,6,
 8,11,21,23
 18:4,8,15,23
 19:1,2,4,5,8
 20:2,3,9,18
 21:12 23:8
registration
 14:6 15:5
relating
 31:11
relevant 24:6
remain 15:19
remember
 11:12 28:1
rental 24:14
repeat 4:5,
 11,17
representing
 5:7
reserve 33:9
residential
 24:19

respect 16:4
responsibility
 25:25
responsible
 29:13
Riverside
 9:11 13:21
Ron 11:19
 12:13 15:18
 16:2,16 20:24
 23:2,3 27:3,
 17 28:17,20
room 3:4
Ryan 4:9,14,
 19,22 5:4,5
 9:5 14:13,19
 15:6 16:24,25
 17:2 23:13,
 16,22 24:12,
 14,21 25:8
 30:17 31:1,15
 32:7,14,23
 33:2
Ryan's 24:10
 33:5

S

Sacramento
 9:21
sale 25:22
Schaub 3:23,
 24
schedule 6:20
 8:18 25:11
 28:12
schedules
 6:17 8:14
 25:11
Secretary
 10:24 12:18
 17:15,20
secured 10:18
security
 11:22
send 7:15,18
 22:8 34:9

sending 34:13
separate 12:10
September 7:24 8:2,5, 21,22
series 7:23
settlement 21:6
she'll 24:12
shortly 19:23 22:23
showed 18:6 20:16 32:21
showing 18:22 24:1
shows 17:23
signed 12:15, 16 13:2 20:23 22:2 23:18 25:8
signs 9:9 24:12
silent 27:13
simple 15:1 18:3,8 29:23 31:9
single 7:14, 20 9:13
sir 4:10,24 5:12 6:2,4,9
sister 31:7 32:16
situation 13:13
situations 10:3
small 27:4
sold 24:7 26:11,12
sole 9:13
son 28:16
sort 3:4 6:11 24:10
sounds 23:10 28:6

space 25:6
speak 14:21 26:16 29:10
specific 17:7 18:25 31:12
speed 24:9
spoke 7:5 11:12
stamped 25:9
start 3:5 5:20 7:12 20:5
started 13:12,13
State 10:25 12:18 17:15, 20
statement 6:18 17:19
states 8:13
stayed 21:17
Steve 28:20
Steven 16:14 28:16
stick 17:24 18:3
sticking 16:22
stop 13:3
subject 10:6
submit 14:11 19:21
submitted 19:15
sum 32:6
summarize 6:11
supposed 7:15 12:1 18:19 20:25 32:20
sworn 5:15

T

talk 34:7
talked 7:17

15:11 24:17
talking 15:13 17:25 18:3,4, 25 19:2,3 20:5 21:13
taxation 25:18
team 24:11
telling 27:21
terms 17:11
testified 5:16 30:24 31:22
texted 33:17
Theodore 4:1
thing 7:11,12 11:22 12:18 24:23
things 7:10 11:21 14:23 26:14,15 31:5
thought 7:15, 17 28:15 31:7
till 11:2
time 4:16 6:14 7:16 8:11 9:7 10:25 11:13, 18 13:7,9 14:18 15:4,16 19:22 20:22, 24 22:22 25:9 26:11 33:15, 20
times 14:5 19:25
title 8:10,19 9:6,8,17,22 10:14 11:1, 18,19 12:6,7, 11,12 14:16, 19 15:19,22 17:2,18 18:5, 9,21 19:10,16 20:14,19 21:18 22:9 23:19 30:2

today 17:23 18:1 27:10 30:7
ton 31:4
top 19:8
totally 13:4
transaction 25:23
trust 26:17, 19
trustee 3:1, 2,9,12,14,16, 21 4:3,5,7, 11,16,20,23 5:2,6,18 6:3, 5,10,21,23 7:3,14,18 21:22 22:8 23:11,14,21, 23,24 24:3,25 27:8,23 28:1, 4,6 30:3,9, 13,18,20,22 33:8,11,24 34:3,12
trustee's 7:24 8:4
turn 30:10
turn's 25:24
type 17:10

U

UCC 9:25 10:4,9,13 11:11 12:17 15:11
understand 14:25 20:7 30:6
undo 4:25
Unintelligible 25:16
upload 6:15
upset 11:25

### V

versus 12:21
video 4:25
  5:2
voice 5:1

### W

wanted 6:16
whited 14:15
  17:1,4
words 24:4,
  16,20,24
work 18:20
working 26:3,
  16
works 26:15
  34:1
world 7:25
worries 30:9
write 25:2
written 30:25
  31:10,13

### Y

year 9:3

### Z

Zoom 3:17 5:9
  30:14