# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re JAMIE LYNN GALLIAN,<br>Debtor. | SACV 23-001 DSF<br><br>Order re Failure to File<br>Appellee's Brief |

Appellee/Debtor has filed several volumes of excerpts of record but has failed to file her Appellee's Brief.  Appellee's time to file her brief is extended to June 5, 2023.  Appellant's reply brief is now due June 20, 2023.

IT IS SO ORDERED.

Date: June 1, 2023

Dale S. Fischer
United States District Judge