D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Appellant,
HOUSER BROS. CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor.<br><br>HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Appellant,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Appellee. | Case No. 8:23-cv-00001-DSF<br><br>STIPULATION TO CONTINUE ORAL ARGUMENT FROM OCTOBER 16, 2023, TO OCTOBER 23, 2023, AT 1:30 P.M.<br><br>(CONCURRENTLY FILED WITH [PROPOSED] ORDER) |

On September 14, 2023, the Court set in person oral argument in this appeal for September 25, 2023, at 1:30 p.m. See, Docket No. 24.

On September 15, 2023, Appellant had a conflict and requested the Court continue oral argument to October 2, 2023, at 1:30 p.m. See, Docket No. 25.

On October 2, 2023, due to a pending conflict in Appellee's schedule, and Appellee's work injury, Appellee requested the Court continue oral argument to October 16, 2023. See, Dk. No. 26.

1
STIPULATION FOR CONTINUANCE

Appellant's counsel had a calendar conflict on October 16, 2023. The Court graciously offered the parties a calendar date open for Monday, October 23, 2023, at 1:30 pm.

Wherefore, the Parties stipulate as follows:

1. The Parties respectfully request that oral argument be continued from October 16, 2023, to **October 23, 2023, at 1:30 p.m.**, to be held in person at the First Street Courthouse, located at 350 West 1st Street, Courtroom 7D, Los Angeles, California.

DATED: October 2, 2023            MARSHACK HAYS WOOD LLP

By:  /s/ D. Edward Hays
   D. EDWARD HAYS
   BRADFORD N. BARNHARDT
   Attorneys for Appellant
   HOUSER BROS. CO.

DATED: October 2, 2023

By: *Jamie Lynn Gallian*
   JAMIE LYNN GALLIAN
   Appellee in propia persona

## DECLARATION OF D. EDWARD HAYS

I, D. Edward Hays, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this court. I am a founding partner at Marshack Hays Wood LLP (formerly known as Marshack Hays LLP) and serve as lead counsel in this appeal.

2. Based on a request by Ms. Gallian, the oral argument in this matter was continued to October 16, 2023.

3. I have a deposition scheduled for October 16. The deponent lives out of the country but will be in town on that date. Because I have been trying to coordinate this examination for several months, I am reluctant to reschedule it.

4. I have obtained consent from my client to request to reschedule oral argument for October 23, 2023.

5. Ms. Gallian has likewise expressed a preference for October 23, 2023.

6. I do not anticipate needing another continuance of the oral argument.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October  2 , 2023.

                                        */s/ D. Edward Hays*
                                         D. EDWARD HAYS

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this District Court proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **STIPULATION TO CONTINUE ORAL ARGUMENT FROM OCTOBER 16, 2023, TO OCTOBER 23, 2023, AT 1:30 P.M.** will be served or was served **(a)** on the judge in chambers in the form and manner required by L.R. 5-4 in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and L.R 5-3.3, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 9, 2023**, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **October 9, 2023**, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 (d)(3) and/or controlling L.R. 5-4, on **October 9, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 9, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

146786v1/9999-403

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - Bradford Nathan Barnhardt bbarnhardt@marshackhays.com
   - D Edward Hays ehays@marshackhays.com, kfrederick@ecf.courtdrive.com, cmendoza@marshackhays.com, cmendoza@ecf.courtdrive.com, ehays@ecf.courtdrive.com
   - Laila Masud lmasud@marshackhays.com, kfrederick@ecf.courtdrive.com, lbuchanan@marshackhays.com, lmasud@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

   Jamie Lynn Gallian
   16222 Monterey Lane Unit 376
   Huntington, CA 92649

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: CONTINUED:

   **VIA PERSONAL DELIVERY:**
   **MANDATORY CHAMBERS COPY**
   HONORABLE DALE S. FISCHER, DISTRICT JUDGE
   FIRST STREET COURTHOUSE
   350 WEST 1ST STREET, COURTROOM 7D
   LOS ANGELES, CA 90012

4888-6088-1744, v. 1