1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11  In re                                    Case No. 8:23-cv-00001-DSF

12  JAMIE LYNN GALLIAN,                       ORDER APPROVING
                                              STIPULATION AND CONTINUING
13              Debtor.                       ORAL ARGUMENT TO OCTOBER
                                              23, 2023, AT 1:30 P.M.
14
    HOUSER BROS. CO. DBA RANCHO
15  DEL REY MOBILE HOME ESTATES,

16              Appellant,

    v.
17
    JAMIE LYNN GALLIAN,
18
                Appellee.
19

20  / / /

21  / / /

22

23

24

25

26

27

28

Pursuant to the Stipulation of the Parties, it is ordered that oral argument in this matter is continued from October 16, 2023, to **October 23, 2023, at 1:30 p.m.**, to be held in person at First Street Courthouse, 350 West 1st Street, Courtroom 7D, Los Angeles, California.

**IT IS SO ORDERED**.

Dated:          October 10, 2023

HONORABLE DALE S. FISCHER,
UNITED STATES DISTRICT JUDGE