**FILED**
CLERK, U.S. DISTRICT COURT

10/27/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

# United States District Court

## CENTRAL DISTRICT OF CALIFORNIA

In re: JAMIE LYNN GALLIAN,

Debtor

HOUSER BROS. CO. A CALIFORNIA
LIMITED PARTNERSHIP DBA
RANCHO DEL REY MOBILEHOME
ESTATES

Appellants

v.

JAMIE LYNN GALLIAN,

Appellee.

District Court Case Number
8:23-cv-00001-DSF

Bankruptcy Court Case Number
8:21-bk-11710-SC

Chapter 7

---

## APPELLEE'S OPPOSITION TO REMAND APPEAL BACK TO BANKRUPTCY COURT

### REQUEST TO DISMISS APPEAL FOR LACK OF APPELLANT STANDING

**JMIAE LYNN GALLIAN**

**16222 MONTEREY LANE UNIT 376**

**HUNTINGTON BEACH, CA 92649**

**714-321-3449**

**JAMIEGALLIAN@GMAIL.COM**

**APPELLEE, IN PRO PER**

---

APPELLEE'S OPPOSITION TO REMAND BRIEF

i

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re:

JAMIE LYNN GALLIAN

District Court Case No. 8:23-cv-00001-DSF

CHAPTER 7

Debtor

Bk. No. 8:21-bk-11710-ES & SC

HOUSER BROS CO. A CALIFORNIA
LIMITED PARTNERSHIP, DBA RANCHO
DEL REY MOBILEHOME ESTATES

Appellants

, v.

JAMIE LYNN GALLIAN

Appellee

**(1) APPELLANT'S LACK STANDING TO APPEAL;   (2) DEBTORS' OBJECTION TO THE DISTRICT COURT'S PRELIMINARY DECISION, OCTOBER 23, 2023, TO REMAND BACK TO THE BANKRUPTCY COURT FOR FACTUAL FINDINGS. DECLARATION JAMIE L YNN GALLIAN, ISO**

**TO THE HONORABLE DALE S. FISCHER, UNITED STATES DISTRICT JUDGE, AND ALL INTERESTED PARTIES:**

Appellant, Houser Bros Corporation, a California limited partnership, a Mobilehome "Park Operator" under a Permit To Operate issued by CA HCD doing business in the County of Orange, as Rancho Del Rey Mobilehome Estates, appealed the bankruptcy court's December 19, 2022, **MEMORANDUM OF DECISION Docket 273,** GRANTING Debtor's Motion For Reconsideration and entitled Debtor to her Claimed Homestead Exemption under Cal. Civ. Proc. §704.720(a) (Automatic Exemption) and §704.730(a) (Schedule C Exemption).  **ORDER Docket 274**

A true and correct copy of the bankruptcy courts **MEMORANDUM OF DECISION** Docket 273, is attached to the Declaration of Jamie Lynn Gallian as **EXHIBIT 1.**

A true and correct copy of the bankruptcy courts MEMORANDUM OF DECISION Docket 274, is attached to the Declaration of Jamie Lynn Gallian as **EXHIBIT 2.**

**INTRODUCTION**

On October 23, 2023, Debtor appeared in person in the United States

District Courtroom 7D, Honorable Dale S. Fischer to discuss the courts belief that

the bankruptcy court did not issue any findigs of fact or conclusions of law.  Ms.

Gallian addressed the Honorable Court and attempted to explain she believed the

bankruptcy courts **MEMORANDUM OF DECISION Dk. 273,** did indeed

address the District Courts concerns.

Appellee. Jamie Lynn Gallian ("Debtor"), files this Opposition to

the District Court's October 23, 2023, in person Court Appearance, Preliminary

Decision, to Remand this case back to the bankruptcy court for factual findings.

Appellee, Jamie Lynn Gallian, believes the District Court overlooked the

bankruptcy courts findings of fact and conclusions of law set out in the bankruptcy

courts 13-page **MEMORANDUM OF DECISION Docket 273, filed December**

**19, 2022.**   A true and correct copy is attached to the Declaration of Jamie Lynn

Gallian as **EXHIBIT 1.**

**27TH DAY OF OCTOBER 2023**  _Jamie Lynn Gallian_

                                                            JAMIE LYNN GALLIAN


Debtor believes it would be highly prejudicial towards Debtor to remand this

case back to the bankruptcy court after the Honorable Erithe A. Smith, Bankruptcy

Judge, took Oral Argument on September 22, 2022, took the matter under

submission for nearly 2 months and  prepared a 13-page Memorandum of  Decision

outlining the bankruptcy courts Factual Findings. Therefore, Debtor offers the

following argument for consideration to this Honorable District Court.

## DISTRICT COURTS RESPONSIBILITY TO REVIEW APPELLANT'S STANDING SUA SPONTE, BEFORE ADDRESSING THE MERITS

Notwithstanding the foregoing, Debtor also raises in issus of Appellant's in this forum the District Courts Sua Sponte responsibility to review on its own motion, whether Appellant Houser Bros Co. a Mobilehome "Park Operator", doing business in the County of Orange under the fictious name of RANCHO DEL REY MOBILEHOME ESTATES, has standing to Appeal this the bankruptcy courts decision to the District Court.

**Does   Appellant's Houser Bros Co. a Manufactured Park Operator in the City of Huntington Beach, County of Orange, doing business under the ficticous name Rancho Del Rey Mobilehome Estates, have standing to challenge the bankruptcy courts Order on appeal?**

## II. STANDARD OF REVIEW

"While standing to appeal is generally a legal issue reviewed de novo, whether an appellant is a 'person aggrieved' by the order appealed is a question of fact we review in the first instance." *Landress v. Cambridge Land Co. II, LLC (In re Cambridge Land Co. II, LLC)*, 626 B.R. 319, 323 (9th Cir. BAP 2021), *appeal filed*, No. 21-60028 (9th Cir. 2021) (citing *Palmdale Hills Prop., LLC v. Lehman Com. Paper, Inc. (In re Palmdale Hills Prop., LLC)*, 654 F.3d 868, 873 (9th Cir. 2011)).

4                                                                                          4

## A. Appellant Houser Bros Co. ("Park Operator") DBA Rancho Del Rey Mobilehome Estates lacks standing to appeal in this District Court.

Houser Bros Co. a Mobilehome Park Operator, appealed the bankruptcy courts Memorandum of Decision DK. 273 and Order Dk. 274.  Appellant Houser Bros Co. does not have Constitutional and Prudential Standing to Appeal  the Bankruptcy Court's Order to the District Court.  This Appeal must be dismissed.

"A federal court may exercise jurisdiction over a litigant only when that litigant meets constitutional and prudential standing requirements." *Veal v. Am. Home Mortg. Servicing, Inc. (In re Veal)*, 450 B.R. 897, 906 (9th Cir. BAP 2011) (citation omitted).

Constitutional standing requires an injury in fact that is caused by or fairly traceable to some conduct, and which the requested relief will likely redress. *Id.* (citing *Sprint Commc'ns Co., L.P. v. APCC Servs., Inc.*, 554 U.S. 269, 273-74 (2008); additional citations omitted).

"The prudential standing doctrine or the 'person aggrieved test' provides that '[o]nly those persons who are directly and adversely affected pecuniarily by an order of the bankruptcy court . . . have standing to appeal that order.'" *Palmdale Hills Prop. v. Lehman Com. Paper, Inc. (In re Palmdale Hills Prop., LLC,* 654 F.3d 868, 874 (9th Cir. 2011) (quoting Fondiller v. Robertson *(In re Fondiller),* 707 F.2d 441, 442 (9th Cir. 1983)).

As the appellants, it is Houser Bros burden to establish standing. *Hasso v. Mozsgai (In re La Sierra Fin. Servs., Inc.)*, 290 B.R. 718, 726 (9th Cir. BAP 2002) (citing Bennett v. Spear, 520 U.S. 154, 167-68 (1997)).  Houser Bros Co. failed to establish standing.

On September 22, 2022,  the bankruptcy court took oral argument, Counsel for Houser Bros Co. failed to argue or offer any evidence how is clients would be affected pecuniarily if the bankruptcy court order overruled Houser Bros Co. Motion Objecting to Debtors Homestead Exemption.

Houser Bros Co. have already conceded that the transfer/sale for $ 0.00 consideration cannot be undone from J-Sandcastle Co, LLC to Debtor on February 25, 2021, returning the Certificate of Title with CA Department of Housing and Community Development to Debtor was done over 140 days prior to Debtor's Chapter 7 petition was filed.  The transfer of the home to debtor was bring estate property back into the estate prior to Debtor Chapter 7 petition.  See *In re Adeeb* 787 F.2d 1339.

Debtor is the owner of the personal property 2014 Skyline Manufactured Home purchased with exempt funds on November 1, 2018, from the sale of debtors previous homestead "4476 Alderport" sold on October 31, 2018 and recorded with the Tax Assessors Office in the County of Orange.
 If anything, the J-Sandcastle Co LLCs transfer/sale of the 2014 Skyline Manufactured Home on February 25, 2021, for $0.00 consideration benefited the Debtor by relieving her of nearly $225,000 in secured collateral against her home of her sole member LLC J-Sandcastle Co LLC.
Debtor is the only Member of the LLC.

6                                                    6

## FACTUAL BACKGROUND

Debtor filed for bankruptcy protection,  chapter 7,  on July 9, 2021. Dk. 1

She listed her personal residence 16222 Monterey Ln. Unit 376, Huntington Beach,

CA 92649, as  2014 Skyline Manufactured Home, Decal No. LBM 1081, Serial

No(s).  AC7V710394GA/GB, Local Property Tax A.P.N. 891-569-62  "primary

residence of Debtor since November 1, 2018". [Dk. 1] on Schedule A with a value of

$ 235,000.00, for the Space 376 property manufactured home.  Debtor disclosed

"unknown" for the value of the unexpired Ground Leasehold for Space 376 real

property "pad" under the 2014 Manufactured Home. (the "Leasehold")  Dk 76.

Jeffrey I. Golden was appointed as the Chapter 7 Trustee and held the §341

Meeting of Creditors on August 18, 2021.   Debtor filed a First Amendment,

Schedule C, [Dk. 15, Dk 16] on September 7, 2021, whereby Debtor claimed a

$600,000 homestead exemption under California Code of Civil Procedure  § 704.730.

There were no creditor objections or  Interested Party Objections to Debtor's

First Amendment to Schedule C  [Dk. 15, 16], within 30 days of Debtor filing the

First Amendment to Schedule C.

Nine months later, the Park Operator,  Houser Bros. Co. dba Rancho Del Rey

Mobilehome Estates , filed an untimely Objection to Debtors Claimed Homestead

Exemption on May 12, 2022. Dk. 95.  Debtor filed an Opposition to Houser Bros Co

Objection to Debtors Homestead Exemption.  Dk 105.

Pre-petition, Debtor filed a Declared Homestead with the Clerk Recorder

County of Orange Dk. 74.  The burden of proof shifted to Houser Bros Co. to prove

Debtor was not entitled to the Automatic Homestead Exemption on the day she filed

her bankruptcy petition under Cal. Civ. Proc. Code § 704.720(a) or her Schedule C

Exemption Cal. Civ. Proc. Code  § 704.730(a).

On October 18, 2021, Chapter 7 Trustee Jeffrey Golden and Debtor enter into a Stipulation whereby Debtor agreed to extend the time under FRBP §4003 allowing the [Chapter 7 Trustee] additional time to file an objection to Debtor's homestead exemption and/or to file a §727 adversary claim, up to and including November 17, 2021, Dk. 29.  The Order was signed by the Honorable Erithe A. Smith on October 19, 2021. Dk. ___

The Chapter 7 Trustee did not file any objection to Debtors Claimed Homestead Exemption nor did the Chapter 7 Trustee file an adversary complaint objecting to debtors Chapter 7 discharge.

Notwithstanding the late Motion filed by Houser Bros Co Objection to Debtors Claimed Homestead Exemption, the the bankruptcy court held Oral Argument September 22, 2022,thereafter the matter taken under submission. Dk. 237.

On December 16, 2022, the Honorable Erithe A. Smith, Bankruptcy Judge, entered Memorandum of Decision Dk. 273 and Order Dk. 274 finding that (1) Debtor's is entitled to a homestead exemption in the amount of $600,000.00 pursuant to Cal. Civ. Pro Code § 704.720(a) and § 704-730(a)

Debtor requests the court find the Appellant and Interested Party Houser Bros Co. A California limited partnership, doing business as RANCHO DEL REY MOBILEHOME ESTATES,  (the "Park Operator")  does not have Constitutional Standing to bring this Appeal in the United States District Court.

Because the Debtors respectfully requests the District Court  to dismiss this appeal for lack of standing, the District Court need not address the substance of the requested relief and merits of the Appeal or find is necessary to Remand this case back to the  Bankruptcy Court for Factual findings. **SEE Dk 273  for findings of fact and conclusions of law by the Honorable Erithe A. Smith.**

## ISSUE

Does Houser Bros Co. a California limited partnership dba Rancho Del Rey Mobilehome Estates, a Mobilehome Park Operator under a Permit to Operate issued by the CA Department of Housing and Community Development have standing to challenge the Bankruptcy Court's Orders on appeal?

Debtor believes the District Court, Sua Sponte, must decide this issue before considering the merits of the Bankruptcy Courts Memorandum Of Decision Dk. 273 and Order Dk. 274 finding Debtor's is entitled to her claimed homestead exemption.

A. Article III Standing

1. Traditional analysis

Article III standing is jurisdictional. *CGM, LLC v. BellSouth Telecomms., Inc.,* 664 F.3d 46, 52 (4th Cir. 2011); Fed. R. Civ. P. 12(b)(1), incorporated by Fed. R. Bankr. P. 7012. Plaintiffs seeking redress in the federal courts must show Article III standing. *Lujan v. Defs. Of Wildlife,* 504 U.S. 555, 560 (1992). Standing implicates the case And controversy provisions of the United states Constitution. "In essence the question of standing is whether the litigant is entitled to have the court decide the merits of the dispute or of particular issues." *Warth v. Seldin*, 422 U.S. 490, 498 (1975).

In its constitutional dimension, standing imports justiciability: whether the plaintiff has made out a 'case or controversy' between himself and the defendant within the meaning of Art. III. This is the threshold question in every federal case, determining the power of the court to entertain the suit. As an aspect of justiciability, the standing question is whether the plaintiff has 'alleged such a personal stake in the outcome of the controversy' as to warrant his invocation of federal-court jurisdiction and to justify exercise of the court's remedial powers on his behalf. The Art. III judicial power exists only to redress or otherwise to protect against injury to the complaining party, even though the court's judgment may benefit others collaterally. A federal court's jurisdiction therefore can be invoked only when the plaintiff himself has suffered 'some threatened or actual injury resulting from the putatively illegal action ....'*Id.* (internal citations omitted) (emphasis added).

Federal courts must address the issue of standing whenever and wherever it arises. *United States v. Hays,* 515 U.S. 737, 742 (1995); *Carrico v. City & County of San Francisco,* 656 F.3d 1002, 1005 (9th Cir. 2011). It must even do so sua sponte. Fed. R. Civ. P. 12(h)(3), incorporated by Fed. R. Bankr. P. 7012.  The party asserting federal jurisdiction bears the burden of proof. Id. At 561; *Cooksey v. Futtrell*, 721 F.3d 226, 234 (4th Cir. 2013).

Standing does not exist in gross and advances claim by claim and as to each form of relief sought. *Davis v. Federal Election Comm'n,* 554 U.S. 724, 734 (2008); *Friends of the Earth, Inc. v. Laidlaw Environmental Services (TOC), Inc.,* 528 U.S. 167, 185 (2000). **Moreover, that the Houser Bros Co plaintiffs enjoyed Article III standing in Bankrupcty Court, does not assure them standing in the District Court.**

**As the Supreme Court phrased it:**

The "irreducible constitutional minimum of standing" has three component parts. ***Lujan v. Defs. Of Wildlife,*** 504 U.S. 555, 560 (1992). "[T]raditional Article III standing" requires that the plaintiff has "(1) suffered an injury in fact, (2) that is fairly traceable to the challenged conduct of the defendant, and (3) that is likely to be redressed by a favorable judicial decision." *Spokeo, Inc. v. Robins,* 578 U.S. 330, 338 (2016), as revised (May 24, 2016); *Lujan* at 560; *Magadia v. Wal-Mart Associates, Inc.,* 999 F.3d 668 (9th Cir. 2021) (describing this as traditional Article III standing). Each element is further particularized. "[I]njury in fact" means "an invasion of a legally protected interest" that is "concrete and particularized" and "actual or imminent, not conjectural or hypothetical.*" Spokeo,* 578 U.S. at 339 (2016). "[F]airly traceable" requires a causal connection between the injury that occurred and the defendant's conduct. *Lujan,* 504 U.S. at 559-560. "[L]ikely, to be redressed" means that there is a "substantial likelihood" the relief sought will redress injury. *Duke Power Co. v. Carolina Env't Study Grp., Inc.*, 438 U.S. 59, 75 (1978).

The district relief granted must redress the plaintiff's (Appellant Houser Bros Co.) not the undifferentiated general public's injury in fact. *Steel Co. v. Citizens for a Better  Env't,* 523 U.S. 83, 106 (1998) ("[r]elief that does not remedy  the injury suffered  cannot bootstrap a plaintiff into federal court; that is the very  essence of the redressability requirement").

## CONCLUSION

Appellant Houser Bros co have not met their burden to show either constitutional or prudential standing. They have not established constitutional standing by showing that the bankruptcy court orders on appeal resulted in an injury in fact fairly traceable to the homestead exemption, or that reversal of those orders would redress any injury.

For the same reasons, Appellant. Houser Bros Co. have not established prudential standing, i.e., that they are directly and adversely affected pecuniarily by the orders on appeal.

These appeals must be dismissed.

## CONCLUSION

Appellee respectfully requests this appeal be DISMISSED.

**11**

DECLARATION OF JAMIE LYNN GALLIAN

I Jamie Lynn Gallian  declare under the penalty of perjury the following to be true and correct.  If called upon to testify and I would and could competently testify to the facts stated within:

1.   A True and Correct Copy of the Bankruptcy Court MEMORANDUM OF DECISION DOCKET 273  is attached to the Declaration of Jamie Gallian as **EXHIBIT 1.**

2.   A True and Correct Copyof the Bankruptcy Court ORDER DOCKET 274  is attached to the Declaration of Jamie Gallian as **EXHIBIT 2.**

3.  A True and Correct Copy of **Houser Brothers Co. Permit To Operate** a

mobilehome park known by the Park Name & Address atancho Del Rey Mobilehome Estates 16222 Monterey Ln. Huntington Beach, CA 92649, issued by CA Department of Housing and Community Development Division of Codes and Standards  is attached to the Declaration of Jamie Gallian as **EXHIBIT 3.**

4. A True and Correct Copy of Debtor's Pre-Petition Declared Homestead filed with the Clerk Recorder, County of Orange.  is attached to the Declaration of Jamie Gallian as **EXHIBIT 4.**

5.  A True and Corrent Copy of the Banktuptcy Court Docket 8:21-bk-11710-SC is attached to the Declaration of Jamie Lynn Gallian as **EXHIBIT 5**.

**Signed this 27th day of October, 2023 at Huntington Beach, CA. County of Orange.**

*Jamie Lynn Gallian*
**JAMIE LYNN GALLIAN**
**Appellee, IN PRO PER**

EXHIBIT 1

1

2

3

4

5

6

7

FILED & ENTERED

DEC 19 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

8

9

10

11

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

12

13

14

15

16

17

18

19

| | |
|---|---|
| In re | Chapter 7 |
| JAMIE LYNN GALLIAN, | Case No. 8:21-bk-11710-SC |
| Debtor. | **MEMORANDUM OF DECISION REGARDING DEBTOR'S MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 5, 2022 ORDER SUSTAINING OBJECTION TO DEBTOR'S HOMESTEAD EXEMPTION** |
| | Date:      September 22, 2022 |
| | Time:     10:00 a.m. |
| | Place:    Courtroom 5A – via zoom |

20

21

22

23

24

25

26

27

28

On July 26, 2022, Jamie Lynn Gallian ("Debtor") filed "Debtors [sic] Notice of and

Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho

Del Rey Mobile Home Estates [sic] Objection to Debtor's Claimed Homestead Exemption

and Joinder Parties Huntington Beach Gables HOA; Janine Jasso" [dkt # 157] (the

"Motion"). Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros")

filed a "Response to Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order

Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estate's [sic] Objection

to Debtor's Claimed Homestead Exemption" [dkt # 170] (the "Response") on August 4,

2022. Jeffrey Golden, the Chapter 7 Trustee ("Trustee"), filed "Trustee's Joinder in

Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates' Response to Debtor's

Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co.

DBA Rancho Del Rey Mobile Home Estate's [sic] Objection to Debtor's Claimed

Homestead Objection" [dkt 171] (the "Trustee's Joinder") on August 4, 2022. Also on

August 4, 2022, the Huntington Beach Gables Homeowners Association (the "HOA") filed

"The Huntington Beach Gables Homeowners Association's Joinder to Houser Bros. Co.

dba Rancho Del Rey Mobile Home Estates' Response to Debtor's Motion for

Reconsideration" [dkt #173] (the "HOA Joinder"). Debtor filed a "Reply to Houser Bros Co

DBA Rancho Del Rey MobileHome [sic] Estates [sic] Opposition to Debtors [sic[ Motion

for Consideration [sic] of 7/21/22 Order Sustaining Houser Bros Co DBA Rancho Del Rey

Mobilehome [sic] Estates [sic] Objection to Debtor's Claimed Homestead Exemption" [dkt

#185] (the "Reply").  The Motion initially came on for hearing before the Honorable Erithe

A. Smith on August 18, 2022 at 10:30 a.m. The hearing was subsequently continued to

September 22, 2022 for further oral argument.  Appearances were made as noted on the

Court's record. After the hearing, the matter was taken under advisement.[1]

<u>Procedural Background</u>

On May 12, 2022, Houser Bros filed a "Motion Objecting to Debtor's Claimed

Homestead Exemption" ("Homestead Motion"). Dkt. 95.  Joinders to the Homestead

Motion were filed by the HOA, creditor Janine Jasso ("Jasso"), and chapter 7 trustee

---

[1] This case was transferred to the Honorable Scott Clarkson on September 1, 2022 due to the retirement of the undersigned, Judge Erithe Smith, on October 29, 2022. However, as Judge Smith issued the underlying order sustaining Trustee's objection to Debtor's homestead exemption, presided over the hearing on Debtor's instant motion for reconsideration, and continues to serve as a recalled bankruptcy judge, she has authority and jurisdiction to rule on this motion for reconsideration.

Jeffrey Golden ("Trustee")[2] (collectively, the "Joining Parties"). Dkts. 98, 100. The Homestead Motion was set for hearing on June 2, 2022, at 10:30 a.m. Dkt. 99. Debtor filed a late opposition to the Homestead Motion ("Homestead Opposition") on June 1, 2022, just one day prior to the hearing. Dkt. 105.

On June 2, 2022, the Court conducted a hearing on the Homestead Motion and continued the hearing to July 21, 2022  in order to allow the Joining Parties to respond to Debtor's late-filed Homestead Opposition.  On June 23, 2022, the Court entered its "Order Continuing Hearing on Motion Objecting to Debtor's Claimed Homestead Exemption" ("June 23, 2022 Order"), which attached a copy of the Court's tentative ruling for the hearing on June 2, 2022. Dkt. 124. The June 23, 2022 Order provided that the hearing on the Homestead Motion was continued to July 21, 2022, at 10:30 a.m. to allow Houser Bros and the Joining Parties to file replies to Debtor's late opposition by July 7, 2022 and that no further pleadings were to be filed regarding the Motion. Dkt. 124.

Timely reply briefs were filed by Houser Bros and the HOA. Dkts. 129, 130, 131, 132, 133. On July 8, 2022, Debtor filed an unauthorized "Reply to Greg Buysman, CA Notary Public Commission Number 2341449; Owner & Operator the UPS Store, Edinger/Springdale." Dkt. 134.

The Court held a continued hearing on the Homestead Motion on July 21, 2022, at which time it orally granted the same for the reasons stated in its posted tentative ruling. That same day, on July 21, 2022, Debtor filed a "Notice of Lodgment of Orange County Tax Assessors [sic] Proof of Debtors [sic] Homestead Exemption Effective 2/25/2021 in Support of Opposition to Motion Objecting to

---

[2] Trustee's joinder was not filed until June 30, 2022. Dkt. 128.

Claimed Homestead Exemption" ("First NOL"). Dkt. 139. Later that same day, Debtor also filed a "Notice of Lodgment of Orange County Tax Assessors [sic] Proof of Debtors [sic] Homestead Exemption Effective 2/25/2021 in Support of Opposition to Motion Objecting to Claimed Homestead Exemption" ("Second NOL"). Dkt. 140. Finally, on July 21, 2022,  Debtor filed a "Notice of Appeal and Statement of Election" ("Notice of Appeal") regarding a "7/21/2022 Order Denying Debtors [sic] Declared Homestead and Debtors [sic] Homeowners Exemption Effective February 25, 2021 with the Orange County Tax Assessor Pursuant to California Department of Housing and Community Development Certificate of Title Perfected February 25, 2021." Dkt. 143. Debtor's appeal was referred to the Bankruptcy Appellate Panel based on Debtor's election. Dkt. 161. However, the Court's "Order Granting Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates's Motion Objecting to Debtor's Claimed Homestead Exemption in 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649" ("Homestead Order") was not entered until August 5, 2022. Dkt. 177.

On July 26, 2022, Debtor filed the Motion. Dkt. 157.  Shortly thereafter, on August 1, 2022, Debtor filed a "Motion for Leave from the Bankruptcy Appeal [sic] Panel to Permit the Bankruptcy Court to Consider Debtor's Motion for Re-Consideration [dkt. 157] on August 18, 2022." Dkt. 167. The following day, on August 2, 2022, Houser Bros filed an "Optional Appellee Statement of Election to Proceed in District Court." Dkt. 168. A Notice of Transfer of Appeal to District Court was filed on the docket by the Debtor on August 8, 2022. Dkt. 180. Debtor also filed a Notice Regarding Appeal From Bankruptcy Court that was entered on August 11, 2022. Dkt. 184.  Ultimately, the District Court Case, no. 8:22-cv-1462-RGK was dismissed by Debtor, thereby eliminating any issue regarding this Court's jurisdiction over the Motion. *See* Dkt. 215.

1      <u>Standards for Relief Under Federal Rules of Civil Procedure 59(e) and 60(b)</u>

2           Federal Rules of Civil Procedure (FRCP) 59(e) and 60(b) are applicable to

3   bankruptcy cases pursuant to Federal Rules of Bankruptcy Procedure 9023 and

4   9024 respectively.

5           A motion brought under FRCP 59 involves reconsideration on the merits and

6
7   generally should not be granted unless it is based on at least one of the following

8   grounds: (1) to correct manifest errors of law or fact upon which the judgment is based;

9   (2) to allow the moving party the opportunity to present newly discovered or previously

10  unavailable evidence; (3) to prevent manifest injustice; or (4) to reflect an intervening

11  change in controlling law.  *In re Oak Park Calabasas Condominium Ass'n*, 302 B.R. 682,

12
13  683 (Bankr.C.D.Cal.2003), *citing McDowell v. Calderon,* 197 F.3d 1253, 1255 (9th

14  Cir.1999), *cert. denied,* 529 U.S. 1082, 120 S.Ct. 1708, 146 L.Ed.2d 511 (2000) (cit.

15  omitted).  The term "manifest error" is "an error that is plain and indisputable, and that

16  amounts to a complete disregard of the controlling law or the credible evidence in the

17  record." *Oak Park* at 783.  A "manifest injustice" is defined as "an error in the trial court

18  that is direct, obvious, and observable, such as a defendant's guilty plea that is

19  involuntary or that is based on a plea agreement that the prosecution rescinds."  *Id.*

20           A motion brought under FRCP 59 "may seek a reconsideration of the

21
22  correctness and merits of the trial court's underlying judgment." *In re Wylie*, 349

23  B.R. 204, 209 (9th Cir. BAP 2006).  A motion based on FRCP 59 may not be used

24  "to raise arguments or present evidence for the first time when they could

25  reasonably have been raised earlier in the litigation." *Kona Enters., Inc. v. Estate*

26  *of Bishop,* 229 F.3d 877, 890 (9th Cir.2000). Further, such a motion may not be

27  used to present a new legal theory for the first time, to raise legal arguments which

28

could have been raised in connection with the original motion, or "to rehash the same arguments presented the first time or simply express the opinion that the court was wrong." *In re JSJF Corp.,* 344 B.R. 94, 103 (9th Cir. BAP 2006), *aff'd and remanded*, 277 Fed.Appx. 718 (9th Cir. 2008).

Under FRCP 60(b), a party may seek relief from a final judgment or order on the following enumerated grounds: 1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

<u>Factual Background</u>

This matter involves a dispute over Debtor's claimed homestead exemption in the manufactured home located at 16222 Monterey Lane, Unit 376, Huntington Beach, CA (the "Property"). The underlying facts are complex and are set forth in the pleadings filed in connection with the Homestead Motion and the instant Motion and are incorporated herein by reference. However, due to the narrow scope of this Memorandum, such facts will not be fully discussed except as relevant to the Court's findings and conclusions.

The pleadings filed in connection with the Homestead Motion focused primarily on whether Debtor had an ownership interest in the Property as of the petition date, i.e., July 9, 2021. It is undisputed that shortly after the acquisition of the Property in November 2018, its registered owner was J-Sandcastle LLC ("Sandcastle"), an entity wholly owned by Debtor. Thereafter, Ron Pierpont and J-Pad LLC were added as the Property's legal

owners.  According to Debtor, Sandcastle's interest in the Property was transferred to her on February 21, 2021; according to Houser Bros the transfer did not occur and/or did not become effective until *after* July 9, 2021.  In her opposition to the Homestead Motion, Debtor argued, among other things, that she qualified for the automatic homestead exemption permitted under California law because she had continuously resided on the Property as her principal residence since 2018 to the present. Debtor's Opposition to Homestead Motion at pp.15, 20. Dkt. 105. There was no evidence presented by the Joining Parties that disputed Debtor's residency claim.

Oral argument at the hearing on the Homestead Motion also focused on the issue of ownership as of the filing of the bankruptcy petition.  Indeed, the Court's ruling on the Homestead Motion exclusively relied on matters relating to ownership, as reflected in the following excerpts from the Homestead Order:

> In In re *Shaefers*[3], the Ninth Circuit BAP found that a Chapter 7 debtor cannot claim homestead exemption in limited liability company (LLC) that he owned, which owned real property at which debtor resided; debtor did not identify any beneficial or equitable interest in the property, and LLC members such as debtor had no interest in the company's assets, rather, debtor's interest in LLC was a personal property interest outside the statutory definition of a homestead. 623 B.R. 777 (B.A.P. 9th Cir. 2020).
>
> Here, Debtor has failed to meet her burden that the Property is subject to exemption. First, the HCD records show that J-Sandcastle LLC, not Debtor, was the Property's owner of record on the Petition Date. As of June 7, 2021— about a month before the Petition Date—the Property's registered owner was J-Sandcastle LLC, and the legal owners were Pierpont and J-Pad LLC. Hays Decl., Ex. 17 at 142. The HCD webpage indicates that "documents and fees" must be submitted to the HCD to

---

[3] *In re Shaefers* was subsequently vacated by the Ninth Circuit on August 31, 2022 due to the dismissal of the bankruptcy case.  *In re Schaefers* ("*Schaefers II*"), 2022 WL 3973920, at *1 (9th Cir. Aug. 31, 2022) (vacating decision). The BAP decision therefore has "no precedential authority whatsoever." *See O'Connor v. Donaldson*, 422 U.S. 563, 578 n. 2, 95 S.Ct. 2486, 2495 n. 2, 45 L.Ed.2d 396 (1975) . It's availability for citation for any purpose is, therefore, uncertain.  In any event, the Court notes that 1) in *Shaefers*, the debtor asserted an interest in the LLC itself and not in the real property owned by the LLC, and 2) as discussed *supra* herein, an equitable interest in real property may be shown by occupancy.

transfer ownership of a manufactured home or manufactured home. The June 7, 2021, Title Search did not note any pending applications for title or registration change that might have added Debtor as the registered or legal owner of the Property before the Petition Date. And, Debtor paid no fees to the HCD between June 7, 2021, and the Petition Date that could have effectuated a title change. See Hays Decl., Ex. 26.

Moreover, the July 2021 HCD Transaction had a transaction date of July 14, 2021—five days after the Petition Date—and included a certificate of title showing J-Sandcastle LLC as the Property's registered owner and Pierpont and J-Pad LLC as the Property's legal owners. Hays Decl., Ex. 21 at 171. Included in this post-petition transaction was a document to add Debtor as the Property's "New Registered Owner." Id. at 172. Also attached was a County of Orange "Tax Clearance Certificate" issued and executed on the Petition Date, which gave the Property's "Current Registered Owner" as J1Sandcastle LLC. Id. at 191. The August 2021 HCD Transaction did include a certificate of title showing Debtor as the Property's registered owner, but according to the certificate, title was issued on August 3, 2021, nearly a month after the Petition Date. Hays Decl., Ex. 22 at 195.

Second, between February 1, 2021, and the Petition Date, all payments that Debtor submitted to Houser Bros. listed J-Sandcastle LLC as the payor/were on behalf of J-Sandcastle LLC. Only after the Petition Date did Debtor submit a payment on her own behalf. See Hays Decl. Ex. 23 at 203-222.

Third, Debtor provides no credible evidence that she acquired an interest from the LLC on February 25, 2021. In Debtor's Original Schedules, filed on the Petition Date (July 9, 2021), Debtor provided, under penalty of perjury, that "Registered Title with HCD Debtor's single member LLC, J1Sandcastle Co, LLC." Motion at 33 (Exhibit 2). In addition, Debtor, in the Opposition, asserts J-Sandcastle LLC's executed a notarized release of title document, claiming: "On the petition date July 9, 2021, the registered title owner of the manufactured home located at 16222 Monterey Lane, Unit #376, Huntington Beach, CA 92649 ('Property') was Jamie Lynn Gallian as of February 25, 2021, the date J-Sandcastle Co LLC signed and dated to release the Certificate of Title to Jamie Lynn Gallian, notarized the same date." Opp'n., 29. However, Mr. Buysman did not actually notarize these documents. Instead, Mr. Buysman's notary book shows that on February 25, 2021, he notarized for Debtor an "Affidavit of Death" and a "Transfer Grant Deed." Buysman Decl., ¶7-11. Mr. Buysman did not notarize the July 2021 HCD Submission either. Id. Debtor's improperly filed July 8 response, even if considered by the court, would be insufficient to counter the statements and documentary evidence set forth in the Buysman Declaration.

-------------------------------

In conclusion, Debtor failed to carry her burden because, on the Petition Date, the Property's registered owner was J-Sandcastle LLC, and the legal owners were Pierpont and J-Pad, LLC. As a result, the Property was not part of the estate and not eligible for an exemption.

Neither the Court's ruling at the hearing or the Homestead Order includes a full or proper analysis of Debtor's claimed automatic homestead exemption under Cal. Civ Proc. Code § 704.720(a).  The Court believes such oversight was in error.

<u>Relief Under Either FRCP 59(e) or FRCP 60(b) is Warranted Because Debtor has Demonstrated Entitlement to an Automatic Homestead Exemption Under Cal.Civ.Proc. Code §704.720(a)</u>

Though the Motion does not specifically cite FRCP 59(e) or FRCP 60(b), the substance of the arguments therein is consistent with either Rule and Debtor clarifies in her Reply brief that she is seeking relief under both Rules. Debtor's Reply brief at 5. As previously noted, it is undisputed that Debtor has resided continuously on the Property as her principal residence from November 2018 to through the petition date and beyond. As a matter of law, Debtor meets the requirements for an automatic homestead exemption under Cal. Civ. Proc. Code §§ 704.710(c) and 704.720(a).

In *In re Gilman*, 887 F.3d 956, 964-965 (9th Cir. 2018), the Ninth Circuit held as follows:

> California provides for an "automatic" homestead exemption. Cal. Civ. Proc. Code § 704.720(a). The automatic homestead exemption protects a debtor "who resides (or who is related to one who resides) in the homestead property at the time of a forced judicial sale of the dwelling." *In re Anderson*, 824 F.2d 754, 757 (9th Cir. 1987); *see also Diaz*, 547 B.R. at 334 ("The filing of a bankruptcy petition constitutes a forced sale for purposes of the automatic homestead exemption.").
>
> Under Cal. Civ. Proc. Code § 704.710(c), a "homestead" is "the principal dwelling (1) in which the judgment debtor or the judgment debtor's spouse resided on the date the judgment

creditor's lien attached to the dwelling, and (2) in which the judgment debtor or the judgment debtor's spouse resided continuously thereafter until the date of the court determination that the dwelling is a homestead." This "requires only that the judgment debtor *reside* in the property as his or her principal dwelling at the time the judgment creditor's lien attaches and continuously thereafter until the court determines the dwelling is a homestead." *In re Elliott*, 523 B.R. 188, 196 (BAP 9th Cir. 2014) (quoting *Tarlesson*, 184 Cal. App. 4th at 937, 109 Cal.Rptr.3d 319). It does not require that the debtor continuously own the property. *Id.*

To determine whether a debtor resides in a property for homestead purposes, courts consider the debtor's physical occupancy of the property and the intent to reside there. *Diaz*, 547 B.R. at 335; *Ellsworth v. Marshall*, 196 Cal.App. 2d 471, 474, 16 Cal.Rptr. 588 (1961) ("The physical fact of the occupancy and the intention with which the premises are occupied 'are both elements to be considered in determining the actual residence.' ") (quoting *Lakas v. Archambault*, 38 Cal.App. 365, 372, 176 P. 180 (1918)).

California law rejects Phillips' argument that title to the property is necessary to claim a homestead exemption. For instance, *Tarlesson* held that "judgment debtors who continuously reside in their dwellings retain a sufficient equitable interest in the property to claim a homestead exemption even when they have conveyed title to another." 184 Cal.App. 4th at 937, 109 Cal.Rptr.3d 319. The court further noted that "[s]uch a result is consistent with the purpose of California's homestead exemption to protect one's dwelling against creditors." *Id.* Likewise, *Elliott* held that conveyance to a third party does not defeat a debtor's right to an automatic exemption, "because continuous residency, rather than continuous ownership," controls the analysis. 523 B.R. at 196.

Importantly, *Gilman* cites with favor the case of *Tarlesson v. Broadway Foreclosure Investments, LLC*, 184 Cal.App.4th 931 (2010).  In analyzing the interplay between Cal. Civ. Proc. Code §§ 703.720 and 704.710(c), the Tarlesson Court explained:

Broadway bases its argument in substantial part on the language of section 703.020 which provides that statutory exemptions "apply only to property of a natural person." Broadway reads section 703.020 to imply a requirement of ownership. But the authorities Broadway cites do not support its argument. While section 703.020, subdivision (a) states generally that "[t]he exemptions provided by this chapter apply only to property of a natural person," the statutory definition of "homestead" provided in section 704.710 requires only that the judgment debtor reside in the property as his or her principal dwelling at the time the judgment creditor's lien attaches and continuously thereafter until the court determines the dwelling is a homestead. (§ 704.710, subd. (c).) There is no requirement in section 704.710 that the judgment debtor continuously

own the property, and we do not read section 703.020 to impose such a requirement. 184 Cal.App.4th at 937.

Further, the Court in *Tarlesson* recognized that "debtors who continuously reside in their dwellings retain a sufficient equitable interest in the property to claim a homestead exemption even when they have conveyed title to another." *Id.* (citations omitted). Accordingly, the Court finds and concludes that Debtor satisfied her burden of establishing entitlement to an automatic homestead exemption under California law and that the Court erred in not recognizing such entitlement in its Homestead Order.

<u>Debtor's Homestead Exemption in the Amount of $600,000 Allowed by Cal.</u>

<u>Civ. Proc. Code § 704.730(a) is Not Limited by § 522(p)(1)</u>

In its Response to the Motion, Houser Bros requests that if the Court grants the Motion to allow Debtor a homestead exemption, such exemption should be limited to $170,350 pursuant to 11 U.S.C. § 522(p)(1) because, according to Debtor, she acquired an ownership interest in the Property on February 21, 2022 (less than 180 days before the bankruptcy filing). Section 522(p)(1) limits a debtor's ability to take advantage of homestead exemptions under state law. Specifically, § 522(p)(1) provides that a debtor "may not exempt any amount of interest *that was acquired by the debtor* during the 1215-day period preceding the date of the filing of the petition that exceeds . . . $170,350 in value in real or personal property that the debtor . . . uses as a residence." (emphasis added) A majority of courts have held that § 522(p)(1) applies to "opt-out" states such as California. See, *In re Virissimo*, 332 B.R. 201, 207 (Bankr. D.Nev.2005); *Kane v. Zions Bancorporation, N.A.*, 2022 WL 4591787 (September 29, 2022). This Court

agrees with the majority view regarding the application of § 522(p)(1) to exemptions allowed under California law.

The Ninth Circuit has held that "it appears that Congress intended 'acquire' to mean 'gaining possession or control' by purchasing or gaining an ownership interest, either legal or equitable." *In re Greene*, 583 F.3d 614, 623 (9th Cir.2009).  California law provides for an automatic homestead exemption, which protects a debtor "who resides . . . in the homestead property at the time of a forced judicial sale of the dwelling." *Gilman*, 887 F.3d at 964.  The filing of a bankruptcy petition has been held to constitute a forced sale that triggers the application of the automatic homestead exemption.  *In re Elliott,* 523 B.R. 188, 195 (9th Cir. BAP 2014).  As previously noted, in California, title to the property is not necessary to claim an automatic homestead exemption. *Gilman* at 965 ("To determine whether a debtor resides in a property for homestead purposes, courts consider the debtor's physical occupancy of the property and the intent to reside there.")

Here, Debtor has sufficiently demonstrated both continuous occupancy of the Property as well as her intent to reside there. Consequently, she qualifies for the homestead exemption provided under Cal. Civ. Proc. Code § 704.720(a) without regard to, and irrespective of, her subsequent acquisition of legal title. Accordingly, the amount of her exemption permitted under Cal. Civ Proc. Code § 704.730(a) is not affected by the restriction imposed by § 522(p)(1).

<u>Conclusion</u>

Based upon the foregoing, the Court finds and concludes that 1) Debtor's continuous possession and occupation of the Property as her principal residence (irrespective of ownership) constitutes an equitable interest that is sufficient to establish her entitlement to the automatic homestead exemption provided by Cal. Civ. Proc. Code

§§ 704.720(a) and 704.730(a), 2) the Motion should be granted under FRCP 59(e) on the basis of manifest error of law and under FRCP 60(b)(6); 3) the Court's Homestead Order entered on August 5, 2022 should be vacated and the underlying Homestead Motion related thereto should be deemed denied; and 4) Debtor is entitled to a homestead exemption in the amount of $600,000.

###

Date: December 19, 2022

Erithe Smith
United States Bankruptcy Judge

EXHIBIT 2

FILED & ENTERED

DEC 19 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Chapter 7<br><br>Case No. 8:21-bk-11710-SC<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 5, 2022 ORDER SUSTAINING OBJECTION TO DEBTOR'S HOMESTEAD EXEMPTION**<br><br>Date: September 22, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 5A – via zoom |

On July 26, 2022, Jamie Lynn Gallian ("Debtor") filed "Debtors [sic] Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates [sic] Objection to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso" [dkt # 157] (the "Motion"). Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros") filed a "Response to Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estate's [sic] Objection to Debtor's Claimed Homestead Exemption" [dkt # 170] (the "Response") on August 4,

28

2022. Jeffrey Golden, the Chapter 7 Trustee ("Trustee"), filed "Trustee's Joinder in

Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates' Response to Debtor's

Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co.

DBA Rancho Del Rey Mobile Home Estate's [sic] Objection to Debtor's Claimed

Homestead Objection" [dkt 171] (the "Trustee's Joinder") on August 4, 2022. Also on

August 4, 2022, the Huntington Beach Gables Homeowners Association (the "HOA") filed

"The Huntington Beach Gables Homeowners Association's Joinder to Houser Bros. Co.

dba Rancho Del Rey Mobile Home Estates' Response to Debtor's Motion for

Reconsideration" [dkt #173] (the "HOA Joinder"). Debtor filed a "Reply to Houser Bros Co

DBA Rancho Del Rey MobileHome [sic] Estates [sic] Opposition to Debtors [sic[ Motion

for Consideration [sic] of 7/21/22 Order Sustaining Houser Bros Co DBA Rancho Del Rey

Mobilehome [sic] Estates [sic] Objection to Debtor's Claimed Homestead Exemption" [dkt

#185] (the "Reply").  The Motion initially came on for hearing before the Honorable Erithe

A. Smith, United States Bankruptcy Judge, on August 18, 2022 at 10:30 a.m. The hearing

was subsequently continued to September 22, 2022 for further oral argument.

Appearances were made as noted on the Court's record. After the hearing, the matter

was taken under advisement.[1]

  For the reasons set forth in the Memorandum of Decision Regarding Debtor's

Motion for Reconsideration of the Court's August 5, 2022 Order Sustaining the Objection

to Debtor's Homestead Exemption entered on December 19, 2022 [Dkt. 273], it is hereby

ordered that:

---

[1] This case was transferred to the Honorable Scott Clarkson on September 1, 2022 due to the retirement of the undersigned, Judge Erithe Smith on October 29, 2022. However, as Judge Smith issued the underlying order sustaining Trustee's objection to Debtor's homestead exemption, presided over the hearing on Debtor's instant motion for reconsideration, and continues to serve as a recalled bankruptcy judge, she has authority and jurisdiction to rule on the motion for reconsideration.

1    1.    The Motion is granted under FRCP 59(e) on the basis of manifest

2  error of law and under FRCP 60(b)(6);

3    2.    The Court's Homestead Order entered on August 5, 2022 [Dkt. 177] is

4  vacated and, as such, Houser Bros' Homestead Motion is deemed denied; and

5
6    3.    Debtor is entitled to a homestead exemption in the amount of

7  $600,000 pursuant to Cal. Civ. Proc. Code.  §§ 704.720(a) and 704.730(a).

8

9  ###

10

11

12

13

14

15

16

17

18

19

20

21

22

23  Date: December 19, 2022

24  Erithe Smith
    United States Bankruptcy Judge

25

26

27

28

EXHIBIT 3

**State of California**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
**DIVISION OF CODES AND STANDARDS**

ANNUAL

PERMIT TO OPERATE

December 6, 2021

Park ID No.

30-0198-MP

| Inc or Unc | Mobilehome Lots With Drains | Recreational Vehicle Lots With Drains | Lots Without Drains | Total Lots |
|---|---|---|---|---|
| I | 379 | 0 | 0 | 379 |

**OPERATOR**

HOUSER BROTHERS CO
17610 BEACH BLVD#32
HUNTINGTON BEACH, CA 92647

**PARK NAME & ADDRESS**

RANCHO DEL REY MOBILE ESTATES
16222 MONTEREY L
HUNTINGTON BEACH, CA 92649

**CONDITIONAL USES**

LOCAL FIRE PROTECTION AGENCY - September 30, 2002
CITY OF HUNTINGTON BEACH FIRE DEPARTMENT
2000 MAIN STREET
HUNTINGTON BEACH, CA 92648
(714) 536-5411

Emergency Preparedness Plan - September 27, 2010

Fire Hydrant System Status: Local Enforcement of Fire Code

**THIS PERMIT EXPIRES November 30, 2022**

**THIS PERMIT IS ISSUED IN ACCORDANCE WITH THE PROVISIONS OF THE CALIFORNIA HEALTH AND SAFETY CODE AND IS SUBJECT TO SUSPENSION OR REVOCATION AS PROVIDED THEREIN. THIS PERMIT IS NOT TRANSFERABLE. THE DEPARTMENT SHALL BE NOTIFIED WITHIN 30 DAYS OF ANY CHANGE OF NAME, OWNERSHIP OR OPERATOR.**

**P.O. Box 278180**
**Sacramento, CA 95827-8180**
**(916) 445-9471**
**From TDD Phones: 1-800-735-2929**
**From Voice Phones: 1-800-735-2922**

**POST IN A CONSPICUOUS PLACE**

HCD-MP 503 (Rev. 03/2000)

EXHIBIT 4

18

Recording Requested by :

J-SANDCASTLE CO LLC

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

**Recorded in Official Records, Orange County**
**Hugh Nguyen, Clerk-Recorder**

|||||||||||||||||||||||||||||||||| 88.00
* $ R 0 0 1 2 9 8 0 9 5 6 *
2021000443659 12:48 pm 07/09/21
18 414A D04    2
0.00 0.00 0.00 0.00 3.00 0.00 0.000.0075.00 3.00

When recorded mail to:

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

IT
2P
SB
PP

# HOMESTEAD DECLARATION
### CCP §704.930

SPACE ABOVE THIS LINE FOR RECORDER USE ONLY

APN#: 891-569-62

**1. Name(s) of Declared Homestead owners:**

JAMIE LYNN GALLIAN                                          , do hereby claim a Declared
Homestead in the following real property located in:

the City of  HUNTINGTON BEACH, CA        , County of  ORANGE        , State of California,

more commonly known as:

16222 MONTEREY LANE SPACE 376 HUNTINGTON BEACH, CA 92649
*(Insert Common Street Address Above)*

and more particularly described as follows:

2014 SKYLINE CUSTOM VILLA DECAL NO. LBM1081 SERIAL NO. AC7V710394GB; AC7V710394GA; LOCATED ON LOT 376
ON APN 178-011-16, TRACT 10542, UNIT 4, PARCEL MAP BOOK 108, PG(S) 47 & 48
*(Insert Property Legal Description Above)*

**2. The Declared Homestead is the principal dwelling of the Declared Homestead Owner(s) listed above or such person(s) spouse.**

**3. The Declared Homestead Owner(s) listed above, or such person(s) spouse, resides in the Declared Homestead on the date this Homestead Declaration is recorded.**

**4. The facts stated in this Homestead Declaration are known to be true as of the personal knowledge of the person(s) below executing and acknowledging this Homestead Declaration.**

Dated: 07/08/2021

_____
(Signature of Declared Homestead Owner or Spouse)

JAMIE LYNN GALLIAN
(Printed Name of Declared Homestead Owner or Spouse)

_____
(Signature of Declared Homestead Owner or Spouse)

JAMIE LYNN GALLIAN
(Printed Name of Declared Homestead Owner or Spouse)

( See Attached Acknowledgment )

EXHIBIT 37, PAGE 816

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _O-ange_ )

On _7/9/21_ before me, _Greg Buysman, Notary Public_
(insert name and title of the officer)

personally appeared _Jamie Lynn Galligan_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

GREG BUYSMAN
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____ (Seal)

EXHIBIT 37, PAGE 817

EXHIBIT 5

**727OBJ, NODISCH, APLDIST, APPEAL, DEFER**

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:21-bk-11710-SC

| | |
|---|---|
| | *Date filed:* 07/09/2021 |
| | *341 meeting:* 04/29/2022 |
| | *Deadline for filing claims:* 10/25/2022 |
| | *Deadline for filing claims (govt.):* 01/05/2022 |
| *Assigned to:* Scott C Clarkson | *Deadline for objecting to discharge:* 10/18/2021 |
| Chapter 7 | *Deadline for financial mgmt. course:* 10/18/2021 |
| Voluntary | |
| Asset | |

**Debtor**
**Jamie Lynn Gallian**
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649
ORANGE-CA
714-321-3449
SSN / ITIN: xxx-xx-3936
*aka* **Jamie L Gallian**
*dba* **J-Sandcastle Co, LLC**
*dba* **J-PAD, LLC**

represented by **Jamie Lynn Gallian**
PRO SE

**Bert Briones**
Red Hill Law Group
15615 Alton Parkway
Suite 210
Irvine, CA 92618
888-733-4455
Fax : 714-733-4450
Email: bb@redhilllawgroup.com
*TERMINATED: 08/09/2022*

**Trustee**
**Jeffrey I Golden (TR)**
Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
(714) 966-1000

represented by **Aaron E. DE Leest**
Danning, Gill, Israel & Krasnoff,
LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
Fax : 310-277-5735
Email: adeleest@DanningGill.com

**Eric P Israel**
Danning Gill Israel & Krasnoff,
LLP
1901 Avenue of the Stars, Suite
450
Los Angeles, CA 90067-6006
310-277-0077
Fax : 310-277-5735
Email: eisrael@danninggill.com

37

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 09/13/2023 | 377<br>(5 pgs) | Response to (related document(s): 375 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649 ; *Memorandum of Points and Authorities; with Proof of service [Hrg. 9/27/23 filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates)* -Trustee's Response; proof of service Filed by Trustee Jeffrey I Golden (TR) (Israel, Eric) (Entered: 09/13/2023) |
| 09/06/2023 | 376 | Hearing Set (RE: related document(s)375 Motion for Relief from Stay - Unlawful Detainer RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649 filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) The Hearing date is set for 9/27/2023 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 09/07/2023) |
| 09/06/2023 | | Receipt of Motion for Relief from Stay - Unlawful Detainer( 8:21-bk-11710-SC) [motion,nmud] ( 188.00) Filing Fee. Receipt number A55901103. Fee amount 188.00. (re: Doc# 375) (U.S. Treasury) (Entered: 09/06/2023) |
| 09/06/2023 | 375<br>(231 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649 ; *Memorandum of Points and Authorities; with Proof of service [Hrg. 9/27/23 at 10:00 a.m., Ctrm 5C].* Fee Amount $188, Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 09/06/2023) |
| 08/02/2023 | 374<br>(8 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)373 Motion for relief from automatic stay ACTION IN NON-BANKRUPTCY FORUM (BNC-PDF)) No. of Notices: 0. Notice Date 08/02/2023. (Admin.) (Entered: 08/02/2023) |
| 07/31/2023 | 373<br>(6 pgs) | Order Granting motion for relief from automatic stay ACTION IN NON-BANKRUPTCY FORUM (BNC-PDF) (Related Doc # 344 ) Signed on 7/31/2023 (AM) (Entered: 07/31/2023) |
| 07/28/2023 | 372<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)368 Order on Motion To Dismiss Debtor - Joint Debtor (BNC-PDF) No. of Notices: 0. Notice Date 07/28/2023. (Admin.) (Entered: 07/28/2023) |
| 07/26/2023 | 368<br>(2 pgs) | ORDER Denying Debtor's Amended Motion To Dismiss. IT IS ORDERED: The Motion Is DENIED Based On The Oral Statements Made By The Court On The Record At The Hearing. (BNC-PDF). (Related Doc # 345) Signed on 7/26/2023. (NB8) (Entered: 07/26/2023) |

38

| | | |
|---|---|---|
| 07/24/2023 | [367](#)<br>(10 pgs) | Notice of lodgment Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)[344](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: to pursue Cross-Complaint in OCSC 30-2020-01163055-CU-OR-CJC *with proof of service*. Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association). (Goe, Robert) (Entered: 07/24/2023) |
| 07/20/2023 | 371 | Hearing Continued On Motion (RE: related document [345](#) Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707) HEARING ON MOTION ADVANCED TO JULY 19, 2023 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER RE: HEARING ON AMENDED MOTION TO DISMISS CHAPTER 7 PETITION WITHOUT PREJUDICE ENTERED 6-30-2023 - (DOCKET NO. [352](#))The case judge is Scott C Clarkson (NB8) (Entered: 07/27/2023) |
| 07/19/2023 | 370 | Hearing Held On Motion (RE: related document [351](#) Amended Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707) - ORDER BY ATTORNEY - MOTION DENIED (NB8) (Entered: 07/26/2023) |
| 07/19/2023 | 369 | Hearing Held On Motion (RE: related document(s)[344](#) Motion for Relief from Stay - ACTION IN NON-BANKUPTCY FORUM RE: Case Name: Randall L. Nickel v. The Huntington Beach Gables HOA, et al.; Docket Number: 30-2020-01163055-CU-OR-CJC; Pending In: Superior Court Of California - County Of Orange - Central Justice Center filed by Creditor The Huntington Beach Gables Homeowners Association) - MOTION GRANTED PURSUANT TO 11 U.S.C. SECTION 362(d)(1) ) - WAIVER OF 14 DAY STAY - RULE 4001(a)(3) GRANTED - ORDER BY ATTORNEY (NB8) (Entered: 07/26/2023) |
| 07/19/2023 | [366](#)<br>(7 pgs) | Notice of lodgment *of Order in Bankruptcy; proof of service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)[351](#) AMENDED Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[345](#) Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8)). (DE Leest, Aaron) (Entered: 07/19/2023) |
| 07/15/2023 | [365](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[364](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 07/15/2023. (Admin.) (Entered: 07/15/2023) |
| 07/13/2023 | [364](#)<br>(2 pgs) | Order Approving Stipulation Between The Chapter 7 Trustee And The Huntington Beach Gables Homeowners Association To Toll Statutes Of Limitations. IT IS ORDERED: The Stipulation Is APPROVED. Without Limiting The Terms Of The Stipulation, The Running Of Any Limitations Period (As Defined In The Stipulation) That Would Otherwise Apply To Any Claims (As Defined In The Stipulation) That The Trustee Or The Debtor's Bankruptcy Estate May Have Agasinst The HOA Is Hereby TOLLED THROUGH OCTOBER 9, 2023 (The "Expiration Date") And The HOA Waives The Invocation Of Any Such Limitations Period As A Defense Only In The Event, And Provided That, The Claims Are Asserted Or Alleged Against The HOA By Action Or Proceeding Brought In Any Court Of Competent |

| | | |
|---|---|---|
| | | Jurisdiction On Or Before The Expiration Date, And The HOA Hereby Agrees That Such Action Or Proceeding Will Be Deemed To Have Been Commenced And The Claims Legally Interposed As Of The Date Hereof For All Purposes, Including, Without Limitation, For Purposes Of Any Limitations Period. (BNC-PDF) (Related Doc # 358) Signed on 7/13/2023 (NB8) (Entered: 07/13/2023) |
| 07/12/2023 | 363 (35 pgs) | Reply to (related document(s): 344 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: to pursue Cross-Complaint in OCSC 30-2020-01163055-CU-OR-CJC *with proof of service*. Fee Amount $188, filed by Creditor The Huntington Beach Gables Homeowners Association) *REPLY IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ACTION IN A NON-BANKRUPTCY FORUM); REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SAME with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 07/12/2023) |
| 07/11/2023 | 362 (4 pgs) | Non-Opposition -*Notice of Non-Opposition; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 07/11/2023) |
| 07/11/2023 | 361 (3 pgs) | Proof of service *AMENDED Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)344 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: to pursue Cross-Complaint in OCSC 30-2020-01163055-CU-OR-CJC *with proof of service*. Fee Amount $188,). (Goe, Robert) (Entered: 07/11/2023) |
| 07/06/2023 | 359 (7 pgs) | Notice of lodgment *of Order in Bankruptcy Case; proof of service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)358 Stipulation By Jeffrey I Golden (TR) and *The Huntington Beach Gables Homeowners Association to Toll Statutes of Limitations; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron)). (DE Leest, Aaron) (Entered: 07/06/2023) |
| 07/06/2023 | 358 (7 pgs) | Stipulation By Jeffrey I Golden (TR) and *The Huntington Beach Gables Homeowners Association to Toll Statutes of Limitations; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 07/06/2023) |
| 07/05/2023 | 360 (3 pgs) | Janine Jasso's Joinder To The Huntington Beach Gables Homeowners Association's Opposition And The Trustee's Opposition To Debtor's Amended Motion To Dismiss Chapter 7 Petition Without Prejudice (Dockets 355 And 356) (related document(s): 351 AMENDED Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 filed by Debtor Jamie Lynn Gallian) Filed by Creditor Janine Jasso [EDB] (NB8) (Entered: 07/06/2023) |
| 07/05/2023 | 357 (171 pgs) | Opposition to (related document(s): 351 Notice of motion/application filed by Debtor Jamie Lynn Gallian) Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 07/05/2023) |
| 07/05/2023 | 356 (35 pgs) | Opposition to (related document(s): 345 Motion to Dismiss Debtor filed by Debtor Jamie Lynn Gallian, 351 Notice of motion/application filed by Debtor Jamie Lynn Gallian) *Trustees Notice Of Opposition And Opposition To Debtors Motion To Dismiss And Amended Motion* |

| | | |
|---|---|---|
| | | *To Dismiss Chapter 7 Petition Without Prejudice; Memorandum Of Points And Authorities; Request For Judicial Notice And Declaration Of Aaron E. De Leest In Support Thereof, with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 07/05/2023) |
| 07/05/2023 | 355 (8 pgs) | Opposition to (related document(s): 351 Notice of motion/application filed by Debtor Jamie Lynn Gallian) *Opposition to Debtor's Amended Motion to Dismiss Chapter 7 Petition Without Prejudice Pursuant to 11 U.S.C. § 707 with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 07/05/2023) |
| 07/02/2023 | 354 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)352 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 0. Notice Date 07/02/2023. (Admin.) (Entered: 07/02/2023) |
| 06/30/2023 | 353 (17 pgs) | Adversary case 8:23-ap-01064. Complaint by Jeffrey I. Golden, Chapter 7 Trustee against J-SANDCASTLE CO., LLC, J-PAD LLC, STEVEN D. GALLIAN, BRIAN J. GALLIAN, JUSTIN BARCLAY, RONALD J. PIERPONT, ROBERT J. MCLELLAND, E. J. GALLIAN. ($350.00 Fee Charge To Estate). *Chapter 7 Trustee's Complaint: (1) To Avoid and Recover Fraudulent Transfers; (2) To Avoid and Recover PostPetition Transfers; (3) For Declaratory Relief; (4) For Breach of Contract; (5) For Money had and Received; and (6) Unjust Enrichment* Nature of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)),(21 (Validity, priority or extent of lien or other interest in property)),(91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (DE Leest, Aaron) (Entered: 06/30/2023) |
| 06/30/2023 | 352 (2 pgs) | Order RE: Hearing On Amended Motion To Dismiss Chapter 7 Petition Without Prejudice. IT IS ORDERED: The Court Hereby Sets The Amended Motion For July 19, 2023, At 10:00 A.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 351 ) Signed on 6/30/2023 (NB8) (Entered: 06/30/2023) |
| 06/28/2023 | 351 (19 pgs) | AMENDED Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)345 Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) (Entered: 06/30/2023) |
| 06/28/2023 | 350 (241 pgs) | AMENDED Response To Motion Regarding The Automatic Stay And Declaration(s) In Support (related document(s): 344 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: to pursue Cross-Complaint in OCSC 30-2020-01163055-CU-OR-CJC *with proof of service*. Fee Amount $188, filed by Creditor The Huntington Beach Gables Homeowners Association) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 06/29/2023) |
| 06/28/2023 | 349 (239 pgs) | Response To Motion Regarding The Automatic Stay And Declaration(s) In Support (related document(s): 344 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: to pursue Cross-Complaint in OCSC 30-2020-01163055-CU-OR-CJC *with proof of* |

| | | |
|---|---|---|
| | | *service*. Fee Amount $188, filed by Creditor The Huntington Beach Gables Homeowners Association) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 06/28/2023) |
| 06/28/2023 | | Receipt of Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM( 8:21-bk-11710-SC) [motion,nman] ( 188.00) Filing Fee. Receipt number A55626008. Fee amount 188.00. (re: Doc# 344) (U.S. Treasury) (Entered: 06/28/2023) |
| 06/28/2023 | 348 | Hearing Set (RE: related document(s)344 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM RE: Case Name: Randall L. Nickel v. The Huntington Beach Gables HOA, et al.; Docket Number: 30-2020-01163055-CU-OR-CJC; Pending In: Superior Court Of California - County Of Orange - Central Justice Center filed by Creditor The Huntington Beach Gables Homeowners Association) The Hearing date is set for 7/19/2023 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 06/28/2023) |
| 06/28/2023 | 344 (96 pgs) | Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: to pursue Cross-Complaint in OCSC 30-2020-01163055-CU-OR-CJC *with proof of service*. Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 06/28/2023) |
| 06/27/2023 | 347 | Hearing Set (RE: related document(s)345 Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 7/20/2023 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 06/28/2023) |
| 06/27/2023 | 346 (4 pgs) | Notice of motion For: Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian (RE: related document(s)345 Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). (NB8) (Entered: 06/28/2023) |
| 06/27/2023 | 345 (19 pgs) | Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 06/28/2023) |
| 06/20/2023 | 343 (29 pgs) | Answer Of Jamie Lynn Gallian Filed by Jamie Lynn Gallian )RE: related document 30. [EDB] (NB8) (Entered: 06/20/2023) |
| 06/09/2023 | 342 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)341 Order on Motion to Abandon (BNC-PDF)) No. of Notices: 0. Notice Date 06/09/2023. (Admin.) (Entered: 06/09/2023) |
| 06/07/2023 | 341 (2 pgs) | Order Authorizing Trustee's Abandonment Of Estate's Interest In Lawsuit Captioned Jamie Lynn Gallian vs. Jesus Jasso And Huntington Beach Gables Homeowners Association, Orange County Superior Court Case No. 30-2020-01153679. IT IS ORDERED: The Estate's Interest In The Lawsuit Captioned Jamie Lynn Gallian vs. Jesus Jasso And Huntington Beach Gables Homeowners Association, Case No. 30-2020-01153679, Pending In The Orange County Superior Court, Is ABANDONED. (BNC-PDF) (Related Doc # 1 ) Signed on 6/7/2023 (NB8) (Entered: 06/07/2023) |

42

| 06/06/2023 | 340<br>(12 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *339; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 06/06/2023) |
|---|---|---|
| 05/16/2023 | 339<br>(7 pgs) | Notice of Proposed Abandonment of Property of the Estate -*Trustee's Notice of Intent to Abandon Estate's Interest in Lawsuit captioned Jamie Lynn Gallian vs. Jesus Jasso and Huntington Beach Gables Homeowners Association, Orange County Superior Court Case No. 30-2020-01153679; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 05/16/2023) |
| 05/03/2023 | 338<br>(420 pgs) | Transcript regarding Hearing Held 04/26/23 RE: CONT'D TRIAL RE: FIRST AMENDED COMPLAINT TO (2) DENY DISCHARGE PURSUANT TO 11 U.S.C. SECTIONS 727(A)(2)(A), (A)(4), AND (A)(5) (COMPLAINT FILED 10/22/2021) (FIRST AMENDED COMPLAINT FILED 10/22/2021) [CASE TRANSFERRED FROM ES ON 9/1/2022] (SET AT SC HELD 1-6-22) (TRIAL SET AT HEARING HELD 9/27/2022) [TRIAL ONLY AS TO 727 ACTION] [IN-PERSON HEARING]. Remote electronic access to the transcript is restricted until 08/1/2023. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 5/10/2023. Redaction Request Due By 05/24/2023. Redacted Transcript Submission Due By 06/5/2023. Transcript access will be restricted through 08/1/2023. (Steinhauer, Holly) (Entered: 05/03/2023) |
| 04/29/2023 | 337<br>(1 pg) | Personal Financial Management Course Certificate for Debtor 1 (Official Form 423) (Lazar, Orsolya) (Entered: 04/29/2023) |
| 02/19/2023 | 335<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)334 Motion for relief from stay UNLAWFUL DETAINER (BNC-PDF)) No. of Notices: 0. Notice Date 02/19/2023. (Admin.) (Entered: 02/19/2023) |
| 02/17/2023 | 334<br>(3 pgs) | Order Granting Motion for relief from stay UNLAWFUL DETAINER To Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649) (BNC-PDF) (Related Doc # 278 ) Signed on 2/17/2023 (NB8) (Entered: 02/17/2023) |
| 02/15/2023 | 336 | Hearing Held On Motion (RE: related document(s)308 Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1981; Court Granted Debtors Homestead Exemption Docket 274 filed by Debtor Jamie Lynn Gallian) - HEARING ON MOTION OFF CALENDAR PER ORDER DENYING MOTION REQUESTING THE TRUSTEE ABANDON ESTATE'S INTEREST IN DEBTOR'S PRIMARY RESIDENCE AND VACATING HEARING ENTERED 2-7-2023 - (DOCKET NO. 9) (NB8) (Entered: 02/21/2023) |
| 02/10/2023 | 331<br>(11 pgs) | Notice of lodgment *re: Revised Order* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)278 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 *; Declarations of Chris Houser and Vivienne Alston; with Proof of Service*. Fee Amount $188, Filed by Creditor |

| | | Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates). (Hays, D) (Entered: 02/10/2023) |
|---|---|---|
| 02/09/2023 | 330 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)326 Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 02/09/2023. (Admin.) (Entered: 02/09/2023) |
| 02/09/2023 | 329 (1 pg) | Notice RE: Bankruptcy Record Complete - RE: Appeal RE: USDC Case No.: 8:23-cv-00001-DSF (filed at United States District Court on 2/9/2023) (RE: related document(s)280 Notice of Appeal and Statement of Election (Official Form 417A) filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) (NB8) (Entered: 02/09/2023) |
| 02/08/2023 | 333 | Hearing Held On Motion (RE: related document(s)297 Debtor's Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) - HEARING ON MOTION OFF CALENDAR PER ORDER DENYING MOTIONS TO AOVID LIEN (DOCKETS 294 and 297 WITHOUT PREJUDICE AND VACATING HEARING ENTERED 1-30-2023 - (DOCKET NO. 314) (NB8) (Entered: 02/16/2023) |
| 02/08/2023 | 332 | Hearing Held On Motion (RE: related document 294 Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association) - HEARING ON MOTION OFF CALENDAR PER ORDER DENYING MOTIONS TO AOVID LIEN (DOCKETS 294 and 297 WITHOUT PREJUDICE AND VACATING HEARING ENTERED 1-30-2023 - (DOCKET NO. 314) (NB8) (Entered: 02/16/2023) |
| 02/08/2023 | 328 (2 pgs) | Certificate Of Readiness And Completion Of Record On Appeal To United States District Court RE: USDC Case No. 8:23-cv-00001-DSF (RE: related document(s)280 Notice of Appeal and Statement of Election (Official Form 417A) filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) (NB8) (Entered: 02/08/2023) |
| 02/07/2023 | 327 (49 pgs) | Declaration Of Jamie Lynn Gallian In Support Of Objection To The Contents Of Doc 323, Specifically Item No. 5, page 2, F 4001-1.RFS.UD Order; Order Granting Motion For Relief From Stay Under 11 U.S.C. Section 362. Filed by Debtor Jamie Lynn Gallian (RE: related document(s)323 Notice of Lodgment). [EDB] (NB8) (Entered: 02/08/2023) |
| 02/07/2023 | 326 (2 pgs) | Order Denying Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence And Vacating Hearing. IT IS ORDERED: The Court Finds Good Cause To DENY The Motion Without Prejudice For The Reasons Stated In The Well-Taken Oppositions, And VACATE The February 15, 2023 Hearing. When The Matter Of Debtor's Homestead Exemption, Which Is The Subject Of A Pending Appeal, Is Resolved, Debtor May File A Renewed Motion; However, Any Future Motion Should adhere To The Requirements Contained In All Applicable Rules And Procedures And Fully Address The Substantive Merits Of The Requested Relief. (BNC-PDF) (Related Doc # 308 ) Signed on 2/7/2023 (NB8) (Entered: 02/07/2023) |
| 02/06/2023 | 325 (2 pgs) | Assignment notice of USDC case/judge to appeal RE: USDC Case No.: 8:23-cv-000001-DSF (filed at United States District Cout on 1/5/2023) (RE: related document(s)280 Notice of Appeal and Statement of Election (Official Form 417A) filed by Creditor Houser |

| | | Bros. Co. dba Rancho Del Rey Mobile Home Estates) (NB8) (Entered: 02/06/2023) |
|---|---|---|
| 02/02/2023 | [323](#) (11 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[278](#) Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 ; *Declarations of Chris Houser and Vivienne Alston; with Proof of Service* |
| 02/02/2023 | [322](#) (4 pgs) | Statement *The Huntington Beach Gables Homeowners Associations Joinder To Trustees Opposition [Docket Nos. 318 & 319]To Debtor's Notice Of Hearing And Motion Requesting The Trustee Abandon Estates Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1981 with proof of service* Filed by Creditor The Huntington Beach Gables Homeowners Association. (Goe, Robert) (Entered: 02/02/2023) |
| 02/01/2023 | [321](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[314](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 02/01/2023. (Admin.) (Entered: 02/01/2023) |
| 02/01/2023 | [320](#) (11 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[278](#) Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 ; *Declarations of Chris Houser and Vivienne Alston; with Proof of Service* |
| 02/01/2023 | [319](#) (55 pgs) | Opposition to (related document(s): [308](#) Motion filed by Debtor Jamie Lynn Gallian) Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 02/01/2023) |
| 02/01/2023 | [318](#) (31 pgs) | Opposition to (related document(s): [307](#) Motion filed by Debtor Jamie Lynn Gallian, [308](#) Motion filed by Debtor Jamie Lynn Gallian, [309](#) Notice of motion/application filed by Debtor Jamie Lynn Gallian, [312](#) Notice of motion/application filed by Debtor Jamie Lynn Gallian) -*Trustee's Notice of Opposition and Opposition to Debtor's Notice of Hearing and Motion Requesting Trustee Abandon Estate's Interest in Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1981; Memorandum of Points and Authorities and Request for Judicial Notice in Support Thereof; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 02/01/2023) |
| 02/01/2023 | 317 | Hearing Held On Motion (RE: related document(s)[278](#) Motion for Relief from Stay - Unlawful Detainer RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) - MOTION GRANTED PURSUANT TO 11 U.S.C. SECTION 362(d)(1) AND SECTION 362(d)(2) - WAIVER OF 14 DAY STAY - RULE 4001(a)(3) GRANTED - ORDER BY ATTORNEY (NB8) (Entered: 02/01/2023) |
| 01/31/2023 | [316](#) (9 pgs) | Supplemental Notice Of Lodgment Of Correspondence Dated 1/31/2023: 1. HCD Mobilehome Residency Law Protection Program; Notification Of Correspondence To Houser Bros Co And Complainant Jamie Gallian; Title 25 CFR Section 4912 Compliance; 2. Email Correspondence Chapter 7 Trustee, Jeffrey Golden And Attorney Edward Hays, Plaintiff, Houser Bros Co Attorney Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[302](#) Notice of |

| | | |
|---|---|---|
| | | Lodgment). [EDB] (NB8) (Entered: 02/01/2023) |
| 01/31/2023 | 315 (102 pgs) | Jamie Lynn Gallian Objection To Houser Bros Co dba Rancho Del Rey Mobile Home Estates Motion For Relief Of Stay Without Standing Or Real Party (related document(s): 278 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 *; Declarations of Chris Houser and Vivienne Alston; with Proof of Service</i filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates)* Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 01/31/2023) |
| 01/30/2023 | 314 (2 pgs) | Order Denying Motions To Avoid Lien (Dockets 294 And 297 Without Prejudice And Vacating Hearing. IT IS ORDERED: The Court Has Reviewed Debtor's Motions To Avoid Liens Under 11 U.S.C. Section 522(f) Filed January 12, 2023 (Docket 294 ) And January 13, 2023 (Docket 297 ) (Together, "Motions"), The Opposition Filed January 20, 2023 (Docket 303 ) ("Opposition"), And The Docket As A Whole, And Finding That The Matters Are Appropriate For Disposition Without A Hearing, Hereby Finds Good Cause To DENY The Motions Without Prejudice For The Reasons Stated In The Well-Taken Opposition, And VACATE The February 8, 2023, Hearing. When The Matter Of Debtor's Homestead Exemption, Which Is The Subject Of A Pending Appeal, Is Resolved, Debtor May File A Renewed Motion; However, Any Future Motion Should Adhere To The Requirements Contained In All Applicable Rules And Procedures. (BNC-PDF) (Related Doc # doc ) Signed on 1/30/2023 (NB8) (Entered: 01/30/2023) |
| 01/25/2023 | 313 (8 pgs) | Reply to (related document(s): 278 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 *; Declarations of Chris Houser and Vivienne Alston; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 01/25/2023) |
| 01/24/2023 | 312 (4 pgs) | Notice Of Motion For: Motion Requests Trustee Abandon Estates Interest In Debtors Primary Residence, Space 376 2014 Skyline Manufactured Home LBM 1081; Court Granted Debtor's Homestead Exemption Docket 274 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)308 Debtor's Notice Of Hearing And Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1081; Court Granted Debtors Homestead Exemption Docket 274 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) THIS MOTION WILL BE SET FOR FEBRUARY 15, 2023 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. MOVANT TO GIVE NOTICE OF CORRECT HEARING/DATE/TIME/LOCATION - Modified on 1/24/2023 (NB8).). [EDB] (NB8) (Entered: 01/24/2023) |
| 01/24/2023 | 311 | Hearing Set (RE: related document(s)308 Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1981; Court Granted Debtors Homestead Exemption Docket 274 filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 2/15/2023 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 01/24/2023) |

Case 8:23-cv-00001-DSF   Document 29   Filed 10/27/23   Page 47 of 88   Page ID #:3912

| | | |
|---|---|---|
| 01/24/2023 | 310 | Hearing Set (RE: related document(s)308 Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1081; Court Granted Debtors Homestead Exemption Docket 274 filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 2/8/2023 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) - INCORRECT HEARING DATE AND TIME - HEARING WILL BE SET ON FEBRUARY 15, 2023 AT 11:00 A.M. IN COURTROOM 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701- - SEE CORRECTED DOCKET ENTRY 311 Modified on 1/24/2023 (NB8). (Entered: 01/24/2023) |
| 01/24/2023 | 309 (4 pgs) | Notice Of Motion For: Motion Requests Trustee Abandon Estates Interest In Debtors Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1081; Court Granted Debtors Homestead Exemption Docket 274 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)308 Debtor's Notice Of Hearing And Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1981; Court Granted Debtors Homestead Exemption Docket 274 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) Modified on 1/24/2023 (NB8). (Entered: 01/24/2023) |
| 01/24/2023 | 308 (7 pgs) | Debtor's Notice Of Hearing And Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1981; Court Granted Debtors Homestead Exemption Docket 274 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) THIS MOTION WILL BE SET FOR FEBRUARY 15, 2023 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. MOVANT TO GIVE NOTICE OF CORRECT HEARING/DATE/TIME/LOCATION - Modified on 1/24/2023 (NB8). (Entered: 01/24/2023) |
| 01/24/2023 | 307 (4 pgs) | Debtor's Notice Of Hearing And Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1981; Court Granted Debtors Homestead Exemption - Docket 274 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 01/24/2023) |
| 01/24/2023 | 306 (22 pgs) | Transcript regarding Hearing Held 09/22/22 RE: CONTD HEARING RE: DEBTOR'S MOTION FOR RECONSIDERATION OF 7.21.22 ORDER SUSTAINING HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION AND JOINDER PARTIES HUNTINGTON BEACH GABLES HOA; JANINE JASSO. Remote electronic access to the transcript is restricted until 04/24/2023. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 1/31/2023. Redaction Request Due By 02/14/2023. Redacted Transcript Submission Due By 02/24/2023. Transcript access will be restricted through 04/24/2023. (Steinhauer, Holly) (Entered: 01/24/2023) |
| 01/20/2023 | 305 | Hearing Set (RE: related document(s)297 Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Assocation filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 2/8/2023 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge |

| | | is Scott C Clarkson (NB8) (Entered: 01/23/2023) |
|---|---|---|
| 01/20/2023 | [304](#)<br>(4 pgs) | Notice *Notice of Motion for Omnibus Opposition to Motions to Avoid Liens Under 11 U.S.C. § 522(f) (Opposing Docket nos. 294 & 297) with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)[294](#) Notice Of Motion For: Motion To Avoid Liens Under 11 U.S.C. 522(f) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[244](#) AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian [EDB] [EDB] (NB8)). (NB8), [297](#) Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Assocation Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). (Iskander, Brandon) (Entered: 01/20/2023) |
| 01/20/2023 | [303](#)<br>(6 pgs) | Opposition to (related document(s): [294](#) Notice of motion/application filed by Debtor Jamie Lynn Gallian, [297](#) Motion to Avoid Lien with The Huntington Beach Gables Homeowners Assocation filed by Debtor Jamie Lynn Gallian) *Omnibus Opposition to Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 01/20/2023) |
| 01/19/2023 | [302](#)<br>(11 pgs) | Notice Of Lodgment In Support Of Opposition To Dkt [278](#) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[278](#) Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 *; Declarations of Chris Houser and Vivienne Alston; with Proof of Service</i>. [EDB] (NB8) (Entered: 01/19/2023)* |
| 01/19/2023 | [299](#)<br>(407 pgs) | Defendant Jamie L. Gallian's Memorandum Of Points And Authorities Filed by Debtor Jamie Lynn Gallian . [EDB] (NB8) (Entered: 01/19/2023) |
| 01/18/2023 | 324 | Hearing Continued On Motion (RE: related document(s)[278](#) Motion for Relief from Stay - Unlawful Detainer RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) - HEARING ON MOTION CONTINUED TO FEBRUARY 1, 2023 AT 9:30 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION ENTERED 1-20-2023 - (DOCKET NO. [287](#)). The case judge is Scott C Clarkson (NB8) (Entered: 02/03/2023) |
| 01/18/2023 | [301](#)<br>(381 pgs) | Defendant Jamie L. Gallian's Lodgment Of Exhibits In Support Of Opposition To Houser Bros Co Motion For Relief From The Automatic Stay, (Dkt. 278). Memorandum Points & Authorities ISO Opposition Filed Under Separate Cover Filed by Defendant Jamie Lynn Gallian. (RE: related document(s)[278](#) Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 *; Declarations of Chris Houser and Vivienne Alston; with Proof of Service</i>. [EDB] (NB8) (Entered: 01/19/2023)* |

48

| 01/18/2023 | [300](#)<br>(37 pgs) | Response To Motion Regarding The Automatic Stay And Declaration(s) In Support (related document(s): [278](#) Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 ; *Declarations of Chris Houser and Vivienne Alston; with Proof of Service</i filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 01/19/2023)* |
| --- | --- | --- |
| 01/18/2023 | [298](#)<br>(37 pgs) | Response To Motion Regarding The Automatic Stay And Declaration(s) In Support (related document(s): [278](#) Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 ; *Declarations of Chris Houser and Vivienne Alston; with Proof of Service</i filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 01/19/2023)* |
| 01/13/2023 | [297](#)<br>(229 pgs) | Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Assocation Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 01/13/2023) |
| 01/13/2023 | 295 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 23-ES-01. RE Hearing Date: 09/22/22, [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Co, Inc, Telephone number (310) 410-4151.] (RE: related document(s)[289](#) Transcript Order Form (Public Request) filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) (SD8) (Entered: 01/13/2023) |
| 01/12/2023 | 296 | Hearing Set (RE: related document [294](#) Debtor's Motion To Avoid Liens Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association) The Hearing date is set for 2/8/2023 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 01/13/2023) |
| 01/12/2023 | [294](#)<br>(484 pgs; 2 docs) | Notice Of Motion For: Motion To Avoid Liens Under 11 U.S.C. 522(f) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[244](#) AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): [147](#) [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] [EDB] (NB8)). (NB8) (Main Document 294 replaced on 1/30/2023) (NB8). Additional attachment(s) added on 1/30/2023 (HC). (Entered: 01/13/2023) |
| 01/12/2023 | [293](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[287](#) Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 0. Notice Date 01/12/2023. (Admin.) (Entered: 01/12/2023) |
| 01/12/2023 | [292](#)<br>(4 pgs) | Statement of Issues on Appeal Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[280](#) Notice of Appeal and Statement of Election (Official Form 417A)). (Hays, D) (Entered: 01/12/2023) |

| 01/12/2023 | [291](7 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal *re: Order Granting Debtor's Motion for Reconsideration of the Court's August 5, 2022, Order Sustaining Objection to Debtor's Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[280](#) Notice of Appeal and Statement of Election (Official Form 417A)). Appellee designation due by 01/26/2023. Transmission of Designation Due by 02/13/2023. (Hays, D) (Entered: 01/12/2023) |
| --- | --- | --- |
| 01/12/2023 | [290](4 pgs) | Notice of transcript(s) Designated For An Appeal: Hearing Date(s): 09/22/2022 At 10:00 A.M.; 07/21/2022 - Docket No. [196](#) Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[280](#) Notice of Appeal and Statement of Election (Official Form 417A)). (Hays, D) Modified on 1/13/2023 (NB8). (Entered: 01/12/2023) |
| 01/12/2023 | [289](1 pg) | Transcript Order Form related to an Appeal, regarding Hearing Date 09/22/22 Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[157](#) Motion to Reconsider). (Hays, D) (Entered: 01/12/2023) |
| 01/11/2023 |  | Receipt of Photocopies Fee - $1.00 by 12. Receipt Number 80076472. (admin) (Entered: 01/11/2023) |
| 01/11/2023 |  | Receipt of Certification Fee - $11.00 by 12. Receipt Number 80076472. (admin) (Entered: 01/11/2023) |
| 01/11/2023 | 288 | Request for a Certified Copy Fee Amount $11. (RE: related document(s)[70](#) Order on Motion to Abandon (BNC-PDF)) (TS) (Entered: 01/11/2023) |
| 01/10/2023 | [287](2 pgs) | Order Approving Stipulation to Continue Hearing on Motion for Relief from the Automatic Stay (Dk No. 278), from January 18, 2023 to February 1, 2023 at 9:30 AM. Deadline to File Response to the Motion is January 18, 2023. Deadline to File Reply in Support of the Motion is January 25, 2023. (BNC-PDF) (Related Doc # [286](#) ) Signed on 1/10/2023 (JL) (Entered: 01/10/2023) |
| 01/10/2023 | [286](5 pgs) | Stipulation By Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates and *Debtor to Continue Hearing on Motion for Relief from the Automatic Stay (Dk. No. 278) from January 18, 2023 to February 1, 2023; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 01/10/2023) |
| 01/06/2023 | [285](9 pgs) | Notice Of Lodgment Of Order In Bankruptcy Case RE: Debtor's Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[244](#) AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) (Entered: 01/06/2023) |

50

| | | |
|---|---|---|
| 01/05/2023 | [284](#)<br>(8 pgs) | Opposition to (related document(s): [277](#) Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) filed by Debtor Jamie Lynn Gallian) *Opposition to Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. Section 522(f) and Request for Hearing* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 01/05/2023) |
| 01/05/2023 | [283](#)<br>(238 pgs) | Declaration That No Party Requested A Hearing On Motion (LBR 9013-1(o)(3)) Filed by Debtor Jamie Lynn Gallian. [EDB] (NB8) (Entered: 01/05/2023) |
| 01/04/2023 | [282](#)<br>(5 pgs) | Response to (related document(s): [278](#) Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 ; *Declarations of Chris Houser and Vivienne Alston; with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 01/04/2023) |
| 12/30/2022 | [281](#)<br>(21 pgs; 5 docs) | Notice Of Referral Of Appeal To United States District Court with certificate of mailing (RE: related document(s)[280](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) (Attachments: # [1](#) Notice of Appeal and Statement of Election # [2](#) Notice of Transcript(s) Designated for an Appeal # [3](#) Transcript Order Form # [4](#) Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit) (NB8) (Entered: 12/30/2022) |
| 12/29/2022 | | Receipt of Notice of Appeal and Statement of Election (Official Form 417A)( [8:21-bk-11710-SC](#)) [appeal,ntcaplel] ( 298.00) Filing Fee. Receipt number A54999894. Fee amount 298.00. (re: Doc# [280](#)) (U.S. Treasury) (Entered: 12/29/2022) |
| 12/29/2022 | [280](#)<br>(8 pgs) | Notice of Appeal and Statement of Election to U.S. District Court. (Official Form 417A) . Fee Amount $298 Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[274](#) Order (Generic) (BNC-PDF)). Appellant Designation due by 01/12/2023. (Hays, D) (Entered: 12/29/2022) |
| 12/28/2022 | 279 | Hearing Set (RE: related document(s)[278](#) Motion for Relief from Stay - Unlawful Detainer RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) The Hearing date is set for 1/18/2023 at 10:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 12/29/2022) |
| 12/28/2022 | | Receipt of Motion for Relief from Stay - Unlawful Detainer( [8:21-bk-11710-SC](#)) [motion,nmud] ( 188.00) Filing Fee. Receipt number A54996078. Fee amount 188.00. (re: Doc# [278](#)) (U.S. Treasury) (Entered: 12/28/2022) |
| 12/28/2022 | [278](#)<br>(49 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 ; *Declarations of Chris Houser and Vivienne Alston; with Proof of Service*. Fee Amount $188, Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 12/28/2022) |

51

| | | |
|---|---|---|
| 12/22/2022 | [277](#)<br>(232 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[244](#) AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8). [EDB] (NB8) (Entered: 12/22/2022) |
| 12/21/2022 | [276](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[274](#) Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 12/21/2022. (Admin.) (Entered: 12/21/2022) |
| 12/21/2022 | [275](#)<br>(15 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[273](#) Memorandum of decision (BNC-PDF)) No. of Notices: 0. Notice Date 12/21/2022. (Admin.) (Entered: 12/21/2022) |
| 12/19/2022 | [274](#)<br>(3 pgs) | Order Granting Debtor's Motion for Reconsideration of the Court's August 5, 2022 Order Sustaining Objection to Debtor's Homestead Exemption (See Order for Further Rulings) (BNC-PDF) Signed on 12/19/2022 (RE: related document(s)[157](#) Motion to Reconsider filed by Debtor Jamie Lynn Gallian). (AM) (Entered: 12/19/2022) |
| 12/19/2022 | [273](#)<br>(13 pgs) | Memorandum of Decision regarding Debtor's Motion for Reconsideration of the Court's August 5, 2022 Order Sustaining Objection to Debtor's Homestead Exemption (See Order for Further Rulings) (BNC-PDF) Signed on 12/19/2022. (Entered: 12/19/2022) |
| 12/14/2022 | [272](#)<br>(1 pg) | Mandate On Appeals RE: Appeal BAP Numbers: CC-22-1146 And CC-22-1166 - Ruling: The Stipulations Are Granted. IT IS THE ORDERED the APPEALS ARE DISMISSED (filed at United States Bankruptcy Appellant Panel of the Ninth Circuit on 9/16/2022) Signed on 12/14/2022. (NB8) (Entered: 12/14/2022) |
| 11/24/2022 | [270](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[269](#) Order on Amended Motion (BNC-PDF)) No. of Notices: 0. Notice Date 11/24/2022. (Admin.) (Entered: 11/24/2022) |
| 11/22/2022 | [269](#)<br>(2 pgs) | Order Denying Debtor's Amended Motion To Avoid Lien Without Prejudice. IT IS ORDERED: The Motion Is DENIED WITHOUT PREJUDICE. If Debtor's Motion For Reconsideration (Docket No. [157](#) ) Is Granted, Debtor May Renew The Motion. (BNC-PDF) (Related Doc # [244](#) ) Signed on 11/22/2022 (NB8) (Entered: 11/22/2022) |
| 11/15/2022 | 271 | Hearing Held On Motion (RE: related document(s)[244](#) Debtor's Amended Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) - ORDER BY ATTORNEY - MOTION DENIED WITHOUT PREJUDICE (NB8) (Entered: 11/30/2022) |
| 11/15/2022 | [268](#)<br>(7 pgs) | [Debtor's Notice Of Amending HOA Order Doc. [265](#), Submitted Via L.O.U.] Notice Of Lodgment Of Order In Bankruptcy Case RE: Debtor's Amended Motion To Avoid Lien Under 11 U.S.C. Section 522(f) Doc. [244](#) Notice of lodgment Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[244](#) Amended Motion (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion |

| | | to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian)). [EDB] (NB8) (Entered: 11/16/2022) |
|---|---|---|
| 11/15/2022 | 267 (7 pgs) | Declaration Of Jamie Lynn Gallian In Opposition To Docket No. 265, Filed By Respondent, The Huntington Beach Gables Homeowners Association, A California Nonprofit Mutual Benefit Co. "Notice Of Lodgment Of Order" Filed by Debtor Jamie Lynn Gallian (RE: related document(s)265 Notice of Lodgment). [EDB] (NB8) (Entered: 11/16/2022) |
| 11/15/2022 | 266 (10 pgs) | Declaration Of Jamie Lynn Gallian In Opposition To Docket No. 265, Filed By Respondent, The Huntington Beach Gables Homeowners Association, A California Nonprofit Mutual Benefit Co. "Notice Of Lodgment Of Order" Filed by Debtor Jamie Lynn Gallian (RE: related document(s)265 Notice of Lodgment). [EDB] (NB8) (Entered: 11/16/2022) |
| 11/15/2022 | 265 (5 pgs) | Notice of lodgment *re Order Denying Motion with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). (Iskander, Brandon) (Entered: 11/15/2022) |
| 11/10/2022 | 264 (10 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 Amended Motion (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian)). [EDB] (NB8) (Entered: 11/10/2022) |
| 11/10/2022 | 263 (264 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 Amended Motion (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian)). [EDB] (NB8) (Entered: 11/10/2022) |
| 11/01/2022 | 262 (153 pgs) | Request for judicial notice *Request for Judicial Notice in Support of Opposition to Amended Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. 522(f) with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)260 Opposition). (Iskander, Brandon) (Entered: 11/01/2022) |

| | | |
|---|---|---|
| 11/01/2022 | **261**<br>(10 pgs) | Objection (related document(s): 244 Amended Motion (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) *Evidentiary Objections to Amended Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 11/01/2022) |
| 11/01/2022 | **260**<br>(12 pgs) | Opposition to (related document(s): 244 Amended Motion (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) *Opposition to Debtor's Amended Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Judicial Notice and Evidentiary Objections Submitted Concurrently Herewith with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 11/01/2022) |
| 10/24/2022 | **259**<br>(3 pgs) | Errata *To Preliminary Opposition To Amended Motion To Avoid Lien with proof of service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)255 Opposition). (Iskander, Brandon) (Entered: 10/24/2022) |
| 10/24/2022 | **258**<br>(4 pgs) | Debtor's Notice of Errata Regarding [Doc 246, 247, 252] Debtor's Amended Motion to Avoid Lien Under 11 U.S.C. Section(f) [Doc 244] was Unopposed and No Request for Hearing was Filed by Huntington Beach HOA or Directly Related Party; Declaration of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian 'EDB' (RE: related document(s)246 Notice of motion/application, 247 Notice of motion/application, 252 Notice of motion/application). (JL) (Entered: 10/24/2022) |
| 10/23/2022 | **257**<br>(4 pgs) | Debtor's Reply and Objection to HOA's Preliminary Opposition to Debtor's Declaration that No Party Filed and Served a Timely Notice of Opposition and Request for Hearing to Debtor's Amended Motion to Avoid Lien Under 11 U.S.C. Section 522(f) Doc 244; Declaration of Jamie Lynn Gallian (related document(s): 244 Amended Motion (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian, 255 Opposition filed by Creditor The Huntington Beach Gables Homeowners Association) Filed by Debtor Jamie Lynn Gallian 'EDB' (JL) (Entered: 10/24/2022) |
| 10/21/2022 | 256 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE CORRECT HEARING INFORMATION, WHICH IS: NOVEMBER 15, 2022 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701.** (RE: related document(s)255 Opposition filed by Creditor The Huntington Beach Gables Homeowners Association) (NB8) (Entered: 10/21/2022) |
| 10/21/2022 | **255**<br>(7 pgs) | Opposition to (related document(s): 244 Amended Motion (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables |

54

| | | |
|---|---|---|
| | | Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) *Preliminary Opposition To Amended Motion To Avoid Lien (Docket No. 244) with proof of service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) - Warning: See docket entry no.: 256 for corrections - Modified on 10/21/2022 (NB8). (Entered: 10/21/2022) |
| 10/21/2022 | [254](#) (7 pgs) | Notice Of Lodgment Of Order In Bankruptcy Case RE: Debtor's Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[244](#) Amended Motion (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian)). [EDB] (NB8) Additional attachment(s) added on 10/21/2022 (NB8). (Entered: 10/21/2022) |
| 10/21/2022 | [253](#) (260 pgs) | Declaration That No Party Requested A Hearing On Motion (LBR 9013-1(o)(3)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s) [244](#) Amended Motion (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian)). [EDB] (NB8) (Entered: 10/21/2022) |
| 10/14/2022 | [251](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Barnhardt, Bradford. (Barnhardt, Bradford) (Entered: 10/14/2022) |
| 10/13/2022 | [252](#) (4 pgs) | AMENDED Notice Of Motion For: Motion To Avoid Lien Under 11 U.S.C. Section 522(f) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2) (TD8) filed by Debtor Jamie Lynn Gallian). [EDB] (NB8) (Entered: 10/14/2022) |
| 10/13/2022 | 250 | Hearing Set (RE: related document(s)[244](#) AMENDED Debtor's Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 11/15/2022 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 10/13/2022) |
| 10/13/2022 | 249 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION, WHICH IS: NOVEMBER 15, 2022 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701..** (RE: related document(s)[246](#) Notice of motion/application filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 10/13/2022) |
| 10/13/2022 | 248 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION, WHICH IS: NOVEMBER 15, 2022 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET,** |

|  |  |  |
|---|---|---|
|  |  | **SANTA ANA, CA 92701.** (RE: related document(s)246 Notice of motion/application filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 10/13/2022) |
| 10/13/2022 | 247 (4 pgs) | Notice Motion For: Motion To Avoid Lien Under 11 U.S.C. Section 522(f) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) - Warning: See docket entry no.: 248 for corrections - Modified on 10/13/2022 (NB8). (Entered: 10/13/2022) |
| 10/13/2022 | 246 (4 pgs) | Notice Motion For: Motion To Avoid Lien Under 11 U.S.C. Section 522(f) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)) - Warning: See docket entry no.: 249 for corrections - Modified on 10/13/2022 (NB8). (Entered: 10/13/2022) |
| 10/07/2022 | 245 (258 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) (Entered: 10/07/2022) |
| 10/07/2022 | 244 (256 pgs) | AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 10/07/2022) |
| 09/30/2022 | 243 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)241 Order on Application to Employ (BNC-PDF)) No. of Notices: 0. Notice Date 09/30/2022. (Admin.) (Entered: 09/30/2022) |
| 09/30/2022 | 242 (25 pgs) | Notice *of Recent Decision re: Debtor's Motion for Reconsideration of 7.21.22 Order Sustaining Objection to Debtor's Claimed Homestead Exemption, with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates. (Hays, D) (Entered: 09/30/2022) |
| 09/28/2022 | 241 (2 pgs) | Order Denying Application Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. Sections 327 And 328 Without Prejudice. IT IS ORDERED: The |

| | | |
|---|---|---|
| | | Application Is DENIED WITHOUT PREJUDICE. (BNC-PDF) (Related Doc # 162) Signed on 9/28/2022. (NB8) (Entered: 09/28/2022) |
| 09/25/2022 | 240 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)239 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 09/25/2022. (Admin.) (Entered: 09/25/2022) |
| 09/23/2022 | 239 (2 pgs) | Order Authorizing Trustee's Abandonment of Estate's interest in claims against Randall L. Nickel relating to the October 2018 Transfer of the Property commonly known as 4476 Alderport Dr. #53, Huntington Beach, California 92649 (BNC-PDF) (Related Doc # 1 ) Signed on 9/23/2022 (AM) (Entered: 09/23/2022) |
| 09/23/2022 | 238 (13 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *201; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 09/23/2022) |
| 09/22/2022 | 237 | Hearing Held (RE: related document(s)157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian) MATTER TAKEN UNDER ADVISEMENT (JL) (Entered: 09/23/2022) |
| 09/22/2022 | 236 | Trustee Payment Under 11 U.S.C. Section 330(e) Processed for $60.00. Voucher Number CACBCLERK22-1161. (HF) (Entered: 09/22/2022) |
| 09/21/2022 | 235 (22 pgs) | Status report *in Advance of Continued Hearing on Motion for Reconsideration of 7-21-22 Order Sustaining Houser Bros. Co dba Ranch Del Rey Mobile Home Estate's Objection to Debtor's Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)177 Order RE: Objection to Debtor's Claim of Exemptions (BNC-PDF)). (Hays, D) (Entered: 09/21/2022) |
| 09/21/2022 | 234 (2 pgs) | BAP ORDER Dismissing Appeals Re: Appeal BAP Nos. CC-22-1146 AND CC-22-1166 (filed at United States Bankruptcy Appellant Panel of the Ninth Circuit on 9/16/2022) (RE: related document(s)143 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian AND related document 189 Notice of Appeal and Statement of Election (Official Form 417A)). (NB8) (Entered: 09/21/2022) |
| 09/20/2022 | 233 (6 pgs) | Notice of lodgment *of Order in Bankruptcy Case; proof of service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8).). (DE Leest, Aaron) (Entered: 09/20/2022) |
| 09/20/2022 | 232 (23 pgs) | Objection (related document(s): 230 Notice of Lodgment filed by Debtor Jamie Lynn Gallian) -*Trustee's Objection to Debtor's Notice of Lodgment of Order and Form of Amended - Order Denying Chapter 7 Trustee Jeffrey I Golden's Application of the Chapter 7 Trustee to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham pursuant to 11 U.S.C. §§ 327 and 328; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE |

|  |  | Leest, Aaron) (Entered: 09/20/2022) |
|---|---|---|
| 09/17/2022 | 230 (15 pgs) | Notice Of Lodgment RE: Chapter 7 Trustee's Application To Employ Real Estate Broker Coldwell Banker And Agents Pursuant To 11 U.S.C. Sections 327 And 328 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; M*). [EDB] (NB8) (Entered: 09/19/2022) |
| 09/15/2022 | | Receipt of Request for CD of Court Proceedings (fee)( 8:21-bk-11710-SC) [misc,cdrf] ( 32.00) Filing Fee. Receipt number A54665082. Fee amount 32.00. (re: Doc# 229) (U.S. Treasury) (Entered: 09/15/2022) |
| 09/15/2022 | 229 (1 pg) | Request for CD of Court Proceedings . Fee Amount $32, Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 09/15/2022) |
| 09/14/2022 | 228 (8 pgs) | Debtor Jamie Lynn Gallian's Reply To Trustee's Objection [Docket 226) To Debtor's [Docket 225) Notice Of Lodgment Of Order And Proposed Order [Docket [225-1]) RE: Debtor's Notice To Trustee To Abandon Estate's Interest In Reinvested Funds From Sale Of Unit 53, 10/31/2018 APN 937-630-53 To Purchase LBM1081 On November 1, 2018, And Against Jamie Lynn Gallian Relating To The Purchase In The Personal Property Commonly Known As 16222 Monterey LN#376, Huntington Beach, California 92649. [Docket 203) (related document(s): 225 Notice of Lodgment filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 09/14/2022) |
| 09/14/2022 | 227 (8 pgs) | Debtor Jamie Lynn Gallian's Reply To Trustee's Objection [Docket 226) To Debtor's [Docket 225) Notice Of Lodgment Of Order And Proposed Order [Docket [225-1] RE: Debtor's Notice To Trustee To Abandon Estate's Interest In Reinvested Funds From Sale Of Unit 53, 10/31/2018 APN 937-630-53 To Purchase LBM1081 On November 1, 2018, And Against Jamie Lynn Gallian Relating To The Purchase In The Personal Property Commonly Known As 16222 Monterey LN#376, Huntington Beach, California 92649. [Docket 203) (related document(s): 225 Notice of Lodgment filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 09/14/2022) |
| 09/13/2022 | 231 | Hearing Held On Motion (RE: related document(s)162 Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. Sections 327 And 328 filed by Trustee Jeffrey I Golden (TR)) - MOTION DENIED WITHOUT PREJUDICE - ORDER BY ATTORNEY (NB8) (Entered: 09/20/2022) |
| 09/12/2022 | 226 (8 pgs) | Objection (related document(s): 225 Notice of Lodgment filed by Debtor Jamie Lynn Gallian) *-Trustee's Objection to Debtor's Notice of Lodgment of Order and Proposed Order re: Debtor's Notice to Trustee to Abandon Estate's Interest in Reinvested Funds from Sale of Unit 53, 10/31/2018 APN 937-630-53 to Purchase LBM1081 on November 1, 2018, and Against Jamie Lynn Gallian relating to the Purchase in the Personal Property commonly known as 16222 Monterey Ln #376, Huntington Beach, California 92649; Request for Judicial Notice in Support Thereof; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 09/12/2022) |

Case 8:23-cv-00001-DSF   Document 29   Filed 10/27/23   Page 59 of 88   Page ID #:3924

| | | |
|---|---|---|
| 09/12/2022 | [225](#)<br>(12 pgs; 2 docs) | Notice Of Lodgment Of Order In Bankruptcy Order In Bankruptcy Case Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[203](#) Debtor's Notice to Trustee to Abandon Estate's Interest in Reinvested Funds From Sal of Unit 53, 10/31/2018 APN 937-630-53 to Purchase LBM1081 on November 1, 2018, and Against Jamie Lynn Gallian Relating to the Purchase in the Personal Property Commonly Known as 16222 Monterey Ln #376, Huntington Beach, California 92649 , Filed by Debtor Jamie Lynn Gallian [EDB]. (TD8)). [EDB] (NB8) Additional attachment(s) added on 9/12/2022 (NB8). (Entered: 09/12/2022) |
| 09/09/2022 | [224](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[220](#) Order on Motion To Reconsider (BNC-PDF)) No. of Notices: 0. Notice Date 09/09/2022. (Admin.) (Entered: 09/09/2022) |
| 09/09/2022 | [223](#)<br>(4 pgs) | Opposition to (related document(s): [203](#) Notice filed by Debtor Jamie Lynn Gallian, [222](#) Opposition filed by Trustee Jeffrey I Golden (TR)) *Creditor Huntington Beach Gables Homeowners Association's Joinder to Trustee's Opposition to Debtor's Notice to Abandon Property of the Estate* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 09/09/2022) |
| 09/08/2022 | [222](#)<br>(35 pgs) | Opposition to (related document(s): [203](#) Notice filed by Debtor Jamie Lynn Gallian) *Trustees Notice Of Opposition, Opposition And Request For Hearing To Debtor's Notice To Trustee To Abandon Estates Interest In Reinvested Funds From Sale Of Unit 53, 10/31/2018 APN 937-630-53 To Purchase LBM1081 On November 1, 2018, And Against Jamie Lynn Gallian Relating To The Purchase In The Personal Property Commonly Known As 16222 Monterey Ln #376, Huntington Beach, California 92649; Memorandum Of Points And Authorities And Request For Judicial Notice In Support Thereof, with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 09/08/2022) |
| 09/07/2022 | [221](#)<br>(3 pgs) | Statement *218 Huntington Beach Gables Homeowners Association's Joinder to Trustee's Reply in Support of Application to Employ Real Estate Broker with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association. (Goe, Robert) (Entered: 09/07/2022) |
| 09/07/2022 | [220](#)<br>(2 pgs) | Order Continuing Hearing on Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption - Hearing Continued to September 22, 2022 at 10:00 AM (BNC-PDF) (Related Doc # [157](#)) Signed on 9/7/2022. (JL) (Entered: 09/07/2022) |
| 09/06/2022 | [219](#)<br>(30 pgs) | Objection (related document(s): [208](#) Opposition filed by Debtor Jamie Lynn Gallian) *-Evidentiary Objections to Jamie Lynn Gallian in Support of Opposition to Application of the Chapter 7 Trustee to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham pursuant to 11 U.S.C. §§ 327 and 328; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 09/06/2022) |
| 09/06/2022 | [218](#)<br>(7 pgs) | Reply to (related document(s): [208](#) Opposition filed by Debtor Jamie Lynn Gallian) *-Chapter 7 Trustee's Reply Memorandum of Points and Authorities in Support of Application to Employ Real Estate Broker and to Enter into Listing Agreement; and Request for Judicial Notice in Support Thereof; proof of service* Filed by Trustee Jeffrey I Golden |

59

| | | (TR) (DE Leest, Aaron) (Entered: 09/06/2022) |
|---|---|---|
| 09/02/2022 | [217](#) (14 pgs) | Debtor's Notice Of 2019 IRS 1040 Underpayment, Paid In Full Filed by Debtor Jamie Lynn Gallian . [EDB] (NB8) (Entered: 09/06/2022) |
| 09/02/2022 | [216](#) (10 pgs) | Debtor's Notice of Filing of [Doc 212] In Error, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)[212](#) Debtor's Notice of 2018 IRS Underpayment, Paid in Full Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[162](#) Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8).). 'EDB' (JL)). (TD8) (Entered: 09/02/2022) |
| 09/02/2022 | [215](#) (2 pgs) | USDC Stipulation To Dismiss Appeal Without Prejudice RE: Appeal USDC Number: 8:22-cv-01462-RGK - RULING: Debtor's Appeal Shall Be Dismissed Without Prejudice. (filed at United States District Court on 9/1/2022) (RE: related document(s)[161](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian). (NB8) (Entered: 09/02/2022) |
| 09/01/2022 | [214](#) (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[207](#) Order on Amended Motion (BNC-PDF)) No. of Notices: 0. Notice Date 09/01/2022. (Admin.) (Entered: 09/01/2022) |
| 09/01/2022 | [213](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[206](#) Order on Motion For Leave to Appeal (BNC-PDF)) No. of Notices: 0. Notice Date 09/01/2022. (Admin.) (Entered: 09/01/2022) |
| 09/01/2022 | 211 | In accordance with the Administrative Order 22-17 dated 8/16/2022, this case is hereby reassigned from Judge Erithe A. Smith to Judge Scott C Clarkson. (JL) (Entered: 09/01/2022) |
| 08/31/2022 | [212](#) (10 pgs) | Debtor's Notice of 2018 IRS Underpayment, Paid in Full Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[162](#) Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8).). 'EDB' (JL) (Entered: 09/01/2022) |
| 08/31/2022 | [210](#) (48 pgs) | Debtor's Notice of Recorded Declared Homestead of Robert McLelland Instrument No. 2022000294548 [Re: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649], Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)[74](#) Document re Verification of Declaration of Homestead. Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[72](#) Addendum to Vol Pet filed by Debtor Jamie Lynn Gallian, Statement of Related Cases (LBR Form 1015-2.1), Schedule A/B: Property (Official Form 106A/B or 206A/B), Schedule C: The Property You Claimed as Exempt (Official Form 106C), Schedule G: Executory Contracts and Unexpired Leases |

60

| | | |
|---|---|---|
| | | (Official Form 106G or 206G), Schedule H: Your Codebtors (Official Form 106H or 206H), Schedule I: Your Income (Official Form 106I), Declaration About an Individual Debtor's Schedules (Official Form 106Dec), Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207), Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B8, or 108), Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option), Verification of Master Mailing List of Creditors (LBR F1007-1))). (TD8) (Entered: 08/31/2022) |
| 08/31/2022 | 209 (2 pgs) | Order Approving Stipulation To Dismiss Appeal Without Prejudice RE: Appeal USDC Number: 8:22-cv-01454-ODW - RULING: Debtor's Appeal Shall Be DISMISSED WITHOUT PREJUDICE. (filed by United States District Court On 8/30/2022) (RE: related document(s)143 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian). (NB8). Related document(s) 143 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian. Modified on 9/2/2022 (NB8). (Entered: 08/31/2022) |
| 08/30/2022 | 208 (36 pgs) | Opposition to Application of the Chapter 7 Trustee to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S. Section 327 and 328 (related document(s): 162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; M filed by Trustee Jeffrey I Golden (TR))* Filed by Debtor Jamie Lynn Gallian 'EDB' (JL) (Entered: 08/30/2022) |
| 08/30/2022 | 207 (1 pg) | Order Denying Debtor's Amended Motion to Avoid Lien (BNC-PDF) (Related Doc # 147 ) Signed on 8/30/2022 (JL) (Entered: 08/30/2022) |
| 08/30/2022 | 206 (2 pgs) | Order Denying Motion for Leave from the Bankruptcy Appeal Panel to Permit the Bankruptcy Court to Consider Debtor's Motion for Re-Consideration [Doc 157] on August 18, 2022 (BNC-PDF) (Related Doc # 167) Signed on 8/30/2022. (JL) (Entered: 08/30/2022) |
| 08/30/2022 | 205 (4 pgs) | Declaration re: *Declaration of Brandon J. Iskander Regarding Debtor's Failure to Set Hearing on Her Amended Motion to Avoid Lien Under 11 U.S.C. § 522(f) as Required by Local Bankruptcy Rule 9013-1(o) with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)178 Opposition). (Iskander, Brandon). Related document(s) 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian. Modified on 8/30/2022 (JL). (Entered: 08/30/2022) |
| 08/26/2022 | 204 (6 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)167 Motion for Leave to Appeal). (Hays, D) (Entered: 08/26/2022) |
| 08/26/2022 | 203 (8 pgs) | Debtor's Notice to Trustee to Abandon Estate's Interest in Reinvested Funds From Sal of Unit 53, 10/31/2018 APN 937-630-53 to Purchase LBM1081 on November 1, 2018, and Against Jamie Lynn Gallian Relating to the Purchase in the Personal Property Commonly Known as 16222 Monterey Ln #376, Huntington Beach, California 92649, Filed by Debtor Jamie Lynn Gallian [EDB]. (TD8) (Entered: 08/26/2022) |

| | | |
|---|---|---|
| 08/25/2022 | 202<br>(6 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)157 Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso. Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2) 'EDB' (RE: related document(s)95) (JL)). (Hays, D) (Entered: 08/25/2022) |
| 08/25/2022 | 201<br>(8 pgs) | Notice of Proposed Abandonment of Property of the Estate *Trustees Notice Of Intent To Abandon Estates Interest In Claims Against Randall L. Nickel Relating To The October 2018 Transfer Of The Debtors Interest In The Property Commonly Known As 4476 Alderport Dr. #53, Huntington Beach, California 92649, with Proof of Service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 08/25/2022) |
| 08/25/2022 | 200<br>(4 pgs) | Supplemental Notice of Hearing to Be Held Remotely U sing ZoomGov Audio and Video, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)157 Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso. Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2) 'EDB' (RE: related document(s)95) (JL)). The Hearing date is set for 9/22/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (TD8) (Entered: 08/25/2022) |
| 08/24/2022 | 199<br>(4 pgs) | Notice of Change of Address . (Goe, Robert) (Entered: 08/24/2022) |
| 08/23/2022 | 198<br>(1 pg) | Notice Of Transfer Of Appeal From BAP To District Court - RE: BAP CC-22-1155 (RE: related document(s)169 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (filed at United States Bankruptcy Appellate Panel of the Ninth Circuit on 8/18/2022) (NB8) (Entered: 08/23/2022) |
| 08/22/2022 | 197 | Hearing Set (RE: related document(s)162 Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham filed by Trustee Jeffrey I Golden (TR)) The Hearing date is set for 9/13/2022 at 11:00AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The hearing judge is Scott C Clarkson (JL) (Entered: 08/22/2022) |
| 08/22/2022 | 196<br>(10 pgs) | Transcript regarding Hearing Held 07/21/22 RE: objection to debtor's claimed homestead exemption. Remote electronic access to the transcript is restricted until 11/21/2022. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Echo Reporting, Inc., Telephone number echoreporting@yahoo.com.]. Notice of Intent to Request Redaction Deadline Due By 8/29/2022. Redaction Request Due By 09/12/2022. Redacted Transcript Submission Due By 09/22/2022. Transcript access will be restricted through 11/21/2022. (Jauregui, Tara) (Entered: 08/22/2022) |
| 08/22/2022 | 195<br>(5 pgs) | Notice of Hearing *Amended Notice Of Hearing On Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To* |

| | | |
|---|---|---|
| | | *11 U.S.C. §§ 327 And 328 (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8).). (Golden (TR), Jeffrey) (Entered: 08/22/2022) |
| 08/18/2022 | 194<br>(19 pgs; 5 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s)143 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Notice of Transcript(s) Designated for an Appeal # 3 Transcript Order Form # 4 Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit) (NB8) (Entered: 08/18/2022) |
| 08/18/2022 | 193 | Hearing Rescheduled/Continued (RE: related document(s)157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 9/22/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (JL) (Entered: 08/18/2022) |
| 08/18/2022 | 192<br>(31 pgs; 5 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s)189 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Notice of Transcript(s) Designated for an Appeal # 3 Transcript Order Form # 4 Amended Order Continuing the Bankruptcy Appellant Panel of the Ninth Circuit) (NB8) (Entered: 08/18/2022) |
| 08/18/2022 | 191<br>(1 pg) | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reason: Notice Of Appeal Filing Fee Was Not Paid (RE: related document(s)189 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 08/18/2022) |
| 08/18/2022 | 190<br>(42 pgs) | Debtor's Reply To Houser Bros Co Opposition Debtor's Motion For Leave From The Bankruptcy Appeal Panel To Permit The Bankruptcy Court To Consider Debtor's Motion For Reconsideration Doc 182; Declaration Of Jamie Lynn Gallian In Support - (related document(s): 167 Motion for Leave to Appeal filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 08/18/2022) |
| 08/18/2022 | 189<br>(18 pgs) | Notice Of Appeal And Statement Of Election To Bankruptcy Appellate Panel.(Official Form 417A) . Fee Amount $298 NOT PAID. Filed by Debtor Jamie Lynn Gallian (RE: related document(s)177 Order RE: Objection to Debtor's Claim of Exemptions (BNC-PDF)). Appellant Designation due by 9/1/2022. - [EDB] (NB8) Modified on 8/18/2022 (NB8). (Entered: 08/18/2022) |
| 08/17/2022 | 188<br>(8 pgs) | Request To Dismiss Debtor's Notice Of Appeal Without Prejudice RE: Doc. No. 143, Doc 161, And Doc 169, Respectively Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 08/18/2022) |

| | | |
|---|---|---|
| 08/17/2022 | [187](#)<br>(4 pgs) | Optional Appellee Statement of Election to Proceed in U.S. District Court (Official Form 417B) Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[169](#) Notice of Appeal and Statement of Election (Official Form 417A)). (Masud, Laila) (Entered: 08/17/2022) |
| 08/12/2022 | [186](#)<br>(2 pgs) | Opening Letter - Notice Of Appeal In This Case Has Been Received By The Bankruptcy Appellate Panel And Assigned BAP Case Number CC-22-1155 (filed at United States Bankruptcy Appellate Panel of the Ninth Circuit on 8/11/22) (RE: related document(s)[169](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 08/12/2022) |
| 08/11/2022 | [185](#)<br>(244 pgs; 3 docs) | Reply to Houser Bros CO DBA Rancho Del Rey Mobilehome Estates Opposition to Debtors Motion for Consideration of 7/21/22 Order Sustaining Houser Bros Co DBA Rancho Del Rey Mobilehome Estates Objection to Debtor's Claimed Homestead Exemption (related document(s): [157](#) Motion to Reconsider filed by Debtor Jamie Lynn Gallian, [170](#) Response filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) Filed by Debtor Jamie Lynn Gallian (Attachments: # [1](#) Part 2) 'EDB'(JL) Additional attachment(s) added on 8/12/2022 (JL). (Entered: 08/11/2022) |
| 08/11/2022 | [184](#)<br>(2 pgs) | Assignment notice of USDC case/judge to appeal transferred from BAP - (RE: BAP Case No.: CC-22-1149 - USDC Case No. Assigned: SACV-22-1462-RGK (RE: related document(s)[161](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) - (filed at United States District Court on 8/10/2022) (NB8) (Entered: 08/11/2022) |
| 08/10/2022 | [183](#)<br>(2 pgs) | Assignment notice of USDC case/judge to appeal transferred from BAP - Assigned USDC Case No.: 8:22-cv-1454-ODW (filed at United States District Court on 8/10/2022) (RE: related document(s)[169](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 08/10/2022) |
| 08/09/2022 | [182](#)<br>(46 pgs) | Opposition to (related document(s): [167](#) Motion for Leave to Appeal filed by Debtor Jamie Lynn Gallian) *Opposition and Request for Hearing on Debtor's Motion for Leave From the Bankruptcy Appeal Panel to Permit the Bankruptcy Court to Consider Debtor's Motion for Reconsideration; Declaration of D. Edward Hays In Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 08/09/2022) |
| 08/08/2022 | [181](#)<br>(4 pgs) | Substitution of attorney , Proof of service Filed by Debtor Jamie Lynn Gallian. (Briones, Bert) (Entered: 08/08/2022) |
| 08/08/2022 | [180](#)<br>(1 pg) | Appeal transferred notice from BAP to USDC CC-22-1149 on 8/03/2022 (RE: related document(s)[161](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (GD) Modified on 8/8/2022 (GD). (Entered: 08/08/2022) |
| 08/07/2022 | [179](#)<br>(14 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[177](#) Order RE: Objection to Debtor's Claim of Exemptions (BNC-PDF)) No. of Notices: 0. Notice Date 08/07/2022. (Admin.) (Entered: 08/07/2022) |

64

| 08/05/2022 | [178](#)<br>(63 pgs) | Opposition to (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) *Opposition to Debtor's Amended Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Hearing; Declaration of Robert P. Goe in Support Thereof; Notice of Opposition and Request for a Hearing with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 08/05/2022) |
| 08/05/2022 | [177](#)<br>(12 pgs) | Order Granting Houser Bros. Co. dba Rancho Del Rey Mobile Home Estate's Motion Objecting to Debtor's Claimed Homestead Exemption in 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649, Docket No. 95 (BNC-PDF) (Related Doc # [95](#) ) Signed on 8/5/2022 (JL) (Entered: 08/05/2022) |
| 08/04/2022 | | Receipt of Appeal Late Noticing Filing Fee - $0.00 by 12. Receipt Number 80076190. (admin) (Entered: 08/04/2022) |
| 08/04/2022 | | Receipt of Appeal Late Filing Fee - $0.00 by 12. Receipt Number 80076190. (admin) (Entered: 08/04/2022) |
| 08/04/2022 | [176](#)<br>(17 pgs; 5 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s)[169](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # [1](#) Notice of Appeal and Statement of Election # [2](#) Notice of Transcripts Designated for An Appeal # [3](#) Transcript Order Form # [4](#) Amended Order Continuing the Bankruptcy Appellant Panel of the Ninth Circuit) (NB8) (Entered: 08/04/2022) |
| 08/04/2022 | [175](#)<br>(185 pgs; 6 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s)[161](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # [1](#) Notice of Appeal and Statement of Election # [2](#) Notice of Motion and Motion for Leave From the Bankruptcy Appellate Panel to Permit the Bankruptcy Court to Consider Debtor's Motion for Re-consideration (Doc 157) on August 18, 2022 # [3](#) Notice of Transcript(s) Designated for an Appeal # [4](#) Transcript Order Form # [5](#) Amended Order Continuing The Bankruptcy Appellant Panel Of The Ninth Circuit) (NB8) (Entered: 08/04/2022) |
| 08/04/2022 | [174](#)<br>(1 pg) | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reasons: $298.00 Filing Fee For Appeal Was Not Paid; The Notice Of Appeal Does Not Conform Substantially With The Notice Of Appeal And Statement Of Election (Official Form 417A: Does Not Include The Title Of Order, Judgment, Or Decree; Does Not Include The Entered Date Of Order, Judgment, Or Decree; Does Not Include Entered Stamped Copy Of Order, Judgment, Or Decree; related document(s)[169](#) Notice of Appeal and Statement of Election; (RE: al Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 08/04/2022) |
| 08/04/2022 | [173](#)<br>(4 pgs) | Statement *The Huntington Beach Gables Homeowners Association's Joinder to House Bros. Co. dba Rancho del Rey Mobile Home Estates' Response to Debtor's Motion for Reconsideration with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association. (Goe, Robert). Related document(s) [157](#) Motion to Reconsider filed by Debtor Jamie Lynn Gallian. Modified on 8/5/2022 |

| | | (JL). (Entered: 08/04/2022) |
|---|---|---|
| 08/04/2022 | 172<br>(4 pgs) | Substitution of attorney , Proof of service Filed by Debtor Jamie Lynn Gallian. (Briones, Bert) (Entered: 08/04/2022) |
| 08/04/2022 | 171<br>(4 pgs) | Statement - *Trustee's Joinder in Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Response to Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. dba Rancho Del Rey Mobile Home Estate's Objection to Debtor's Claimed Homestead Exemption; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 08/04/2022) |
| 08/04/2022 | 170<br>(58 pgs) | Response to (related document(s): 157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian) *Response to Debtor's Notice of and Motion for Reconsideration of 7-21-22 Order Sustaining Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption; Declaration of D. Edward Hays in Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 08/04/2022) |
| 08/04/2022 | 169<br>(4 pgs) | Notice Of Appeal And Statement Of Election To Bankruptcy Appellate Panel (Official Form 417A) . Fee Amount $298 NOT PAID Filed by Debtor Jamie Lynn Gallian . Appellant Designation due by 8/18/2022. [EDB] (NB8) (Entered: 08/04/2022) |
| 08/02/2022 | 168<br>(4 pgs) | Optional Appellee Statement of Election to Proceed in U.S. District Court (Official Form 417B) Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)143 Notice of Appeal and Statement of Election (Official Form 417A), 161 Notice of Appeal and Statement of Election (Official Form 417A)). (Masud, Laila) (Entered: 08/02/2022) |
| 08/01/2022 | 167<br>(160 pgs; 2 docs) | Notice of Motion Motion For Leave From The Bankruptcy Appeal Panel To Permit The Bankruptcy Court To Consider Debtor's Motion For Re-Consideration [Doc 157] On August 18, 2022 Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Motion For Reconsideration) (GD) [EDB] Modified on 8/1/2022 (GD). (Entered: 08/01/2022) |
| 07/29/2022 | | Receipt of Appeal Late Filing Fee - $293.00 by 16. Receipt Number 80076183. (admin) (Entered: 07/29/2022) |
| 07/29/2022 | | Receipt of Appeal Late Noticing Filing Fee - $5.00 by 16. Receipt Number 80076183. (admin) (Entered: 07/29/2022) |
| 07/29/2022 | 166 | Notice to Filer of Error and/or Deficient Document **Hearing date/time selected is no longer available. THE FILER IS INSTRUCTED TO CONTACT JUDGE SMITH'S COURTROOM DEPUTY FOR AN AVAILABLE HEARING DATE/TIME AND SUBSEQUENTLY FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION.** (RE: related document(s)162 Application to Employ filed by Trustee Jeffrey I Golden (TR), 163 Notice of Hearing (BK Case) filed by Trustee Jeffrey I Golden (TR), 164 Supplemental filed by Trustee Jeffrey I Golden (TR)) (TD8) (Entered: 07/29/2022) |
| 07/28/2022 | | Receipt of Appeal Late Noticing Filing Fee - $0.00 by 12. Receipt Number 80076180. (admin) (Entered: 07/28/2022) |

| 07/28/2022 | | Receipt of Appeal Late Filing Fee - $0.00 by 12. Receipt Number 80076180. (admin) (Entered: 07/28/2022) |
|---|---|---|
| 07/28/2022 | 165 (1 pg) | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reasons: $298.00 Filing Fee For Appeal Was Not Paid And Does Not Include Entered Stamped Copy Of Order, Judgment, Or Decree (RE: related document(s)161 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 07/28/2022) |
| 07/28/2022 | 164 (4 pgs) | Supplemental *Supplemental Notice Of Hearing To Be Held Remotely Using Zoomgov Audio And Video (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8). (Entered: 07/28/2022) |
| 07/28/2022 | 163 (5 pgs) | Notice of Hearing *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey)). (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8). (Entered: 07/28/2022) |
| 07/28/2022 | 162 (25 pgs) | Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8). (Entered: 07/28/2022) |
| 07/28/2022 | 161 (12 pgs) | Notice Of Appeal And Statement of Election To Bankruptcy Appellate Panel.(Official Form 417A) . Fee Amount $298 NOT PAID Filed by Debtor Jamie Lynn Gallian. Appellant Designation due by 8/11/2022. - [EDB] - APPEAL FEE OF $298 PAID 7/29/2022 - RECEIPT NO. 80076183 (NB8) Modified on 7/29/2022 (NB8). (Entered: 07/28/2022) |
| 07/28/2022 | 160 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Filed a Notice of Assets. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 7/28/2022). Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)90 Notice of Assets (no bar date for claims is required) *with proof of service* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) filed by Trustee Jeffrey I Golden (TR)). (Golden (TR), Jeffrey) (Entered: 07/28/2022) |

| | | |
|---|---|---|
| 07/26/2022 | 159 | Hearing Set (RE: related document(s)157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 8/18/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (JL) (Entered: 07/26/2022) |
| 07/26/2022 | 158<br>(4 pgs) | Supplemental Notice of Hearing to be Held Remotely Using ZOOMGOV Audio and Video Filed by Debtor Jamie Lynn Gallian 'EDB' (RE: related document(s)157 Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso. Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2) 'EDB' (RE: related document(s)95) (JL)). (JL) (Entered: 07/26/2022) |
| 07/26/2022 | 157<br>(332 pgs; 2 docs) | Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso. Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2) 'EDB' (RE: related document(s)95) (JL) (Entered: 07/26/2022) |
| 07/26/2022 | 156<br>(16 pgs) | Notice of lodgment *(Amended) Notice of Lodgment* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)150 Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)95 Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates.).). (Hays, D) (Entered: 07/26/2022) |
| 07/25/2022 | 155<br>(63 pgs) | Opposition to (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian, 136 Notice of motion/application filed by Debtor Jamie Lynn Gallian, 137 Motion to Avoid Lien Real Property with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) *141[154 filer error] Amended Omnibus Opposition to Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Hearing; Declaration of Robert P. Goe in Support Thereof; Notice of Opposition and Request for a Hearing with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 07/25/2022) |
| 07/25/2022 | 154<br>(61 pgs) | Opposition to (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian, 136 Notice of motion/application filed by Debtor Jamie Lynn Gallian, 137 Motion to Avoid Lien Real Property with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) *141 Amended Omnibus Opposition to Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Hearing; Declaration of Robert P. Goe in Support Thereof with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 07/25/2022) |
| 07/25/2022 | 152 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 22-ES-22. RE Hearing Date: 07/21/22, [TRANSCRIPTION SERVICE PROVIDER: ECHO |

| | | |
|---|---|---|
| | | REPORTING, INC., Telephone number Ph: (858) 453-7590.] (RE: related document(s)146 Transcript Order Form (Public Request) filed by Debtor Jamie Lynn Gallian) (JL) (Entered: 07/25/2022) |
| 07/24/2022 | 151<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)142 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Jeffrey I Golden (TR)) No. of Notices: 75. Notice Date 07/24/2022. (Admin.) (Entered: 07/24/2022) |
| 07/22/2022 | 150<br>(16 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)95 Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates.). (Hays, D) (Entered: 07/22/2022) |
| 07/22/2022 | 149 | Certified Copy Emailed to gestrada@wgllp.com (Entered: 07/22/2022) |
| 07/22/2022 | 148<br>(273 pgs; 3 docs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)135 Motion to Avoid Lien (Real Property) with The Huntington Beach Gables Homeowners Association Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2 # 2 Part 3 # 3 Part 4) (AM) Modified on 7/8/2022 (AM). Additional attachment(s) added on 7/8/2022 (TL)., 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2) (TD8)). (Attachments: # 1 Part 2 - Amended Motion # 2 Part 3 - Declaration) (TD8) (Entered: 07/22/2022) |
| 07/22/2022 | 147<br>(269 pgs; 2 docs) | Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2) (TD8) (Entered: 07/22/2022) |
| 07/22/2022 | 146<br>(1 pg) | Transcript Order Form related to an Appeal, regarding Hearing Date 07/21/2022 at 10:30 a.m. Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)95 Objection to Homestead Exemption). (TD8) (Entered: 07/22/2022) |
| 07/22/2022 | | Receipt of Request for a Certified Copy( 8:21-bk-11710-ES) [misc,paycert] ( 11.00) Filing Fee. Receipt number A54475197. Fee amount 11.00. (re: Doc# 145 ) (U.S. Treasury) (Entered: 07/22/2022) |
| 07/22/2022 | 145 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :gestrada@wgllp.com: Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Golden (TR), Jeffrey) (Entered: 07/22/2022) |
| 07/22/2022 | 144<br>(1 pg) | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reasons: $298.00 Filing Fee For Appeal Was Not Paid; Does Not Include The Entered Date Of Order, Judgment, Or Decree; Does Not Include Entered Stamped Copy Of Order, Judgment, Or Decree; Does Not Include the Telephone Number(s) Of The Opposing Parties (RE: related document(s)143 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) |

69

| | | (Entered: 07/22/2022) |
|---|---|---|
| 07/22/2022 | [142](# )<br>(3 pgs; 2 docs) | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) *with proof of service* Filed by Trustee Jeffrey I Golden (TR). Proofs of Claims due by 10/25/2022. Government Proof of Claim due by 1/5/2022. (Golden (TR), Jeffrey) (Entered: 07/22/2022) |
| 07/22/2022 | [141](# )<br>(63 pgs) | Opposition to (related document(s): [135](# ) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian, [136](# ) Notice of motion/application filed by Debtor Jamie Lynn Gallian, [137](# ) Motion to Avoid Lien Real Property with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) *Omnibus Opposition to Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Hearing; Declaration of Robert P. Goe in Support Thereof; Notice of Opposition and Request for a Hearing with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 07/22/2022) |
| 07/21/2022 | 153 | Hearing Held (related document # [95](# ) Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates Motion Objecting to Debtor's Claimed Homestead Exemption) - Motion Granted objecting to Debtor's homestead exemption claim. (TD8) (Entered: 07/25/2022) |
| 07/21/2022 | [143](# )<br>(6 pgs) | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel.(Official Form 417A) . Fee Amount $298 NOT PAID Filed by Debtor Jamie Lynn Gallian . Appellant Designation due by 8/4/2022. (NB8) (Entered: 07/22/2022) |
| 07/21/2022 | [140](# )<br>(33 pgs) | Amended Notice of Lodgment of Orange County Tax Assessors Proof of Debtors Homestead Exemption Effective 2/25/2021 in Support of Opposition to Motion Objecting to Claimed Homestead Exemption Filed by Debtor Jamie Lynn Gallian 'EDB' (RE: related document(s)[130](# ) Reply to (related document(s): [105](# ) Reply filed by Debtor Jamie Lynn Gallian) *Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption; Declaration of D. Edward Hays in Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates, [139](# ) Notice of Lodgment of Orange County Tax Assessors Proof of Debtors Homestead Exemption Effective 2/25/2021 in Support of Opposition to Motion Objecting to Claimed Homestead Exemption, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)[95](# ) Objection to Homestead Exemption). (TD8)). (JL) (Entered: 07/21/2022) |
| 07/21/2022 | [139](# )<br>(6 pgs) | Notice of Lodgment of Orange County Tax Assessors Proof of Debtors Homestead Exemption Effective 2/25/2021 in Support of Opposition to Motion Objecting to Claimed Homestead Exemption, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)[95](# ) Objection to Homestead Exemption). (TD8) (Entered: 07/21/2022) |
| 07/20/2022 | [138](# )<br>(20 pgs) | Notice *of Lodgment of Excerpts of Certified Transcript in Support of Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[130](# ) Reply to (related document(s): [105](# ) Reply filed by Debtor Jamie Lynn Gallian) *Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption; Declaration of D. Edward Hays in Support; with Proof of Service* Filed by Creditor |

|  |  | Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates). (Hays, D) (Entered: 07/20/2022) |
|---|---|---|
| 07/08/2022 | 137 | Motion to Avoid Lien Real Property with The Huntington Beach Gables Homeowners Association Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2 # 2 Part 3 # 3 Part 4 # 4 Part 5 # 5 Part 6) [EDB] (AM) Modified on 7/8/2022 (AM). Docketed in error. Motion terminated. See docket entry 135 for correct Motion. Modified on 7/11/2022 (TL). (Entered: 07/08/2022) |
| 07/08/2022 | 136 (228 pgs; 7 docs) | Notice of Opportunity to Request a Hearing On Motion Filed by Debtor Jamie Lynn Gallian . [EDB] (AM) Modified on 7/8/2022 (AM) (RE: related document(s)135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association). Additional attachment(s) added on 7/11/2022 (TL). Modified on 7/11/2022 (TL). (Entered: 07/08/2022) |
| 07/08/2022 | 135 (224 pgs; 6 docs) | Motion to Avoid Lien (Real Property) with The Huntington Beach Gables Homeowners Association Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2 # 2 Part 3 # 3 Part 4) (AM) Modified on 7/8/2022 (AM). Additional attachment(s) added on 7/8/2022 (TL). (Entered: 07/08/2022) |
| 07/08/2022 | 134 (13 pgs) | Reply to Greg Buysman, CA Notary Public Commission Number 2341449; Owner & Operator the UPS Store, Edinger/Springdage (related document(s): 95 Objection to Homestead Exemption filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) Filed by Debtor Jamie Lynn Gallian [EDB] (AM) (Entered: 07/08/2022) |
| 07/07/2022 | 133 (4 pgs) | Declaration re: *Declaration of Chris Houser re: Motion Objecting to Debtor's Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)130 Reply). (Hays, D) (Entered: 07/07/2022) |
| 07/07/2022 | 132 (62 pgs) | Declaration re: *Declaration of Greg Buysman re: Motion Objecting to Debtor's Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)130 Reply). (Hays, D) (Entered: 07/07/2022) |
| 07/07/2022 | 131 (4 pgs) | Declaration re: *Declaration of Vivienne J. Alston re: Motion Objecting to Debtor's Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)130 Reply). (Hays, D) (Entered: 07/07/2022) |
| 07/07/2022 | 130 (96 pgs) | Reply to (related document(s): 105 Reply filed by Debtor Jamie Lynn Gallian) *Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption; Declaration of D. Edward Hays in Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 07/07/2022) |
| 07/07/2022 | 129 (5 pgs) | Reply to (related document(s): 105 Reply filed by Debtor Jamie Lynn Gallian) *The Huntington Beach Gables Homeowners Association's Reply to Debtor's Opposition to Motion Objecting to Debtor's Claimed Homestead Exemption with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 07/07/2022) |

| | | |
|---|---|---|
| 06/30/2022 | [128](#)<br>(4 pgs) | Statement -*Trustee's Joinder in Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Motion Objecting to Debtor's Claimed Homestead Exemption; proof of service [95](#)* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 06/30/2022) |
| 06/29/2022 | [127](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[126](#) Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 06/29/2022. (Admin.) (Entered: 06/29/2022) |
| 06/27/2022 | [126](#)<br>(2 pgs) | Order Denying Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (BNC-PDF) Signed on 6/27/2022 (RE: related document(s)[101](#) Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor Janine Jasso). (TD8) (Entered: 06/27/2022) |
| 06/25/2022 | [125](#)<br>(7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[124](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 06/25/2022. (Admin.) (Entered: 06/25/2022) |
| 06/23/2022 | [124](#)<br>(5 pgs) | Order Continuing Hearing on Motion Objecting to Debtor's Claimed Homestead Exemption. IT IS ORDERED that: The Hearing on the Motion is CONTINUED TO July 21, 2022, at 10:30 a.m. to Allow Houser Bros and/or the Joining Parties to File a Reply/Replies to Debtor's Late Opposition filed on June 1, 2022 (See Order for Further Ruling) (BNC-PDF) (Related Doc # [95](#) ) Signed on 6/23/2022 (TD8) (Entered: 06/23/2022) |
| 06/17/2022 | [122](#)<br>(8 pgs) | Notice of lodgment, Filed by Creditor Janine Jasso [EDB] (RE: related document(s)[101](#) Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii). Fee Amount $188,). (TD8). (Entered: 06/21/2022) |
| 06/16/2022 | 123 | Hearing Held (RE: related document(s)[101](#) Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor Janine Jasso) Motion Denied Without Prejudice. (JL) (Entered: 06/22/2022) |
| 06/10/2022 | [121](#)<br>(8 pgs) | Notice of Lodgment Filed by Debtor Jamie Lynn Gallian 'EDB' (RE: related document(s)[95](#) Objection to Homestead Exemption). (JL) (Entered: 06/13/2022) |
| 06/10/2022 | [120](#)<br>(8 pgs) | Amended Notice of lodgment, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)[95](#) Objection to Homestead Exemption). (TD8) (Entered: 06/10/2022) |
| 06/09/2022 | [119](#)<br>(9 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[95](#) Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates.). (Hays, D) (Entered: 06/09/2022) |
| 06/09/2022 | [118](#)<br>(23 pgs) | Reply to Trustee's and Debtor's Opposition to Motion Confirming that No Stay is in Effect for Criminal Restitution Case, or, if an Automatic Stay Exists, Then for Relief From Stay (related document(s): [110](#) Opposition filed by Trustee Jeffrey I Golden (TR), [112](#) Opposition filed by Debtor Jamie Lynn Gallian) Filed by Creditor Janine Jasso |

| | | |
|---|---|---|
| | | 'EDB' (JL) NOTE: Filed with incorrect caption and lists adversary number; this document belongs in the main bankruptcy case 8:21-bk-11710-ES. Modified on 6/10/2022 (TD8). (Entered: 06/09/2022) |
| 06/04/2022 | 115 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)109 Order on Motion to Abandon (BNC-PDF)) No. of Notices: 0. Notice Date 06/04/2022. (Admin.) (Entered: 06/04/2022) |
| 06/03/2022 | 117 (8 pgs) | Amended Supplemental Notice of Hearing To Be Held Remotely Using Zoomgov Audio and Video Filed by Creditor Janine Jasso (Updated Proof of Service) 'EDB' (RE: related document(s)104) (Filed by Creditor Janine Jasso . (JL) (Entered: 06/06/2022) |
| 06/03/2022 | 116 (322 pgs) | Amended Motion Confirming That No Stay is in effect for Criminal Restitution Case, or, If an Automatic Stay Exists, then for Relief from Stay (Updated Proof of Service) 'EDB' (related document(s): 101 Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii). Fee Amount $188, filed by Creditor Janine Jasso) Filed by Creditor Janine Jasso (JL) (Entered: 06/06/2022) |
| 06/03/2022 | 114 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)108 Order on Application to Employ (BNC-PDF)) No. of Notices: 0. Notice Date 06/03/2022. (Admin.) (Entered: 06/03/2022) |
| 06/02/2022 | 113 | Hearing Rescheduled/Continued (related document # 95 Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates Motion Objecting to Debtor's Claimed Homestead Exemption). The Hearing is CONTINUED TO 7/21/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701 to allow Movant/Joining Parties to file a reply to Debtor's late opposition filed on June 1, 2022, which reply(ies) must be filed by July 7, 2022. No other pleadings may be filed. The case judge is Erithe A. Smith (TD8) (Entered: 06/03/2022) |
| 06/02/2022 | 112 (39 pgs) | Debtor's Notice of Opposition and Opposition to Motion Confirming that No Stay is in Effect for Criminal Restitution Case, or, if an Automatic Stay Exists, Then for Relief from Stay filed by Interested Party Janine Jasso (related document(s): 101 Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii). Fee Amount $188, filed by Creditor Janine Jasso) Filed by Debtor Jamie Lynn Gallian 'EDB' (JL) (Entered: 06/03/2022) |
| 06/02/2022 | 110 (8 pgs) | Opposition to (related document(s): 101 Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii). Fee Amount $188, filed by Creditor Janine Jasso) -Trustee's Notice of Opposition and Opposition to Motion Confirming that No Stay is in Effect for Criminal Restitution Case, or, if an Automatic Stay Exists, then for Relief from Stay filed by Creditor Janine Jasso; Memorandum of Points and Authorities in Support Thereof; proof of service Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 06/02/2022) |
| 06/01/2022 | 111 (29 pgs) | Opposition to Chapter 7 Trustee's (related document(s): 92 Application to Employ Danning, Gill, Israel & Krasnoff, LLP as General Bankruptcy Counsel Chapter 7 Trustees Notice Of Application And Application To Employ Danning, Gill, Israel & Krasnoff, LLP As General Bankruptcy Counsel Effective As Of January 2 filed by Trustee Jeffrey I Golden (TR)); Filed by Debtor |

| | | |
|---|---|---|
| | | *Jamie Lynn Gallian [Request for Hearing] [EDB] (Filed at 9:33 pm) (TD8). (Entered: 06/02/2022)* |
| 06/01/2022 | [109](#)<br>(2 pgs) | Order Authorizing Trustee's Abandonment of Estate's Interest in Probate Claims (BNC-PDF) (Related Doc # [89](#) ) Signed on 6/1/2022 (TD8) (Entered: 06/01/2022) |
| 06/01/2022 | [108](#)<br>(2 pgs) | Order Granting Chapter 7 Trustee's Application to Employ Danning, Gill, Israel & Krasnoff, LLP as his General Bankruptcy Counsel [Doc. No. 92] (BNC-PDF) (Related Doc # [92](#) ) Signed on 6/1/2022. (TD8) (Entered: 06/01/2022) |
| 06/01/2022 | [107](#)<br>(10 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *Declaration that No Party Requested a Hearing on Trustees Notice Of Intent To Abandon Estates Interest In Probate Claims (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 06/01/2022) |
| 06/01/2022 | [106](#)<br>(43 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)92 Application to Employ Danning, Gill, Israel & Krasnoff, LLP as General Bankruptcy Counsel *Chapter 7 Trustees Notice Of Application And Application To Employ Danning, Gill, Israel & Krasnoff, LLP As General Bankruptcy Counsel Effective As Of January 2). (Israel, Eric) (Entered: 06/01/2022)* |
| 06/01/2022 | [105](#)<br>(361 pgs; 2 docs) | Debtors Reply Opposition, Memorandum of Points and Authorities to Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Motion Objecting to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso (related document(s): [95](#) Objection to Homestead Exemption filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates), Filed by Debtor Jamie Lynn Gallian [EDB] (TD8) Additional attachment(s) added on 6/1/2022 (TD8). (Entered: 06/01/2022) |
| 05/27/2022 | [104](#)<br>(3 pgs) | Supplemental Notice of Hearing To Be Held Remotely Using Zoomgov Audio and Video Filed by Creditor Janine Jasso (RE: related document(s)101 Motion Confirming That No Stay is in effect for Criminal Restitution Case, or, If an Automatic Stay Exists, then for Relief from Stay . Fee Amount $188, Filed by Creditor Janine Jasso (Attachments: # 1 2 of 4 Motion # 2 3 of 4 Motion # 3 4 of 4 Motion) (AM)). The Hearing date is set for 6/16/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith [EDB] (AM) (Entered: 05/27/2022) |
| 05/27/2022 | 102 | Hearing Set (RE: related document(s)101 Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor Janine Jasso) The Hearing date is set for 6/16/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (AM) (Entered: 05/27/2022) |
| 05/26/2022 | [103](#)<br>(2 pgs) | Notice of motion/application Filed by Creditor Janine Jasso (RE: related document(s)101 Motion Confirming That No Stay is in effect for Criminal Restitution Case, or, If an Automatic Stay Exists, then for Relief from Stay . Fee Amount $188, Filed by Creditor Janine Jasso (Attachments: # 1 2 of 4 Motion # 2 3 of 4 Motion # 3 4 of 4 Motion) (AM)). (AM) (Entered: 05/27/2022) |

| | | |
|---|---|---|
| 05/26/2022 | [101](#)<br>(317 pgs; 4 docs) | Motion Confirming That No Stay is in effect for Criminal Restitution Case, or, If an Automatic Stay Exists, then for Relief from Stay . Fee Amount $188, Filed by Creditor Janine Jasso (Attachments: # [1](#) 1 2 of 4 Motion # [2](#) 3 of 4 Motion # [3](#) 4 of 4 Motion) (AM) (Entered: 05/27/2022) |
| 05/26/2022 | | Receipt of Motion Filing Fee - $188.00 by 16. Receipt Number 80076089. (admin) (Entered: 05/26/2022) |
| 05/16/2022 | [100](#)<br>(2 pgs) | Janine Jasso's Joinder to Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Motion Objecting to Debtor's Claimed Homestead Exemption Filed by Creditor Janine Jasso 'EDB' (RE: related document(s)[95](#) Objection to Homestead Exemption filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) (JL) (Entered: 05/16/2022) |
| 05/13/2022 | [98](#)<br>(3 pgs) | Statement *The Huntington Beach Gables Homeowners Associations Joinder To Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates Motion Objecting To Debtors Claimed Homestead Exemption with proof of service* Filed by Creditor The Huntington Beach Gables Homeowners Association. (Goe, Robert) (Entered: 05/13/2022) |
| 05/12/2022 | 99 | Hearing Set (related document # [95](#) Motion Objecting to Debtor's Claimed Homestead Exemption filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates). The Hearing date is set for 6/2/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (TD8) (Entered: 05/13/2022) |
| 05/12/2022 | [97](#)<br>(31 pgs) | Declaration of Debtor RE Postpetition Income and Expenses as of the Following Date 05/11/2022 Filed by Debtor Jamie Lynn Gallian . [EDB] (TL) . (Entered: 05/13/2022) |
| 05/12/2022 | [96](#)<br>(4 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[95](#) Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates.). (Hays, D) (Entered: 05/12/2022) |
| 05/12/2022 | [95](#)<br>(259 pgs) | Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates. (Hays, D) (Entered: 05/12/2022) |
| 05/12/2022 | [94](#)<br>(10 pgs) | Amended Schedule I Individual: Your Income (Official Form 106I) , Amended Schedule J: Your Expenses (Official Form 106J) , Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) Filed by Debtor Jamie Lynn Gallian . [EDB] (TL) (Entered: 05/12/2022) |
| 05/11/2022 | [93](#)<br>(2 pgs) | Notification of Discrepancy of Conclusion of Whether or Not No Asset Case (Claims Bar Dar Date Should Be Required); Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)[90](#) Notice |

| | | of Assets (no bar date for claims is required) filed by Trustee Jeffrey I Golden (TR)) (TD8) (Entered: 05/11/2022) |
|---|---|---|
| 05/11/2022 | [92](#)<br>(38 pgs) | Application to Employ Danning, Gill, Israel & Krasnoff, LLP as General Bankruptcy Counsel *Chapter 7 Trustees Notice Of Application And Application To Employ Danning, Gill, Israel & Krasnoff, LLP As General Bankruptcy Counsel Effective As Of January 5, 2022; Declaration Of Eric P. Israel; And Statement Of Disinterestedness, with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (Israel, Eric) (Entered: 05/11/2022) |
| 05/03/2022 | 91 | Meeting of Creditors Held and Concluded (Chapter 7 Asset) Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s) 83 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/22/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey)). (Golden (TR), Jeffrey) (Entered: 05/03/2022) |
| 05/03/2022 | [90](#)<br>(2 pgs) | Notice of Assets (no bar date for claims is required) *with proof of service* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 05/03/2022) |
| 05/02/2022 | [89](#)<br>(6 pgs) | Notice *Trustees Notice Of Intent To Abandon Estates Interest In Probate Claims (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 05/02/2022) |
| 05/02/2022 | [88](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Goe, Robert. (Goe, Robert) (Entered: 05/02/2022) |
| 05/02/2022 | [87](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Iskander, Brandon. (Iskander, Brandon) (Entered: 05/02/2022) |
| 04/26/2022 | [86](#)<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 04/26/2022) |
| 04/26/2022 | 85 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/29/2022 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 04/26/2022) |
| 04/11/2022 | [84](#)<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 04/11/2022) |
| 04/11/2022 | 83 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/22/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 04/11/2022) |
| 04/04/2022 | [82](#)<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 04/04/2022) |

| 04/04/2022 | 81 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/11/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 04/04/2022) |
|---|---|---|
| 03/22/2022 | 80 (6 pgs) | Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) Filed by Debtor Jamie Lynn Gallian . [EDB] (Law, Tamika) (Entered: 03/23/2022) |
| 03/21/2022 | 79 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 03/21/2022) |
| 03/21/2022 | 78 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/4/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 03/21/2022) |
| 03/16/2022 | 77 (8 pgs) | Statement of Corporate Ownership -none listed Filed by Debtor Jamie Lynn Gallian . [EDB] (Law, Tamika) (Entered: 03/17/2022) |
| 03/16/2022 | 76 (105 pgs) | Proof of service of Amended Schedules Filed by Debtor Jamie Lynn Gallian . [EDB] (Law, Tamika) (Entered: 03/16/2022) |
| 03/15/2022 | | Receipt of Amendment Filing Fee - $32.00 by 16. Receipt Number 80075964. (admin) (Entered: 03/15/2022) |
| 03/15/2022 | 75 (22 pgs) | Amending Schedules (D) and (E/F) Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 03/15/2022) |
| 03/11/2022 | 74 (4 pgs) | Document re Verification of Declaration of Homestead. Filed by Debtor Jamie Lynn Gallian (RE: related document(s)72 Addendum to Vol Pet filed by Debtor Jamie Lynn Gallian, Statement of Related Cases (LBR Form 1015-2.1), Schedule A/B: Property (Official Form 106A/B or 206A/B), Schedule C: The Property You Claimed as Exempt (Official Form 106C), Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G or 206G), Schedule H: Your Codebtors (Official Form 106H or 206H), Schedule I: Your Income (Official Form 106I), Declaration About an Individual Debtor's Schedules (Official Form 106Dec), Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207), Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B8, or 108), Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option), Verification of Master Mailing List of Creditors (LBR F1007-1)) (Nguyen, Vi) (Entered: 03/14/2022) |
| 03/11/2022 | 73 (11 pgs) | Addendum to voluntary petition to amend Debtor's DBA, Item #11 pg 3, Item #16b pg6. Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 03/14/2022) |
| 03/11/2022 | 72 (64 pgs) | Addendum to voluntary petition , Statement of Related Cases (LBR Form 1015-2.1) , Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Amended Schedule I Individual: Your Income (Official Form 106I) , Declaration About an Individual Debtor's Schedules (Official |

| | | |
|---|---|---|
| | | Form 106Dec) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) , Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) , Verification of Master Mailing List of Creditors (LBR Form F1007-1), Proof of service. Verification of Declaration of Homestead filed with Orange County Clerk Recorder. Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 03/14/2022) |
| 03/06/2022 | 71 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)70 Order on Motion to Abandon (BNC-PDF)) No. of Notices: 0. Notice Date 03/06/2022. (Admin.) (Entered: 03/06/2022) |
| 03/04/2022 | 70 (2 pgs) | Order Authorizing Trustee's Abandonment of Estate's Interest in Debtor's Covid 19 Rent Relief Check (BNC-PDF) (Related Doc # 60 ) Signed on 3/4/2022 (Duarte, Tina) (Entered: 03/04/2022) |
| 03/03/2022 | 69 (6 pgs) | Notice of lodgment *of Order in Bankruptcy Case; proof of service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)60 Notice of Proposed Abandonment of Property of the Estate *-Trustee's Notice of Intent to Abandon Estate's Interest in Debtor's Covid 19 Rent Relief Check; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron)). (DE Leest, Aaron) (Entered: 03/03/2022) |
| 03/03/2022 | 68 (12 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *60; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 03/03/2022) |
| 02/28/2022 | 67 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 02/28/2022) |
| 02/28/2022 | 66 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 3/21/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 02/28/2022) |
| 02/17/2022 | 65 | Hearing Held (RE: related document(s)45 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor The Huntington Beach Gables Homeowners Association) - Deny motion without prejudice to re-filing the motion if the cause of action for voidable transfer is abandoned or deemed abandoned by the chapter 7 trustee pursuant to 11 U.S.C. 554. (Daniels, Sally) (Entered: 02/28/2022) |
| 02/15/2022 | 64 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 02/15/2022) |
| 02/15/2022 | 63 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 2/28/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 02/15/2022) |
| 02/11/2022 | 62 (241 pgs) | Amended Response to Motion Regarding the Automatic Stay and Declarations In Support; Memorandum of Points and Authorities in Opposition of Creditor The Huntington Beach Gables Homeowners Associations' Motion for Relief from the Automatic Stay 'EDB'(related |

| | | document(s): 45 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Cen filed by Creditor The Huntington Beach Gables Homeowners Association) Filed by Debtor Jamie Lynn Gallian (Le, James) (Entered: 02/11/2022) |
| 02/11/2022 | 61 (115 pgs) | Response to Motion Regarding the Automatic Stay and Declarations In Support; Memorandum of Points and Authorities in Opposition of Creditor The Huntington Beach Gables Homeowners Associations' Motion for Relief from the Automatic Stay 'EDB' (related document(s): 45 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Cen filed by Creditor The Huntington Beach Gables Homeowners Association) Filed by Debtor Jamie Lynn Gallian (Le, James) Warning: Item subsequently amended by docket entry no:62 Modified on 2/11/2022 (Le, James). (Entered: 02/11/2022) |
| 02/11/2022 | 60 (8 pgs) | Notice of Proposed Abandonment of Property of the Estate -*Trustee's Notice of Intent to Abandon Estate's Interest in Debtor's Covid 19 Rent Relief Check; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 02/11/2022) |
| 02/07/2022 | 59 (3 pgs) | Notice -*Notice of Withdrawal re: Trustee's Notice of Intent to Abandon Estate's Interest in an Unscheduled Check; proof of service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)57 Notice of Proposed Abandonment of Property of the Estate *Trustee's Notice of Intent to Abandon Estate's Interest in an Unscheduled Check, With Proof of Service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron)). (DE Leest, Aaron) (Entered: 02/07/2022) |
| 02/04/2022 | 58 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Israel, Eric. (Israel, Eric) (Entered: 02/04/2022) |
| 02/04/2022 | 57 (8 pgs) | Notice of Proposed Abandonment of Property of the Estate *Trustee's Notice of Intent to Abandon Estate's Interest in an Unscheduled Check, With Proof of Service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 02/04/2022) |
| 01/24/2022 | 55 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 01/24/2022) |
| 01/24/2022 | 54 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 2/14/2022 at 09:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 01/24/2022) |
| 01/20/2022 | 56 | Hearing Rescheduled/Continued (RE: related document(s)45 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor The Huntington Beach Gables Homeowners Association). The Hearing is CONTINUED TO 2/17/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701, Per Hearing Held 1/13/2022. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/25/2022) |

Case 8:23-cv-00001-DSF   Document 29   Filed 10/27/23   Page 80 of 88   Page ID #:3945

| | | |
|---|---|---|
| 01/14/2022 | [53](#)<br>(3 pgs) | Supplemental Notice of Hearing to Be Held Remotely Using Zoomgov Audio and Video; Filed by Creditor The Huntington Beach Gables Homeowners Association [By FAX] (RE: related document(s)[45](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing]). The Hearing date is set for 2/17/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/14/2022) |
| 01/14/2022 | [52](#)<br>(3 pgs) | Notice of Continuance of Hearing of Creditor The Huntington Beach Gables Homeowners Association's Motion for Relief from the Automatic Stay; Filed by Creditor The Huntington Beach Gables Homeowners Association [By FAX] (RE: related document(s)[45](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing]). The Hearing date is CONTINUED TO 2/17/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/14/2022) |
| 01/07/2022 | [51](#)<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 01/07/2022) |
| 01/07/2022 | 50 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/24/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 01/07/2022) |
| 01/04/2022 | [49](#)<br>(3 pgs) | Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video; Filed by Creditor The Huntington Beach Gables Homeowners Association [By FAX] (RE: related document(s)[45](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing]). The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/04/2022) |
| 12/29/2021 | 48 | Hearing Set (RE: related document(s)[45](#) Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor The Huntington Beach Gables Homeowners Association). The Hearing date |

80

| | | | |
|---|---|---|---|
| | | | is set for 1/20/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 12/29/2021) |
| 12/29/2021 | | [47](#) (3 pgs) | Supplemental Notice of Hearing to Be Held Remotely Using Zoomgov Audio and Video, Filed by Creditor The Huntington Beach Gables Homeowners Association [Filed by FAX] (RE: related document(s)[45](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing] filed by Creditor The Huntington Beach Gables Homeowners Association). The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith. NOTE: [NOTE: This document is to be docketed in the main bankruptcy case. Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing using the correct form for bankruptcy] (Duarte, Tina). (Entered: 12/29/2021) |
| 12/22/2021 | | | Receipt of Motion Filing Fee - $188.00 by 08. Receipt Number 80075831. (admin) (Entered: 12/22/2021) |
| 12/22/2021 | | [46](#) (112 pgs) | Memorandum of Points and Authorities in Support of Creditor The Huntington Beach Gables Homeowners Association's Motion for Relief from the Automatic Stay; Filed by Creditor The Huntington Beach Gables Homeowners Association. [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing] (Duarte, Tina) (Entered: 12/22/2021) |
| 12/22/2021 | | [45](#) (16 pgs) | Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing] (Duarte, Tina) (Entered: 12/22/2021) |
| 12/15/2021 | | [44](#) (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 12/15/2021) |
| 12/15/2021 | | 43 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/7/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 12/15/2021) |
| 12/01/2021 | | | Receipt of Amendment Filing Fee - $32.00 by 08. Receipt Number 80075784. (admin) (Entered: 12/02/2021) |

81

| | | |
|---|---|---|
| 12/01/2021 | | Receipt of Amendment Filing Fee - $32.00 by 08. Receipt Number 80075783. (admin) Paid in reference to dock #22 (Deficiency Ntc dock #23). Modified on 12/3/2021 (Law, Tamika). (Entered: 12/02/2021) |
| 12/01/2021 | 42 (15 pgs) | Amending Schedules (D) (E/F) Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 12/01/2021) |
| 12/01/2021 | 41 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 12/01/2021) |
| 12/01/2021 | 40 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 12/15/2021 at 10:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 12/01/2021) |
| 11/23/2021 | 39 (26 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 11/23/2021) |
| 11/22/2021 | 38 (23 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 11/23/2021) |
| 11/16/2021 | 37 (26 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Amended Schedule I Individual: Your Income (Official Form 106I) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 11/17/2021) |
| 11/16/2021 | 36 (2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 11/17/2021) |
| 11/10/2021 | 35 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 11/10/2021) |

| | 34 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 12/1/2021 at 11:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 11/10/2021) |
| 11/10/2021 | | |
| | 33 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)31 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 10/21/2021. (Admin.) (Entered: 10/21/2021) |
| 10/21/2021 | | |
| | 32 | Debtor's Request to Activate Electronic Noticing (DeBN) Filed by Debtor Jamie Lynn Gallian [EDB] (Law, Tamika) (Entered: 10/20/2021) |
| 10/20/2021 | | |
| | 31 (2 pgs) | Order Approving Stipulation to Extend Time to File a Complaint Objecting to Debtor's Discharge Pursuant to 11 U.S.C. Section 727 and Federal Rule of Bankruptcy Procedure 4004. The Deadline for the Trustee, or United States Trustee, to file a Complaint Objecting to the Debtor's Discharge under 11 U.S.C. Section 727 is Extended to and Including November 17, 2021 (BNC-PDF) (Related Doc # 29 ) Signed on 10/19/2021 (Duarte, Tina) (Entered: 10/19/2021) |
| 10/19/2021 | | |
| | 30 (25 pgs; 2 docs) | Adversary case 8:21-ap-01097. Complaint by Houser Bros. Co., a California general partnership against Jamie Lynn Gallian. Fee Amount $350 *Complaint to (1) Determine Dischargeability of Debt Pursuant to 11 U.S.C. Sections 523 (a)(2)(A) and (a)(6); (2) Deny Discharge Pursuant to 11 U.S.C. Sections 727 (a)(2)(A), (a)(4), and (a)(5)* (Attachments: # 1 Adversary Proceeding Cover Sheet) Nature of Suit: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(68 (Dischargeability - 523(a)(6), willful and malicious injury)),(65 (Dischargeability - other)) (Masud, Laila) (Entered: 10/18/2021) |
| 10/18/2021 | | |
| | 29 (3 pgs) | Stipulation By Jeffrey I Golden (TR) and *Stipulation to Extend Time to File a Complaint Objecting to Debtors Discharge Pursuant to 11 U.S.C. § 727 and Federal Rule of Bankruptcy Procedure 4004 (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) (Entered: 10/18/2021) |
| 10/18/2021 | | |
| | 28 (93 pgs; 2 docs) | Adversary case 8:21-ap-01096. Complaint by Janine Jasso against Jamie Lynn Gallian . Fee Amount $350 (Attachments: # 1 Adv Cover Sheet) Nature of Suit: (41 (Objection / revocation of discharge - 727(c), (d),(e))) ,(65 (Dischargeability - other)) ,(13 (Recovery of money/property - 548 fraudulent transfer)) ,(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) - Original not signed - (Law, Tamika) (Entered: 10/18/2021) |
| 10/18/2021 | | |
| | 27 (74 pgs; 2 docs) | Adversary case 8:21-ap-01095. Complaint by The Huntington Beach Gables Homeowners Association against Jamie Lynn Gallian , Randall L Nickel . Fee Amount $350 (Attachments: # 1 Adv Cover Sheet) Nature of Suit: (41 (Objection / revocation of discharge - 727(c), (d),(e))) ,(21 (Validity, priority or extent of lien or other interest in property)) ,(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) (Law, Tamika) (Entered: 10/18/2021) |
| 10/18/2021 | | |
| | 26 (3 pgs) | BNC Certificate of Notice (RE: related document(s)23 Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC)) No. of Notices: 1. Notice Date 10/16/2021. (Admin.) (Entered: 10/16/2021) |
| 10/16/2021 | | |

83

| 10/15/2021 | 25<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 10/15/2021) |
| 10/15/2021 | 24 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 11/10/2021 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 10/15/2021) |
| 10/14/2021 | 23<br>(1 pg) | Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC) (RE: related document(s)22 Schedule A/B: Property (Official Form 106A/B or 206A/B) filed by Debtor Jamie Lynn Gallian, Schedule C: The Property You Claimed as Exempt (Official Form 106C), Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee), Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G or 206G), Schedule H: Your Codebtors (Official Form 106H or 206H), Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B8, or 108)) (Law, Tamika) (Entered: 10/14/2021) |
| 10/14/2021 | 22<br>(31 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Amending Schedules (D) (E/F) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 10/14/2021) |
| 10/07/2021 | 21<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 10/07/2021) |
| 10/07/2021 | 20 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 10/14/2021 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 10/07/2021) |
| 09/22/2021 | | Receipt of Amendment Filing Fee - $32.00 by 16. Receipt Number 80075677. (admin) (Entered: 09/22/2021) |
| 09/22/2021 | 19<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 09/22/2021) |
| 09/22/2021 | 18 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 10/6/2021 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 09/22/2021) |
| 09/22/2021 | 17<br>(15 pgs) | Amending Schedules (D) and (E/F) ,Amended List of Creditors (Master Mailing List of Creditors) , Amended Verification of Master Mailing List of Creditors (LBR Form F1007-1), Proof of Service. Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 09/22/2021) |

84

| | | |
|---|---|---|
| 09/22/2021 | [16](29 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , FIRST AMENDMENT Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Amended Schedule I Individual: Your Income (Official Form 106I) , Amended Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Amended Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) ,Amended Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) , Amended Statement of Related Cases (LBR Form 1015-2.1) , Amended Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) , Proof of service Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 09/22/2021) |
| 09/07/2021 | [15](29 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Amended Schedule I Individual: Your Income (Official Form 106I) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) , Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) Filed by Debtor Jamie Lynn Gallian . [EDB] (Law, Tamika) (Entered: 09/07/2021) |
| 08/23/2021 | [14](1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Hays, D. (Hays, D) (Entered: 08/23/2021) |
| 08/23/2021 | [13](1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Masud, Laila. (Masud, Laila) (Entered: 08/23/2021) |
| 08/18/2021 | [12](1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 08/18/2021) |
| 08/18/2021 | 11 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 9/22/2021 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 08/18/2021) |
| 07/26/2021 | [10](1 pg) | Personal Financial Management Course Certificate for Debtor 1 (Official Form 423) (Lazar, Orsolya) (Entered: 07/26/2021) |
| 07/13/2021 | [9](1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Mellor, Mark. (Mellor, Mark) (Entered: 07/13/2021) |
| 07/12/2021 | [8](1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 07/12/2021) |
| 07/11/2021 | [7](5 pgs) | BNC Certificate of Notice (RE: related document(s)[5] Meeting (AutoAssign Chapter 7)) No. of Notices: 36. Notice Date 07/11/2021. (Admin.) (Entered: 07/11/2021) |
| 07/09/2021 | | Receipt of Chapter 7 Filing Fee - $338.00 by 16. Receipt Number 80075587. (admin) (Entered: 07/09/2021) |

| 07/09/2021 | 6 | Debtor's Request to Activate Electronic Noticing (DeBN) Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 07/09/2021) |
| 07/09/2021 | 5 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 8/18/2021 at 09:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. for Debtor and Joint Debtor (if joint case) Cert. of Financial Management due by 10/18/2021. Last day to oppose discharge or dischargeability is 10/18/2021. (Scheduled Automatic Assignment, shared account) (Entered: 07/09/2021) |
| 07/09/2021 | 4 (2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 07/09/2021) |
| 07/09/2021 | 3 (1 pg) | Certificate of Credit Counseling Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 07/09/2021) |
| 07/09/2021 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 07/09/2021) |
| 07/09/2021 | 1 (60 pgs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $338 Filed by Jamie Lynn Gallian (Nguyen, Vi) (Entered: 07/09/2021) |

| **PACER Service Center** | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 09/28/2023 12:21:36 | | |
| **PACER Login:** | Surferdude | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:21-bk-11710-SC Fil or Ent: filed From: 6/30/2021 To: 9/28/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this District Court proceeding. My business address is: 5801 Skylab Road Huntington Beach, CA 92647

A true and correct copy of the foregoing document entitled: **APPELLEE'S OPPOSITION TO REMAND BCK TO BANKRUPTCY COURT; REQUEST TO DISMISS APPEAL; DECLARATION OF JAMIE LYNN GALLIAN ISO** will be served or was served **(a)** on the judge in chambers in the form and manner required by L.R. 5-4 in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and L.R 5-3.3, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 27, 2023**, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠

Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On , I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

⊠

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 (d)(3) and/or controlling L.R. 5-4, on **OCTOBER 27, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

⊠

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| OCTOBER 27, 2023 | ROBERT MCLELLAND | *Robert McLelland* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - Bradford Nathan Barnhardt bbarnhardt@marshackhays.com
   - D Edward Hays ehays@marshackhays.com, kfrederick@ecf.courtdrive.com, cmendoza@marshackhays.com, cmendoza@ecf.courtdrive.com, ehays@ecf.courtdrive.com
   - Laila Masud lmasud@marshackhays.com, kfrederick@ecf.courtdrive.com, lbuchanan@marshackhays.com, lmasud@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: CONTINUED:

   **VIA PERSONAL DELIVERY:**
   **MANDATORY CHAMBERS COPY**
   HONORABLE DALE S. FISCHER, DISTRICT JUDGE
   FIRST STREET COURTHOUSE
   350 WEST 1ST STREET, COURTROOM 7D
   LOS ANGELES, CA 90012