UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | SACV 23-00001 DSF | Date | October 23, 2023 |
|---|---|---|---|
| Title | In Re Debtor Jamie Lynn Gallian | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Patricia Kim | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Appellant: | Attorneys Present for Appellee: |
|---|---|
| D. Edward Hays | Jamie Lynn Gallian, Pro Se |

**Proceedings:**   ORAL ARGUMENT RE: BANKRUPTCY APPEAL

    The matter is called and counsel state their appearances. The Court and counsel confer.

    Appellant shall submit proposed remand language within one week. Appellee has one week to submit a response.